| **Fill in this information to identify the case:** | | |
|---|---|---|
| Debtor name | Lion Star Nacogdoches Hospital, LLC | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS | |
| Case number (if known) | 23- | ☐ Check if this is an amended filing |

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                              12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | TRS Managed Services, LLC  5001 Founders Way, Suite L10  Rogers, AR 72758 | Caleb English, CFO  479-303-4233  cenglish@trshealthcare.com | Clinical Staffing | | | | $2,831,127.74 |
| 2 | Cerner Health Services, Inc.  PO Box 959156  St. Louis, MO 63195 | Robert Gonzales  816-201-6674  robert.gonzales@oracle.com | Electronic Health Record-Patients | | | | $1,077,018.89 |
| 3 | Medygate, Inc.  447 S. Robertson Blvd., #204  Beverly Hills, CA 90211 | Dariush Yaghoubi  310-385-7300  dariush@medygate.com | Bio-Medical Services | | | | $581,896.00 |
| 4 | EDF, Inc.  PO Box 74007029  Chicago, IL 60674 | Laendra Davis  281-366-0104  retailcustreceivable@bp.com | Electricity Provider | | | | $431,854.24 |
| 5 | SCC Soft Computer  5400 Tech Data Dr.  Clearwater, FL 33760 | Tarrah Veilleux  727-789-0100 x4  tarrahv@softcomputer.com | Lab Software, Hardware Mtn. Interface | | | | $357,110.54 |

Debtor  **Lion Star Nacogdoches Hospital, LLC**  Case number (if known) **23-**
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | AT&T<br>PO Box 105414<br>Atlanta, GA 30348 | Abdi Abdulahi<br>877-970-8676<br>aa120s@att.com | Telephone Provider | | | | $260,343.45 |
| 7 | Medline Industries, Inc.<br>Dept. 1080<br>PO Box 121080<br>Dallas, TX 75312 | Tina Ridley<br>847-643-4019<br>tridley@medline.com | Medical Supplies | | | | $250,112.21 |
| 8 | Gjerset & Lorez, LLP<br>2801 Via Fortuna<br>Austin, TX 78746 | Tammy Sullivan<br>512-692-8799<br>sullivan@gl-law.com | Attorney Fees | | | | $215,110.00 |
| 9 | Wipfli, LLP<br>PO Box 3160<br>Milwaukee, WI 53201 | David M. Hersch<br>816-769-7014<br>david.hersch@wipfli.com | Former Proj. Mgr. for Electronic Health Record | | | | $196,129.24 |
| 10 | Biomerieux, Inc. - St. Louis<br>PO Box 500308<br>St. Louis, MO 63150 | Kate Kohlschein<br>385-770-3110<br>kate.kohlschein@biomerieux.com | Lab Supplies | | | | $189,031.58 |
| 11 | SCI Solutions<br>PO Box 735381<br>Dallas, TX 75373 | Bernie Gay<br>866-472-4338 x1<br>bgay@r1rcm.com | Patient Scheduling Software | | | | $164,922.04 |
| 12 | Young's Professional Svc<br>200 Greenleaves Blvd., Suite 5<br>Mandeville, LA 70448 | Brian Young<br>985-951-2202<br>byoung@essentialamg.com | Anesthesia Services | | | | $162,945.48 |
| 13 | Gordon Food<br>PO Box 88029<br>Chicago, IL 60680 | Chris Pitcher<br>616-717-4814<br>chris.pitcher@gfs.com | Dietary-Food Supplies (Cafeteria) | | | | $125,843.90 |

Debtor **Lion Star Nacogdoches Hospital, LLC**          Case number (if known) **23-**
  Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Medtronic Xomed PO Box 848086 Dallas, TX 75284 | Mike Maday 800-511-0934 x5 mike.n.maday@medtronic.com | Cath Lab Medical Supplies | | | | $123,494.94 |
| 15 | Matheson Tri-Gas Dept. 3028 PO Box 123028 Dallas, TX 75312 | Rayanne Hayes 888-815-1000 x2 rahayes@mathesongas.com | Patient Cases | | | | $123,428.72 |
| 16 | Biotronik, Inc. PO Box 205421 Dallas, TX 75320 | Angela Stanfield 971-335-4506 angela.stanfield@biotronik.com | Cath Lab Medical Supplies | | | | $122,332.63 |
| 17 | Stericycle, Inc. PO Box 6575 Carol Stream, IL 60197 | Rodney Dickens 847-943-6231 rodney.dickens@stericycle.com | Medical Waste | | | | $120,379.80 |
| 18 | Beckman Coulter, Inc. Dept. CH 10164 Palatine, IL 60055 | Kevin Thomas 903-805-8001 rodney.dickens@stericycle.com | Supplies/Service Equip. Contract | | | | $111,340.65 |
| 19 | Garlic Media Management LLC 1195 S Lipan St, Unit A Denver, CO 80223 | Will Feldman 720-545-7635 will@garlicmediagroup.com | Marketing | | | | $108,000.00 |
| 20 | Banner State Emergency Phy PA 5000 Ambassador Caffery Pkwy Bldg. 15, Suite A Lafayette, LA 70508 | Mark McGrew 850-293-8879 mark.mcgrew@ecp.net | ER Physician Group | | | | $107,758.00 |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | **Lion Star Nacogdoches Hospital, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **23-** |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/16/2023**
MM / DD / YYYY

X _/s/ Sean Fowler_____
Signature of individual signing on behalf of debtor

**Sean Fowler**
Printed name

**Chief Executive Officer**
Position or relationship to debtor