**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re: § § **Lion Star Nacogdoches Hospital, LLC,** § § Debtor. § § § | **CHAPTER 11** **Case No. 23-43535-mxm11** |

### REQUEST FOR SERVICE OF NOTICES, PLEADINGS, AND ORDERS

Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, Nacogdoches County Hospital District ("NCHD"), without consenting to or waiving any rights with respect to jurisdiction under Title 11 of the United States Code, hereby requests that notices of any actions taken, adversary proceedings, contested matters, or motions filed by any other party-in-interest, including the Debtor be served on NCHD at the following addresses:

> Deborah D. Williamson
> Patrick L. Huffstickler
> DYKEMA GOSSETT PLLC
> 112 E. Pecan Street, Suite 1800
> San Antonio, Texas 78205
> (210) 554-5500
> (210) 226-8395 (Fax)
> dwilliamson@dykema.com
> phuffstickler@dykema.com

> Alexandria R. Rahn
> DYKEMA GOSSETT PLLC
> 1717 Main Street, Suite 4200
> Dallas, Texas 75201
> (214) 462-6400
> (214) 462-6401
> arahn@dykema.com

Further, pursuant to Rule 2002 of the Bankruptcy Rules, NCHD's request includes the notices and papers referred to in the rules specified above and also includes, without limitation,

notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, electronic mail, delivery, telephone, telecopy, or otherwise.

Dated:  November 17, 2023

> Respectfully submitted,
>
> DYKEMA GOSSETT PLLC
> 112 E. Pecan St., Suite 1800
> San Antonio, Texas 78205
> (210) 554-5500
> (210) 226-8395 (Fax)
>
> By:   */s/ Deborah D. Williamson*
>      Deborah D. Williamson
>      Texas State Bar No. 21617500
>
> **ATTORNEYS FOR NACOGDOCHES COUNTY HOSPITAL DISTRICT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system on this 17th day of November, 2023.

> */s/ Deborah D. Williamson*
> Deborah D. Williamson