UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: Lion Star Nacogdoches Hospital, LLC

§
§　Case No.: 23-43535
§
§
§
§

Debtor(s)

**APPLICATION FOR ADMISSION *PRO HAC VICE***

1. Name: __Gordon_____  __Jake_____  __William__
   　　　　　Last　　　　　　　　　　　First　　　　　　　　　　MI

2. Firm Name: Foley & Lardner LLP

3. Address: 500 Woodward Avenue
   Suite 2700
   Detroit, MI 48226-3489

4. Phone: 248-943-6484　　　FAX: 313-234-2800
   Email: jake.gordon@foley.com

5. Name used to sign *all* pleadings: Jake William Gordon

6. Retained by: eCapital Healthcare Corp.

7. Admitted on August 22, 2017 and presently a member in good standing of the bar of the highest court of the state of Illinois and issued the bar license number of 6325636.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | U.S. District Court, N.D. of IL | January 4, 2022 |
   | U.S. District Court, W.D. of MI | August 15, 2022 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

    ☒ Yes  ☐ No

    If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes  ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes  ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    |---|---|
    | N/A | |
    | | |
    | | |

13. Local counsel of record: Mark C. Moore

14. Local counsel's address: 2021 McKinney Avenue, Suite 1600
    Dallas, TX 75201

*Continued.*

     I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

     I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

     ☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

     ☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.


Jake William Gordon                                      11/17/2023
_____                    _____
Printed Name of Applicant                               Date



/s/ Jake William Gordon
_____
Signature of Applicant