



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
# ENTERED
**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 27, 2023**

**United States Bankruptcy Judge**

_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Lion Star Nacogdoches Hospital, LLC § Case No.: 23−43535−mxm11
 § Chapter No.: 11
 Debtor(s) §

## AMENDED ORDER FOR ADMISSION
### *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Jake William Gordon**, to represent eCapital Healthcare Corp., related to document 17, **ORDERS** this application be:

☑ *Granted* − The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* − The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #