Curtis (Curt) W. Fenley, III
State Bar No. 06900000
FENLEY & BATE, LLP
224 E. Lufkin Ave.
Lufkin, TX 75901
Telephone: (936) 634-3346
Facsimile: (936) 639-5874
cfenley@fenley-bate.com

PROPOSED SPECIAL LITIGATION COUNSEL FOR
DEBTOR AND DEBTOR-IN-POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| LION STAR NACOGDOCHES HOSPITAL, LLC d/b/a NACOGDOCHES MEMORIAL HOSPITAL | ) ) ) ) | Case No. 23-43535-mxm |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that the undersigned hereby enters their appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) in the above-captioned case as proposed special litigation counsel to debtor and debtor-in-possession in the above-captioned case, **LION STAR NACOGDOCHES HOSPITAL, LLC d/b/a NACOGDOCHES MEMORIAL HOSPITAL**, and requests that, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, all notices given or required to be given in this case be given and served upon:

    Curtis (Curt) Fenley, III
    FENLEY & BATE, LLP
    224 E. Lufkin Avenue
    P. O. Box 450
    Lufkin, Texas 75902-0450
    Telephone: (936) 634-3346
    Facsimile: (936) 639-5874
    cfenley@fenley-bate.com
    ylatin@fenley-bate.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Rules and sections

cited above, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, electronically or otherwise filed or served with regard to the referenced case and proceedings therein.

DATED:  December 27, 2023			Respectfully Submitted,

_____
Curtis (Curt) W. Fenley, III
State Bar No. 06900000
FENLEY & BATE, LLP
224 E. Lufkin Ave.
Lufkin, TX  75901
Telephone: (936) 634-3346
Facsimile: (936) 639-5874
cfenley@fenley-bate.com

PROPOSED SPECIAL LITIGATION
COUNSEL FOR DEBTOR AND
DEBTOR-IN-POSSESSION

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 27, 2023, a true and correct copy of the foregoing document was served upon all parties that are registered to receive electronic service through the court's CM/ECF notice system in the above.

 

_____
CURTIS (CURT) W. FENLEY, III