Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Emily S. Chou
State Bar No. 24006997
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Phone: (817) 877-8855
Fax: (817) 877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com
echou@forsheyprostok.com
dross@forsheyprostok.com

PROPOSED ATTORNEYS FOR DEBTOR
AND DEBTOR IN POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

_____

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LION STAR NACOGDOCHES HOSPITAL, | § | Case No. 23-43535-MXM-11 |
| LLC d/b/a NACOGDOCHES MEMORIAL | § | |
| HOSPITAL, | § | |
| | § | |
| Debtor. | § | |
| | § | |

_____

## GLOBAL NOTES REGARDING DEBTOR'S SCHEDULES

*These Global Notes (the "Global Notes") regarding the Schedules of Lion Star Nacogdoches Hospital, LLC, d/b/a Nacogdoches Memorial Hospital (the "Debtor") comprise an integral part of the Schedules of Assets and Liabilities and should be referred to and considered in connection with any review of them.*

The Debtor's Schedules of assets, liabilities, executory contracts and unexpired leases, and co-debtors (collectively, the "Schedules") have been prepared pursuant to section 521 of title 11 of the United States Code, U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by personnel of the Debtor with the assistance of its advisors. The Global Notes pertain to all of the Schedules. The Schedules are unaudited.

The financial affairs and business of the Debtor are complex. While the Debtor's management has made reasonable efforts to ensure that the Schedules are accurate and complete based on information that was available to them at the time of preparation, the subsequent receipt or discovery of information and/or further review and analysis of the Debtor's books and records may result in material changes to financial data and other information contained in the Schedules. Moreover, because the Schedules contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules are complete and accurate. Furthermore, nothing contained in the Schedules shall constitute a waiver of the Debtor's rights or an admission with respect to this chapter 11 case, including, without limitation, any issues involving equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant applicable laws to recover assets or avoid transfers.

**Agreements Subject to Confidentiality.** There may be instances within the Schedules where names, addresses or amounts have been left blank. Due to the nature of an agreement between the Debtor and the third party, concerns of confidentiality or concerns for the privacy of an individual, the Debtor may have deemed it appropriate and necessary to avoid listing such names, addresses and amounts.

**Amendment.** While reasonable efforts were made to file complete and accurate Schedules, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and/or supplement its Schedules as is necessary and appropriate.

**Basis of Presentation.** While the Schedules, at times, incorporate information prepared in accordance with generally accepted accounting principles ("GAAP"), the Schedules do not purport to represent financial information prepared in accordance with GAAP.

**Causes of Action.** The Debtor, despite its best efforts, may not have identified or set forth all of its causes of action (filed or potential) as assets in its Schedules. The Debtor reserves all of its rights with respect to any causes of action it may have and neither these Global Notes nor the Schedules shall be deemed a waiver of any such causes of action.

**Claims Description.** Any failure to designate an amount on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such

amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute any claim reflected on its Schedules on any grounds including, without limitation, amount, liability, validity, priority or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated." The Debtor reserves its rights to object to any scheduled claims.

**Current Value of Assets.** It would be prohibitively expensive, unduly burdensome and an inefficient use of resources for the Debtor to obtain current valuations of all of its assets. Accordingly, unless otherwise indicated, net book values, rather than current market valuations, of the Debtor's interests in assets are reflected on the Schedules. For this reason, amounts ultimately realized may vary from net book value and such variance may be material. As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value.

**Date.** Unless otherwise indicated, the values reflected on the Schedules are as of November 17, 2023 (the "Petition Date").

**Estimates.** The preparation of the Schedules required the Debtor to make certain estimates and assumptions that affect the reported amounts of its assets and liabilities. Actual results could differ from those estimates.

**Insiders.** Persons and entities listed as "insiders" have been included for informational purposes only and should not be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, the Debtor does not take any position with respect to (a) any person's influence over the control of the Debtor, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law. The Debtor presumes that persons who are not corporate officers of the Debtor are not "officers" for purposes of determining insider status, regardless of job title.

**Inventory.** Inventory, where applicable, is presented without consideration for any potential liens asserted by domestic common carriers, shippers, truckers, or similar liens.

**Liabilities Generally.** Some of the Debtor's scheduled liabilities are unknown and/or unliquidated at this time. In such cases, the amounts may be listed as "Unknown" or "Undetermined." As a result, the Debtor's Schedules do not accurately reflect the aggregate amount of the Debtor's liabilities, which may differ materially from those stated in the Schedules.

**Prepetition and Postpetition Liabilities.** The Debtor has sought to allocate liabilities between prepetition and postpetition periods based on information from research that was conducted in connection with the preparation of the Schedules. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.

**Schedule A/B – Real and Personal Property.**  Accounts receivable amounts in Part 3 are reported at net realizable amounts due from patients, third-party payors and others that the Debtor expects to receive in exchange for providing patient care.

**Schedule D – Creditors Holding Secured Claims.**  The Debtor has not included on Schedule D entities that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtor, or inchoate statutory lien rights.  Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtor reserves its right to dispute or challenge, among other things, the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D.  Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.  For instance, the inclusion of a counterparty to a lease in Schedule D is not an admission that such lease constitutes a capital lease, and the Debtor reserves all rights to contend that the referenced agreement is, instead, an operating lease.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes or the Schedules shall be deemed a modification or interpretation of the terms of such agreements.  The Debtor reserves the right to dispute the tax assessed value for any of the taxable assets.

**Schedule E/F – Creditors Holding Unsecured Claims.**  Schedule E/F does not include claims held by employees and physicians as of the Petition Date that were paid post-petition pursuant to Court Order.  Schedule E/F does not include certain deferred charges, deferred liabilities or general reserves.  Such amounts may, however, be reflected on the Debtor's books and records as required in accordance with GAAP.  Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.  The claims listed in Schedule E/F arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact.  While best efforts have been made, determination of each date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each claim listed on Schedule E/F.  The Debtor reserves its rights to dispute or challenge whether creditors listed on Schedule E/F, Part 1, are entitled to priority claims.

**Schedule G – Executory Contracts and Unexpired Leases.**  The business of the Debtor is complex.  While reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or overinclusion may have occurred.  The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contract, agreement or lease set forth on Schedule G that may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment,

options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of business, such as easements, right of way, subordination, non-disturbance, and attornment agreements, supplemental agreements, amendment/letter agreements, title agreements and confidentially agreements. Such documents may not be set forth on Schedule G. The Debtor reserves all of its rights to dispute or challenge the characterization of the structure or substances of any transaction, or any document or instrument. In the ordinary course of business, the Debtor may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis. Such contracts may not be included on Schedule G. The Debtor, however, reserves the right to assert that such agreements constitute executory contracts. Listing a contract, agreement or lease on Schedule G does not constitute an admission that such contract, agreement or lease is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor reserves all rights to challenge whether any of the listed contracts, agreements, leases or other documents constitute an executory contract or unexpired lease, including if any are unexpired real property leases. The Debtor reserves all rights to contend that any of the listed leases are capital leases rather than operating leases. Any and all of the Debtor's rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved. Omission of a contract, agreement or lease from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts, agreements or leases are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease. For any executory contract or unexpired lease that purportedly may have been assigned to the Debtor, but for which there is not documentation to support the purported assignment, neither the executory contract nor unexpired lease (or related claim) has been included on the Schedules.

**Totals.** All totals that are included in the Schedules represent totals of all known amounts included in the Debtor's books and records at the time of the Petition Date. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total, at times materially.

* * *

The Debtor and its agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communication or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors and omissions may exist.

**Fill in this information to identify the case**

Debtor name    **Lion Star Nacogdoches Hospital, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number    **23-43535-mxm11**
(if known)

☐ Check if this is an
    amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**
            Current value of
debtor's interest

2. **Cash on hand**            **$2,100.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Prosperity Bank Accounts Payable** | **Checking account** | 8 3 1 1 | $1,081.49 |
| 3.2. **Prosperity Bank Operating Account** | **Checking account** | 8 2 8 1 | $0.00 |
| 3.3. **Prosperity Bank Payroll Account** | **Checking account** | 8 3 0 3 | $0.00 |
| 3.4. **Prosperity Bank Commercial Account** | **Checking account** | 8 3 3 8 | $0.00 |
| 3.5. **Prosperity Bank Government Account** | **Checking account** | 8 3 4 6 | $0.00 |
| 3.6. **Prosperity Bank NMPG Lockbox** | **Checking account** | 8 5 8 3 | $0.00 |
| 3.7. **Prosperity Bank MERP Account** | **Checking account** | 8 6 9 9 | $0.00 |
| 3.8. **Prosperity Bank LPPF Account** | **Checking account** | 8 8 1 8 | $0.00 |

4. **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$3,181.49**

## Part 2: Deposits and prepayments

**6.  Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| **7.** | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 7.1. | **Retainer to ForsheyProstok, LLP** | **$106,202.00** |
| 7.2. | **Retainer to Reed, Claymon, Meeker, Krienke and Spurck, PLLC** | **$80,000.00** |
| 7.3. | **Retainer to Fenley & Bate, LLP** | **$80,000.00** |
| **8.** | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| 8.1. | **PC Connection** | **$1,187.39** |
| 8.2. | **Nuance Communications maintenance and support** | **$10,296.09** |
| 8.3. | **MCN Healthcare annual license fee** | **$7,210.03** |
| 8.4. | **TriSource annual credentialing** | **$57,752.92** |
| 8.5. | **Garlic Media annual media contract** | **$9,433.33** |
| 8.6. | **Network Box gateway service** | **$21,570.36** |
| 8.7. | **TTUHSC - Health.ED continuing education services** | **$3,921.39** |
| 8.8. | **Biomerieux contract** | **$114.70** |
| 8.9. | **Premier Software Assoc., Inc annual subsription fee** | **$35,641.98** |
| 8.10. | **Biomerieux BioFire Torch extended warranty** | **$19,150.87** |
| 8.11. | **3M coding software** | **$10,138.19** |
| 8.12. | **TASC FMLA admin and renewal fee** | **$9,610.29** |
| 8.13. | **Pitney Bowes SendPro P Series** | **$1,688.88** |
| 8.14. | **TASC ERISAEdge** | **$1,733.82** |
| 8.15. | **PULSARA annual dues** | **$15,812.50** |
| 8.16. | **eCapital Healthcare Corp. (Foley & Lardner, LLP)** | **$30,000.00** |
| 8.17. | **Tokio Marine Insurance** | **$111,050.90** |
| 8.18. | **Travelers/Bank Direct Capital Finance** | **$93,599.91** |
| 8.19. | **Texas Hospital Insurance Exchange** | **$226,421.81** |
| 8.20. | **Argonaut Insurance Company** | **$59.84** |
| 8.21. | **Bank Direct Capital Finance** | **$187,761.04** |
| **9.** | **Total of Part 2.** Add lines 7 through 8. Copy the total to line 81. | **$1,120,358.24** |

## Part 3: Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**11. Accounts receivable**

Current value of debtor's interest

11a. 90 days old or less:   __$24,082,335.00__ – __$18,904,478.00__ = ............➔   __$5,177,857.00__
     face amount      doubtful or uncollectible accounts

11b. Over 90 days old:   __$27,762,907.00__ – __$22,073,254.00__ = ............➔   __$5,689,653.00__
     face amount      doubtful or uncollectible accounts

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      | **$10,867,510.00** |

---

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
|     Name of fund or stock: | | |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
|     Name of entity:     % of ownership: | | |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
|     Describe: | | |

**17. Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.      | **$0.00** |

---

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| Inventory or supplies | 06/30/2023 | $979,172.00 | Cost | $1,011,864.00 |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.      | **$1,011,864.00** |

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes.  Book value   __$137,266.00__   Valuation method   __Cost__   Current value   __$137,266.00__

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office furniture | $345,077.00 | Cost | $345,077.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office equipment | $743,482.00 | Cost | $743,482.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other
artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

**$1,088,559.00**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2020 Lincoln Nautilus VIN X1604** | **$31,728.71** | **NBV** | **$31,728.71** |
| 47.2. **2020 Chrysler Rehab Van VIN X3513** | | | **Unknown** |
| 47.3. **2004 Ford F150 Maintenance VIN X5646** | | | **Unknown** |
| 47.4. **2008 Ford E250 Materials Mgmt. Van VIN X3383** | | | **Unknown** |
| 47.5. **2017 MOTO EZ Cart VIN X1411** | | | **Unknown** |
| 47.6. **Kawasaki Utility Cart Maintenance VIN X300C** | | | **Unknown** |
| 47.7. **Gator Golf Cart Maintenance VIN X7309** | | | **Unknown** |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

Other equipment - see Addendum 1        **$2,703,110.89**

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

**$2,734,839.60**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Nacogdoches Memorial Hospital Building**<br>**1204 N. Mound St.,**<br>**Nacogdoches, TX 75961** | **Lessee** | | | **Unknown** |
| 55.2. **Nacogdoches Diagnostic Center**<br>**1023 N. Mound St., Suites A, B And H,**<br>**Nacogdoches, TX 75961** | **Lessee** | | | **Unknown** |
| 55.3. **Cecil Bomar Rehabilitation Center**<br>**707 Woods St.,**<br>**Nacogdoches, TX 75961** | **Lessee** | | | **Unknown** |
| 55.4. **Care First Clinic – Garrison**<br>**130 South Hwy. 59**<br>**Nacogdoches, TX 75964** | **Lessee** | | | **Unknown** |
| 55.5. **Accounting/Finance Building**<br>**914 Raguet St.,**<br>**Nacogdoches, TX 75961** | **Lessee** | | | **Unknown** |
| 55.6. **Purchasing Receiving Building**<br>**801 North St.**<br>**Nacogdoches, TX 75961** | **Lessee** | | | **Unknown** |
| 55.7. **Earl Elliott Medical Center**<br>**1018 N. Mound St.,**<br>**Nacogdoches, TX 75961** | **Lessee** | | | **Unknown** |
| 55.8. **Coussen Building**<br>**1002 & 1004 N. Mound St.,**<br>**Nacogdoches, TX 75961** | **Lessee** | | | **Unknown** |
| 55.9. **Care First Clinic Nacogdoches Women's Health Clinic**<br>**1106/1108 South St.,**<br>**Nacogdoches, TX 75964** | **Lessee** | | | **Unknown** |
| 55.10. **3604 Lawson Parkway**<br>**Nacogdoches, TX 75965** | **Lessee** | | | **Unknown** |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    **$0.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐  No.  Go to Part 11.
☑  Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
|     **htpps://nacmen.org/** | | | Unknown |
| 62.  **Licenses, franchises, and royalties** | | | |
|     **See attached Addendum 2** | | | Unknown |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
|     **Patient lists** | | | Unknown |
| 64.  **Other intangibles, or intellectual property** | | | |
|     **See attached Addendum 3** | | | Unknown |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

| $0.00 |
|---|

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐  No
☑  Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑  No
☐  Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑  No
☐  Yes

## Part 11:  All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐  No.  Go to Part 12.
☑  Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable** | |
|     Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)** | |
|     Description (for example, federal, state, local) | |
| 73.  **Interests in insurance policies or annuities** | |
|     **Professional & General Liability** **Carrier: THIE** | Unknown |
|     **Property** **Carrier: Travelers** | Unknown |

**Property-Wind & Hail Deductible Buy Back**
**Carrier: Underwriters at Lloyds**                                                      **Unknown**

**Umbrella**
**Carrier: THIE**                                                                        **Unknown**

**Directors & Officers/Fiduciary**
**Carrier: Berkley Healthcare**                                                          **Unknown**

**Crime**
**Carrier: Berkley Healthcare**                                                          **Unknown**

**Cybersecurity**
**Carrier: Toki Marine**                                                                 **Unknown**

**Business Auto**
**Carrier: THIE**                                                                        **Unknown**

**Worker's Compensation**
**Carrier: Texas Mutual**                                                                **Unknown**

**Worker's Compensation Out of State**
**Carrier: Agronaut**                                                                    **Unknown**

**Kidnap & Ransom**
**Carrier: US Specialty**                                                                **Unknown**

**Storage Tank Liability**
**Carrier: Colony**                                                                      **Unknown**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Claims asserted or assertable against Nacogdoches County Hospital District including as**
**provided in case no. C2338992 pending in the 145th District Court of Nacogdoches County,**
**Texas.**                                                                               **Unknown**

Nature of claim          _____

Amount requested         _____

**Claims assertable against United Healthcare based on inappropriate underpayments under**
**Payor Agreement.**                                                                     **Unknown**

Nature of claim          _____

Amount requested         _____

**Claims assertable against Molina Healthcare based on inappropriate underpayments under**
**Payor Agreement.**                                                                     **Unknown**

Nature of claim          _____

Amount requested         _____

75.  **Other contingent and unliquidated claims or causes of action of every nature,**
     **including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**Supplemental fees**                                                                    **$3,391,241.00**

**Due from Nacogdoches County Hospital District**                                        **$1,200,000.00**

78.  **Total of Part 11.**
     Add lines 71 through 77.  Copy the total to line 90.                                **$4,591,241.00**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$3,181.49** | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | **$1,120,358.24** | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | **$10,867,510.00** | |
| **83. Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| **84. Inventory.** *Copy line 23, Part 5.* | **$1,011,864.00** | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$1,088,559.00** | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$2,734,839.60** | |
| **88. Real property.** *Copy line 56, Part 9.*............................................................➔ | | **$0.00** |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| **90. All other assets.** *Copy line 78, Part 11.* | + **$4,591,241.00** | |
| **91. Total.** Add lines 80 through 90 for each column.   91a. | **$21,417,553.33**   +   91b. | **$0.00** |

**92. Total of all property on Schedule A/B.**   Lines 91a + 91b = 92........................................................................   **$21,417,553.33**

# Addendum 1

| Vendor Name | Description | Book Net Book Value 1700.1713 less 1800.1811 |
|---|---|---|
| | Property Description | |
| SCG Capital | Toshiba Optima MR450W | $ 9,122.26 |
| GE | Optima CT Scanner | $ 23,525.38 |
| GE | 696 Cardio Lab | $ 6,464.97 |
| GE | MacLab | $ 4,629.39 |
| ThermoFisher | Tissue Processor | $ 30,548.28 |
| Philips | Arboretum Silver | $ 142,567.81 |
| Stryker ProCare | Surgical Intruments | $ 65,919.45 |
| Omnicell | CSM Workstation | $ 1,350.36 |
| Omnicell | Additional Base Server Windows | $ 3,579.86 |
| TriCor Systems | Dri Scope Aid | $ 2,723.76 |
| Intuitive Surgical | DaVinci Surgical System | $ 1,451,062.52 |
| MedOne | Tablo Dialysis Machines | $ 182,160.00 |
| MedOne | Apinion X Cube Ultrasounds | $ 122,833.35 |
| | **Minor Moveable Equipment** | 2,046,487.39 |

| VENDOR | DESCRIPTION | AMOUNT |
|---|---|---|
| BFW INC | DAYMARK HEADLIGHT SYSTEM | 5,456.00 |
| CARDINAL HEALTH | CYTOCENTRIFUGE | 8,850.00 |
| EDGE SPECIALTY | ENDSCOPE CABINET WITH SOUBLE GLASS DOORS | 32,800.93 |
| SYNERGY MEDICAL CORP | HIP AND CHEST EQUIPMENT FOR JACKSON SPINE TABLE | 2,922.26 |
| FRIENDSHIP HEARING | HEARING BOOTH FOR PHILIP MOORE | 7,500.00 |
| G&G LOCK AND SAFE | CAMERA SYSTEM UPGRADE AND INSTALL | 4,223.36 |
| 3 WEST MEDICAL | VIDEO BRONCHOSCOPE LEVEL 3 REFURBISHMENT | 4,995.00 |
| NOVUS SURGICAL | CLEAR LINE LSX CUSTOM LUMBAR | 30,955.00 |
| CANON MEDICAL SYSTEMS | CT VITREA EXTEND EQUIPMENT | 10,392.00 |
| MEDLINE | SCALE/HANDRAIL BARIATRIC 1000 LB | 2,172.95 |
| MEDLINE | STERILIZER | 5,792.02 |
| MINDRAY | ACCUTTOR | 11,911.20 |
| OMNICELL | OMNICELL G5 WORKSTATION, ANESTHESIA AND OMNIRX | 320,395.90 |
| SURGIQUIP SOLUTIONS | SKYTRON SURGICAL LIGHT REPAIR | 5,378.55 |
| PRICE DAVID T MD P | UROLOGY OFFICE EQUIPMENT | 60,025.00 |
| WIPFLI | EHR IMPLEMENTATION PAYMENTS | 102,763.54 |
| SQN | XRAY EQUIPMENT BUYOUT | 22,225.79 |
| TOBIAS ASSOC | DENSITOMETER | 2,650.00 |
| HENTRY SCHEIN | ENT CABINET | 5,490.00 |
| ABBOTT | ACCUCHECK | 9,724.00 |
| | **TOTAL** | **656,623.50** |

**Addendum 2**

|  | License Type | Number | Issued by |
|---|---|---|---|
| 1. | Hospital License | 100544 | Texas Department of State Health Services |
| 2. | X-Ray Registration | R48088 | Texas Department of State Health Services |
| 3. | Radioactive Material License | L01071 | Texas Department of State Health Services |
| 4. | Mammogram License | M01713 | Texas Department of State Health Services |
| 5. | Drug Enforcement Agency License | FN0917457 | Drug Enforcement Agency, Department of Justice |
| 6. | Pharmacy License | 34008 | Texas State Board of Pharmacy |
| 7. | Clinical Laboratory Improvement Amendments (CLIA) | 45D0052220 | Centers for Medicare & Medicaid Services |
| a. | Addison CLIA | 45D0902790 | Centers for Medicare & Medicaid Services |
| b. | Fuller CLIA | 45D2190904 | Centers for Medicare & Medicaid Services |
| c. | Key CLIA | 45D2087307 | Centers for Medicare & Medicaid Services |
| d. | Senior Center CLIA | 45D2269523 | Centers for Medicare & Medicaid Services |
| e. | Hairston CLIA | 45D0674852 | Centers for Medicare & Medicaid Services |
| f. | Moreria CLIA | 45D2185931 | Centers for Medicare & Medicaid Services |
| g. | Schaus CLIA | 45D2085423 | Centers for Medicare & Medicaid Services |
| h. | Drake CLIA | 45D2265346 | Centers for Medicare & Medicaid Services |

# Addendum 3

(a) an exclusive license to the names, logos and symbols used by Seller in connection with the Hospital Operations, including the name "Nacogdoches Memorial Hospital," and all telephone and facsimile numbers as currently used by Seller primarily in support of the Hospital Operations and to the extent held or used in or ancillary to the Hospital Operations and owned by Seller, other trademarks, trade names, service marks, copyrights and any applications therefor, and domain names;

(b) a co-exclusive license, to the extent also held or used in the Seller's ambulance operations or with respect to other Excluded Assets, to mask works, net lists, schematics, technology, know-how, trade secrets, ideas, algorithms, process, or intangible proprietary information as well as any other intellectual property material set forth on Schedule 1.05(b) and in each case pertaining to or used in connection with the Hospital Operations, whether in hard copy or other form; and

(c) a co-exclusive license, to the extent also held or used in the Seller's ambulance operations or with respect to other Excluded Assets, to operating and policy manuals, compliance policies, and similar files and records owned by Seller pertaining to or used in connection with the Hospital Operations, whether in hard copy or other form.

**Fill in this information to identify the case:**

Debtor name    **Lion Star Nacogdoches Hospital, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number    **23-43535-mxm11**
(if known)

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

| **2.1** | Creditor's name **eCapital Healthcare Corp.** | Describe debtor's property that is subject to a lien | **$4,623,350.08** | **$0.00** |
| --- | --- | --- | --- | --- |

**Creditor's mailing address**
**20807 Biscayne Blvd**

**Suite 203**

**Aventura          FL    33180**

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien
**Senior Secured Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$5,383,067.09**

| Part 1: | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.2**

**Creditor's name**
**Nacogdoches Tax Assessor-Collector**

**Creditor's mailing address**
**Nacogdoches County Court House**

**101 W Main St., Suite 100**

_____

**Nacogdoches          TX    75961**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**          ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**2023 Personal Property Tax**

**Describe the lien**

**Statutory Tax Lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$129,619.56          $0.00

**2.3**

**Creditor's name**
**Nacogdoches Tax Assessor-Collector**

**Creditor's mailing address**
**Nacogdoches County Court House**

**101 W Main St., Suite 100**

_____

**Nacogdoches          TX    75961**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**          ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**2023 Real Property Tax**

**Describe the lien**

**Statutory Tax Lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$601,923.19          $0.00

Debtor    **Lion Star Nacogdoches Hospital, LLC**    Case number (if known) **23-43535-mxm11**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.4**

**Creditor's name**
**Prosperity Bank**

**Creditor's mailing address**
**c/o Pope, Hardwicke, Christie, Schell, K**

**500 West 7th Street, Suite 600**

**Fort Worth          TX    76102**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**2020 Lincoln Nautilus**

**Describe the lien**
**Lien on automobile**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$28,174.26          $31,728.71

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **Foley & Lardner LLP** | Line  **2.1** | ___ ___ ___ ___ |
| **500 Woodward Avenue, Suite 2700,** | | |
| | | |
| | | |
| **Detroit**                    **MI**      **48226-3489** | | |

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | Unknown | Unknown |

| **2.1**   Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|
| **Texas Comptroller** | |
| **PO Box 13528** | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Austin**      **TX**    **78711** | **Basis for the claim:** |
| **Date or dates debt was incurred** | **Sales Taxes** |
| _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number**   ___ ___ ___ ___ | ☑ No |
| | ☐ Yes |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** ) | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.   If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |

**3 WEST CAPITAL**

**24007 VENTURA BLVD**

**SUITE 120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**CALABASAS**          **CA**     **91302**

Basis for the claim:
**Repairs & Maintenance**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      **5   9   0   2**

☑ No
☐ Yes

Repairs & Maintenance

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,227.66** |

**3DR LABS LLC**

**1941 BISHOP LANE**

**SUITE 807**

☐ Contingent
☐ Unliquidated
☐ Disputed

**LOUISVILLE**          **KY**     **40218**

Basis for the claim:
**Other Purchased Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      **5   9   5   3**

☑ No
☐ Yes

Other Purchased Services

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,219.46** |

**3M**

**PO BOX 120881**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**          **TX**     **75312-0881**

Basis for the claim:
**Coding Software**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      **1   0   3   3**

☑ No
☐ Yes

Coding Software

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,573.81** |

**A & D HYDRAULICS**

**2124 NW STALLINGS DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**NACOGDOCHES**          **TX**     **75964**

Basis for the claim:
**Repairs & Maintenance**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      **1   0   3   6**

☑ No
☐ Yes

Repairs & Maintenance

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

**ABBOTT LABORATORY**

**PO BOX 92679**

**CHICAGO**          IL    **60675-2679**

Date or dates debt was incurred

Last 4 digits of account number    **3   7   1   1**

Lab-Medical Supplies

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Lab-Medical Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8,673.12**

---

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

**ABBOTT NUTRITION**

**PO BOX 92679**

**CHICAGO**          IL    **60675-2679**

Date or dates debt was incurred

Last 4 digits of account number    **4   3   2   1**

Dietary - Food Supplies

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Dietary - Food Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$842.07**

---

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

**ABBOTT RAPID DIAGNOSTICS INFO**

**PO BOX 734697 (PAYMENT)**

**2000 HOLIDAY DR**

**DALLAS**          TX    **75373**

Date or dates debt was incurred

Last 4 digits of account number    **5   8   9   4**

Dietary-Pharmaceuticals

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Dietary-Pharmaceuticals**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$16,144.41**

---

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

**ABBOTT VASCULAR**

**22400 NETWORK PLACE**

**CHICAGO**          IL    **60673-1224**

Date or dates debt was incurred

Last 4 digits of account number    **4   0   0   8**

Cath Lab-Medical Supplies

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Cath Lab-Medical Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$59,504.36**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.9**  Nonpriority creditor's name and mailing address

**ABC AUTO PARTS**

**PO BOX 3688**

**LONGVIEW**                    **TX**      **75606**

Date or dates debt was incurred

Last 4 digits of account number       **3   0   8   9**

Supplies - Auto

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Auto**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,951.56**

---

**3.10**  Nonpriority creditor's name and mailing address

**ACADIAN AMBULANCE SERVICE, INC.**

**PO BOX 92970**

**LAFAYETTE**                   **LA**      **70509**

Date or dates debt was incurred

Last 4 digits of account number       **6   0   9   1**

Patient Transportation

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Patient Transportation**

Is the claim subject to offset?
☑ No
☐ Yes

**$870.43**

---

**3.11**  Nonpriority creditor's name and mailing address

**ACCLARENT**

**16888 COLLECTION CENTER DRIVE**

**CHICAGO**                     **IL**      **60693**

Date or dates debt was incurred

Last 4 digits of account number       **4   4   6   5**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$46,245.13**

---

**3.12**  Nonpriority creditor's name and mailing address

**ACCUPATH DIAGNOSITC**

**PO BOX 12140**

**BURLINGTON**                  **NC**      **27216-2140**

Date or dates debt was incurred

Last 4 digits of account number       **1   4   1   7**

Other Purchased Services

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other Purchased Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,471.60**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.13 | Nonpriority creditor's name and mailing address |
|---|---|

**ACIST MEDICAL**

**PO BOX 978952**

**DALLAS**                **TX**     **75397-8952**

Date or dates debt was incurred

Last 4 digits of account number     **4   5   8   7**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$14,852.82**

---

| 3.14 | Nonpriority creditor's name and mailing address |
|---|---|

**ADVANCED MEDICAL RESOURCES**

**PO BOX 731969**

**DALLAS**                **TX**     **75373**

Date or dates debt was incurred

Last 4 digits of account number     **4   8   5   9**

Other Purchased Services

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other Purchased Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$33,297.17**

---

| 3.15 | Nonpriority creditor's name and mailing address |
|---|---|

**AESCULAP IN**

**PO BOX 780426**

**PHILADELPHIA**                **PA**     **19178-0426**

Date or dates debt was incurred

Last 4 digits of account number     **3   4   4   6**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,095.81**

---

| 3.16 | Nonpriority creditor's name and mailing address |
|---|---|

**AGILITI SURGICAL EQUIP RPR**

**6625 W 78TH STREET**

**SUITE 300**

**MINNEAPOLIS**                **MN**     **55439**

Date or dates debt was incurred

Last 4 digits of account number     **5   8   8   6**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,868.16**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

**ALL MEDICAL STAFFING**

**PO BOX 823826**

**PEMBROKE PINES**    FL    33082

Date or dates debt was incurred

Last 4 digits of account number   **6  0  5  7**

Professional Fees - Medical

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Professional Fees - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$72,320.00**

---

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

**ALLISON ENTERPRISES, INC**

**KLEEN-AIR FILTER SERVICE & SALES**

**P O BOX 207**

**GROESBECK**    TX    76642

Date or dates debt was incurred

Last 4 digits of account number   **6  0  5  0**

Repairs & Maintenance

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

**$17,347.01**

---

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

**AMBU INC**

**PO BOX 347818**

**PITTSBURGH**    PA    15251-4818

Date or dates debt was incurred

Last 4 digits of account number   **1  5  4  7**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$981.09**

---

| 3.20 | Nonpriority creditor's name and mailing address |
|---|---|

**AMERICAN MEDICAL ASSOCIATI**

**75 REMITTANCE DR**

**STE 1413**

**CHICAGO**    IL    60675-1413

Date or dates debt was incurred

Last 4 digits of account number   **1  6  5  5**

Licenses & Dues

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Licenses & Dues**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,463.00**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address |
|---|---|

**AMERICAN MESSAGING SERVICE LLC**

**PO BOX 5749**

**CAROL STREAM**              **IL**      **60197-5749**

Date or dates debt was incurred _____

Last 4 digits of account number      **5    4    1    7**

**Equipment Rent/Lease**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Equipment Rent/Lease**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$759.55

---

| 3.22 | Nonpriority creditor's name and mailing address |
|---|---|

**AMERICAN PROFICIENCY INSTITUE**

**DEPT 9526**

**PO BOX 30516**

**LANSING**              **MI**      **48909-8016**

Date or dates debt was incurred _____

Last 4 digits of account number      **2    8    6    5**

**Licenses & Dues**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Licenses & Dues**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,662.12

---

| 3.23 | Nonpriority creditor's name and mailing address |
|---|---|

**AMPCARE LLC**

**1120 SOUTH FREEWAY STE 111**

**FORT WORTH**              **TX**      **76104**

Date or dates debt was incurred _____

Last 4 digits of account number      **5    3    2    3**

**Supplies-Medical**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Supplies-Medical**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$501.00

---

| 3.24 | Nonpriority creditor's name and mailing address |
|---|---|

**Amy Huggins, DO, P.A.**

**3614 N University Dr**

**Nacogdoches**              **TX**      **75965**

Date or dates debt was incurred _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,000.00

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,135.00** |

__ANAZAOHEALTH CORP__

__DEPT CH 18068__

☐ Contingent
☐ Unliquidated
☐ Disputed

__PALATINE__                IL        __60055-8068__

Basis for the claim:
__Supplies - Medical__

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number      __5__  __1__  __6__  __0__

☑ No
☐ Yes

Supplies - Medical

---

| **3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,146.65** |

__ANDERSON ORTHOTICS & PROSTETIC__

__P0 BOX 1457__

☐ Contingent
☐ Unliquidated
☐ Disputed

__HALLSVILLE__            TX        __75650__

Basis for the claim:
__Supplies - Medical__

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number      __5__  __1__  __0__  __1__

☑ No
☐ Yes

Supplies - Medical

---

| **3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,766.71** |

__APEX REVENUEN__

__ATTN: WENDY BAZA__

__1230 VENUS ST__

☐ Contingent
☐ Unliquidated
☐ Disputed

__CEDAR HILL__            TX        __75104__

Basis for the claim:
__Collection Agency__

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number      __5__  __7__  __3__  __4__

☑ No
☐ Yes

Collection Agency

---

| **3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$169.92** |

__APPLETON MEDICAL__

__118 N MAIN ST__

☐ Contingent
☐ Unliquidated
☐ Disputed

__SAINT CHARLES__        MO        __63301__

Basis for the claim:
__Supplies - Medical__

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number      __4__  __5__  __2__  __5__

☑ No
☐ Yes

Supplies - Medical

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$33,912.66

**APPLIED MEDICAL**

**PO BOX 3511**

☐ Contingent
☐ Unliquidated
☐ Disputed

**CAROL STREAM**          IL      60132-3511

Basis for the claim:
**Supplies- Medical**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      **2    0    2    3**

☑ No
☐ Yes

Supplies- Medical

| 3.30 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$840.00

**APPRISS  HEALTH**

**9901 LINN STATION ROAD**

**SUITE 500**

☐ Contingent
☐ Unliquidated
☐ Disputed

**LOUISVILLE**          KY      40223

Basis for the claim:
**Other Purchased Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      **3    8    7    0**

☑ No
☐ Yes

Other Purchased Services

| 3.31 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$800.00

**APRISS HEALTH**

**9901 LINN STATION ROAD**

**SUITE 500**

☐ Contingent
☐ Unliquidated
☐ Disputed

**LOUISVILLE**          KY      40223

Basis for the claim:
**Software- NMPG**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      **6    1    1    4**

☑ No
☐ Yes

Software- NMPG

| 3.32 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$969.92

**ARMADILLO SIGNS**

**1009 WANKAN ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**NACOGDOCHES**          TX      75961

Basis for the claim:
**Repairs & Maintenance**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      **2    2    5    7**

☑ No
☐ Yes

Repairs & Maintenance

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                                    **$8,367.96**
*Check all that apply.*

**ARTHREX**

**PO BOX 403511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

**ATLANTA**          **GA**   **30384-3511**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **1   8   4   8**

**Supplies - Medical**

| 3.34 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                                    **$2,424.00**
*Check all that apply.*

**ASCEND CLINICAL LLC**

**P O BOX 45021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenance**

**SAN FRANCISC0**          **CA**   **94145**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **6   0   4   8**

**Repairs & Maintenance**

| 3.35 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                                    **$260,343.45**
*Check all that apply.*

**AT&T**

**PO Box 105414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Telephone Provider**

**Atlanta**          **GA**   **30348**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.36 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                                    **$534.36**
*Check all that apply.*

**AT&T MOBILITY**

**PO BOX 6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utilities**

**CAROL STREAM**          **IL**   **60197-6463**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **1   6   6   5**

**Utilities**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address |
|---|---|

**ATLAS INTERNATIONAL**

**2663 FREEWOOD DR**

| **DALLAS** | **TX** | **75220** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number     **5   5   0   1**

Repairs & Maintenance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,332.18**

---

| 3.38 | Nonpriority creditor's name and mailing address |
|---|---|

**ATLAS VAN LINES INC.**

**PO BOX 952340**

| **ST LOUIS** | **MO** | **63195-2340** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number     **1   5   1   3**

Repairs & Maintenance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,314.17**

---

| 3.39 | Nonpriority creditor's name and mailing address |
|---|---|

**AVC GROUP INC**

**PO BOX 1102**

| **MANSFIELD** | **TX** | **76063-1102** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number     **1   5   9   1**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,507.64**

---

| 3.40 | Nonpriority creditor's name and mailing address |
|---|---|

**BANK DIRECT CAPITAL FINANCE**

**150 NORTH FIELD DRIVE**

**STE 190**

| **LAKE FOREST** | **IL** | **60045** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number     **6   0   2   3**

Insurance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

**$99,819.73**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | $107,758.00 |
|---|---|---|---|---|

**Banner State Emergency Phy PA**

**5000 Ambassador Caffery Pkwy**

**Bldg. 15, Suite A**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**Lafayette**          **LA**      **70508**

**ER Physician Group**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | | | $39,854.69 |
|---|---|---|---|---|

**BAXTER HEALTHCARE**

**PO BOX 730531**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**DALLAS**          **TX**      **75373-0531**

**Supplies - Medical**

Date or dates debt was incurred

Last 4 digits of account number   **1   0   0   8**

Supplies - Medical

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | | | $1,906.30 |
|---|---|---|---|---|

**BEAR-ENT, LLC**

**274 LANCASTER AVE**

**SUITE 208**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**MALVERN**          **PA**      **19355**

**Supplies - Medical**

Date or dates debt was incurred

Last 4 digits of account number   **6   0   6   6**

Supplies - Medical

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | | | $111,340.65 |
|---|---|---|---|---|

**Beckman Coulter, Inc.**

**Dept. CH 10164**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**Palatine**          **IL**      **60055**

**Supplies/Service Equip. Contract**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.45**    Nonpriority creditor's name and mailing address

**BECTON, DICKINSON AND CO**

**21588 NETWORK PLACE**

**CHICAGO**      IL      60673-1215

Date or dates debt was incurred

Last 4 digits of account number    5   4   7   4

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$23,617.22**

---

**3.46**    Nonpriority creditor's name and mailing address

**BEEKLEY CORPORATION**

**ONE PRESTIGE LANE**

**BRISTOL**      CT      06010

Date or dates debt was incurred

Last 4 digits of account number    1   1   0   0

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$720.05**

---

**3.47**    Nonpriority creditor's name and mailing address

**BEN E KEITH COMPANY**

**PO BOX 2607**

**FORT WORTH**      TX      76113

Date or dates debt was incurred

Last 4 digits of account number    1   3   1   0

Dietary - Food Supplies

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Dietary - Food Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$45,442.69**

---

**3.48**    Nonpriority creditor's name and mailing address

**BEST WATER STORE**

**127 MOUND ST**

**NACOGDOCHES**      TX      75961

Date or dates debt was incurred

Last 4 digits of account number    0   0   8   7

Dietary - Food Supplies

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Dietary - Food Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$40.00**

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$68,080.00

__BHS Physicians Network, Inc__

__203 E Main Street__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__Nacogdoches__      __TX__    __75965__

__Services__

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.50 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$5,068.99

__BIMBO BAKERS USA__

__PO BOX 846243__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__DALLAS__      __TX__    __75284-6243__

__Dietary - Food Supplies__

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __4__ __8__ __8__ __4__

☑ No
☐ Yes

__Dietary - Food Supplies__

---

| 3.51 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$14,194.00

__BIO-RAD LABORATORIES INC__

__PO BOX 849740__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__LOS ANGELES__      __CA__    __90084-9740__

__Supplies - Medical__

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __1__ __1__ __0__ __5__

☑ No
☐ Yes

__Supplies - Medical__

---

| 3.52 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$189,031.58

__Biomerieux, Inc. - St. Louis__

__PO Box 500308__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__St. Louis__      __MO__    __63150__

__Lab Supplies__

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address |
|---|---|

**Biotronik, Inc.**

**PO Box 205421**

**Dallas**            **TX**    **75320**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Cath Lab Medical Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$122,332.63

---

| 3.54 | Nonpriority creditor's name and mailing address |
|---|---|

**Blaise Ferraraccio, MD**

**4848 NE Stallings Dr.**

**Ste. 106**

**Nacogdoches**            **TX**    **75965**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$7,500.00

---

| 3.55 | Nonpriority creditor's name and mailing address |
|---|---|

**BLOCK IMAGING INTERNATIONA**

**1845 CEDAR STREET**

**HOLT**            **MI**    **48842**

Date or dates debt was incurred

Last 4 digits of account number  5  8  0  3

Repairs & Maintenance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

$6,949.66

---

| 3.56 | Nonpriority creditor's name and mailing address |
|---|---|

**BOATMAN TIRE**

**315 N UNIVERSITY DR**

**NACOGDOCHES**            **TX**    **75961**

Date or dates debt was incurred

Last 4 digits of account number  2  6  8  3

Repairs & Maintenance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

$347.60

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.57 | Nonpriority creditor's name and mailing address |
|---|---|

**BOSTON SCIENTIFIC-DALLAS**

**PO BOX 951653**

**DALLAS                       TX      75395-1653**

Date or dates debt was incurred

Last 4 digits of account number       __1__  __0__  __1__  __1__

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☒ No
☐ Yes

$36,550.43

---

| 3.58 | Nonpriority creditor's name and mailing address |
|---|---|

**BOUND TREE MEDICAL LLC**

**23537 NETWORK PLACE**

**CHICAGO                       IL      60673-1235**

Date or dates debt was incurred

Last 4 digits of account number       __2__  __8__  __0__  __4__

EMS-DISTRICT

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**EMS-DISTRICT**

Is the claim subject to offset?
☒ No
☐ Yes

$1,275.19

---

| 3.59 | Nonpriority creditor's name and mailing address |
|---|---|

**BRACCO DIAGNOSTICS INC**

**PO BOX 978952**

**DALLAS                       TX      75397-8952**

Date or dates debt was incurred

Last 4 digits of account number       __4__  __5__  __0__  __6__

Supplies- Medical

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies- Medical**

Is the claim subject to offset?
☒ No
☐ Yes

$6,823.79

---

| 3.60 | Nonpriority creditor's name and mailing address |
|---|---|

**BRANDEE BEST**

**406 E.MAIN ST.**

**NACOGDOCHES               TX      75961**

Date or dates debt was incurred

Last 4 digits of account number       __5__  __9__  __6__  __9__

Marketing

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Marketing**

Is the claim subject to offset?
☒ No
☐ Yes

$135.31

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.61 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**BREG INC.**

**PO BOX 849991**

**DALLAS                    TX      75284-9991**

Date or dates debt was incurred

Last 4 digits of account number      **2    9    3    4**

**Supplies-Medical**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies-Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$397.58**

---

| 3.62 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**C R BARD INC**

**PO BOX 75767**

**CHARLOTTE                NC      28275**

Date or dates debt was incurred

Last 4 digits of account number      **4    4    9    4**

**Supplies - Medical**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$65,398.67**

---

| 3.63 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**CAMBER SPINE TECHNOLOGIES LLC**

**PO BOX 71232**

**PHILADELPHIA              PA      19176-6207**

Date or dates debt was incurred

Last 4 digits of account number      **5    7    0    3**

**Supplies - Medical**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$38,766.30**

---

| 3.64 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**CAMI POWERS DBA CONSULTING BY CSP**

**16 SAN JEWELL DRIVE**

**FARMINGTON                MO      63640**

Date or dates debt was incurred

Last 4 digits of account number      **6    1    0    9**

**Consulting Services**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consulting Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,800.00**

**Part 2:**    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| | |
|---|---|
| **3.65** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

**$867.61**

CAMP COUNTY AMBULANCE SERVICE CORPORATIO

122 CHURCH ST.

☐ Contingent
☐ Unliquidated
☐ Disputed

PITTSBURGH      TX    75686

**Basis for the claim:**
**Patient Transportation**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   6   0   8   4

☑ No
☐ Yes

Patient Transportation

---

**3.66**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:
*Check all that apply.*

**$102.89**

CANCER DIAGNOSTICS INC

PO BOX 748545

☐ Contingent
☐ Unliquidated
☐ Disputed

ATLANTA      GA    30374-8545

**Basis for the claim:**
**Supplies- Medical**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   5   9   8   8

☑ No
☐ Yes

Supplies- Medical

---

**3.67**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:
*Check all that apply.*

**$14,281.35**

CANON MEDICAL SYSTEMS USA

2441 Michelle Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

TUSTIN      CA    92780

**Basis for the claim:**
**Services-Radiology**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   5   5   0   3

☑ No
☐ Yes

Services-Radiology

---

**3.68**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:
*Check all that apply.*

**$11,498.31**

CARDIOVASCULAR SYSTEMS INC

DEPT CH 19348

☐ Contingent
☐ Unliquidated
☐ Disputed

PALATINE      IL    60055-9348

**Basis for the claim:**
**Supplies - Medical**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   5   1   6   7

☑ No
☐ Yes

Supplies - Medical

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.69** | Nonpriority creditor's name and mailing address |

**Career Builder.com**

**13047 Collections Center Dr.**

**CHICAGO**            IL      **60693-0130**

Date or dates debt was incurred

Last 4 digits of account number      **3    7    6    1**

Recruiting

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Recruiting**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,742.56**

---

| **3.70** | Nonpriority creditor's name and mailing address |

**CAREFUSION**

**25146 NETWORK PLACE**

**CHICAGO**            IL      **60673-1250**

Date or dates debt was incurred

Last 4 digits of account number      **1    0    7    6**

Supplies - Medical

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$66,054.89**

---

| **3.71** | Nonpriority creditor's name and mailing address |

**Carney Roofing**

**PO Box 630631**

**NACOGDOCHES**        TX      **75963**

Date or dates debt was incurred

Last 4 digits of account number      **1    7    3    5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,355.75**

---

| **3.72** | Nonpriority creditor's name and mailing address |

**CATILIZE HEALTH INC**

**2605 NICHOLSON ROAD**

**SUITE 1140**

**SEWICKLEY**          PA      **15143**

Date or dates debt was incurred

Last 4 digits of account number      **5    9    7    7**

Employee Benefits

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Employee Benefits**

Is the claim subject to offset?
☑ No
☐ Yes

**$31,079.61**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.73 | Nonpriority creditor's name and mailing address |
|---|---|

**CENTERPOINT ENERGY**

**PO BOX 4981**

**HOUSTON**              **TX**      **77210-4981**

Date or dates debt was incurred

Last 4 digits of account number       **3   7   4   9**

Utilities

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$5,041.69**

| 3.74 | Nonpriority creditor's name and mailing address |
|---|---|

**CENTURYLINK**

**PO BOX 52187**

**PHOENIX**              **AZ**      **85072-2187**

Date or dates debt was incurred

Last 4 digits of account number       **4   7   9   2**

Utilities

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$5,637.70**

| 3.75 | Nonpriority creditor's name and mailing address |
|---|---|

**Cerner Health Services, Inc.**

**PO Box 959156**

**St. Louis**              **MO**      **63195**

Date or dates debt was incurred

Last 4 digits of account number       ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Electronic Health Record-Patients**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$1,077,018.89**

| 3.76 | Nonpriority creditor's name and mailing address |
|---|---|

**CHRISTOPHER IHIONKHAN, MD**

**818 N 4TH ST**

**LONGVIEW**              **TX**      **75601**

Date or dates debt was incurred

Last 4 digits of account number       **5   3   2   6**

Physician Call / Directorships

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Physician Call / Directorships**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$10,000.00**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous line.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.77 | Nonpriority creditor's name and mailing address |
|---|---|

**CIOX HEALTH**

**PO BOX 409669**

**ATLANTA                GA      30384**

Date or dates debt was incurred

Last 4 digits of account number          **5   1   3   2**

Medical Records

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Medical Records**

Is the claim subject to offset?
☑ No
☐ Yes

**$640.24**

---

| 3.78 | Nonpriority creditor's name and mailing address |
|---|---|

**CITY OF GARRISON**

**330 S B AVE**

**GARRISON                TX      75946**

Date or dates debt was incurred

Last 4 digits of account number          **1   1   3   5**

Utilities

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

**$565.56**

---

| 3.79 | Nonpriority creditor's name and mailing address |
|---|---|

**CITY OF NACOGDOCHES**

**PO BOX 635090**

**NACOGDOCHES             TX      75963-5090**

Date or dates debt was incurred

Last 4 digits of account number          **1   7   3   7**

Utilities

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

**$24,098.08**

---

| 3.80 | Nonpriority creditor's name and mailing address |
|---|---|

**CLIA LABORA**

**PO BOX 3056**

**PORTLAND                OR      97208-3056**

Date or dates debt was incurred

Last 4 digits of account number          **0   3   5   1**

Lab Licensing

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Lab Licensing**

Is the claim subject to offset?
☑ No
☐ Yes

**$710.00**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    Amount of claim

---

| 3.81 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*                                                    **$0.00**

**Clifton Thomas, MD**
**5718 W. Westheimer**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Houston                TX      76961**      **Services**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __     ☑ No
                                                   ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*                                                    **$49,600.00**

**CLINICAL MANAGEMENT CONSULTANT**
**DEPT LA 25399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PASADENA              CA      91185-5399**    **Consulting Services**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number    6   0   1   9     ☑ No
                                                     ☐ Yes

**Consulting Services**

---

| 3.83 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*                                                    **$9,849.69**

**CLINICAL PATHOLOGY LABS INC**
**PO BOX 141669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**AUSTIN                 TX      78714-1669**    **Lab Services - NMPG**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number    3   7   5   9     ☑ No
                                                     ☐ Yes

**Lab Services - NMPG**

---

| 3.84 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*                                                    **$71,207.67**

**CLOUDMED SOLUTIONS LLC**
**ATTN: ACCOUNTS RECEIVABLE**
**P O BOX 208272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**DALLAS                 TX      75320-8272**    **Software**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number    5   9   0   6     ☑ No
                                                     ☐ Yes

**Software**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.85 | Nonpriority creditor's name and mailing address |
| --- | --- |

**COAST SURGICAL INC**

**5318 E. 2ND STREET**

**SUITE 367**

**LONG BEACH**            **CA**      **90803**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

**$1,112.75**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number    **5   8   8   2**

☑ No
☐ Yes

Supplies - Medical

| 3.86 | Nonpriority creditor's name and mailing address |
| --- | --- |

**COCA-COLA S**

**PO BOX 744010**

**ATLANTA**            **GA**      **30384-4010**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Dietary - Food Supplies**

**$849.54**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number    **1   1   3   9**

☑ No
☐ Yes

Dietary - Food Supplies

| 3.87 | Nonpriority creditor's name and mailing address |
| --- | --- |

**COFFEY COMMUNICATIONS INC**

**1505 BUSINESS ONE CIRCLE**

**WALLA WALLA**            **WA**      **99362**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Marketing**

**$24,040.40**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number    **6   0   3   3**

☑ No
☐ Yes

Marketing

| 3.88 | Nonpriority creditor's name and mailing address |
| --- | --- |

**COLA INC**

**9881 BROKEN LAND PKWY**

**STE 200**

**COLUMBIA**            **MD**      **21046**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Dietary - Food Supplies**

**$1,542.00**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number    **5   4   8   8**

☑ No
☐ Yes

Dietary - Food Supplies

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.89**  Nonpriority creditor's name and mailing address

**COLOPLAST CORP**

**DEPT CH 19024**

**PALATINE**          IL      **60055-9024**

Date or dates debt was incurred

Last 4 digits of account number      **4    1    4    7**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,935.00**

---

**3.90**  Nonpriority creditor's name and mailing address

**COMBINATORICS CONSULTING COMP**

**41850 W.11 MILE RD.**

**SUITE 200**

**NOVI**          MI      **48375-1857**

Date or dates debt was incurred

Last 4 digits of account number      **5    8    6    4**

Consulting Services

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consulting Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,487.50**

---

**3.91**  Nonpriority creditor's name and mailing address

**COMMON CENT SOLUTIONS INC**

**6380 I-55 N    STE 160**

**JACKSON**          MS      **39211**

Date or dates debt was incurred

Last 4 digits of account number      **4    6    9    6**

Cafeteria Software

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Cafeteria Software**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,244.00**

---

**3.92**  Nonpriority creditor's name and mailing address

**COMMUNITY HOSPITAL CONSULTING**

**7950 LEGACY DR   STE 1000**

**PLANO**          TX      **75024**

Date or dates debt was incurred

Last 4 digits of account number      **4    9    2    5**

Consulting Services

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consulting Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$25,108.04**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.93** Nonpriority creditor's name and mailing address

COMPLIANCELINE INC

8615 CLIFF CAMERON DR

STE 290

CHARLOTTE                    NC      28269

Date or dates debt was incurred

Last 4 digits of account number      5   0   0   8

Other Purchased Services

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Other Purchased Services

Is the claim subject to offset?
☑ No
☐ Yes

$2,345.00

**3.94** Nonpriority creditor's name and mailing address

COMPREHENSIVE PHARAMACY SVC INC

6409 QUAIL HOLLOW RD

MEMPHIS                      TN      38120

Date or dates debt was incurred

Last 4 digits of account number      5   4   0   6

Services- HR

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Services- HR

Is the claim subject to offset?
☑ No
☐ Yes

$7,159.28

**3.95** Nonpriority creditor's name and mailing address

COMPREHENSIVE SCREENING SOLUTI

4705 PALMETTO RD SUITE 4

BENTON                       LA      71006

Date or dates debt was incurred

Last 4 digits of account number      5   9   8   5

Employee Benefits

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Employee Benefits

Is the claim subject to offset?
☑ No
☐ Yes

$160.00

**3.96** Nonpriority creditor's name and mailing address

COMPRESSION THERAPY CONCEPTS

PO BOX 840166

DALLAS                       TX      75284-0166

Date or dates debt was incurred

Last 4 digits of account number      4   6   1   8

Supplies-Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Supplies-Medical

Is the claim subject to offset?
☑ No
☐ Yes

$2,443.92

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.97**   Nonpriority creditor's name and mailing address

**CONMED CORP**

**CHURCH STREET STATION**

**PO BOX 6814**

**NEW YORK**                    **NY      10249-6814**

Date or dates debt was incurred

Last 4 digits of account number        1   1   4   1

Supplies- Medical

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies- Medical**

Is the claim subject to offset?
☑ No
☐ Yes

$7,020.60

---

**3.98**   Nonpriority creditor's name and mailing address

**COOK MEDICAL INC**

**22988 NETWORK PLACE**

**CHICAGO**                    **IL      60673-1229**

Date or dates debt was incurred

Last 4 digits of account number        1   0   5   9

Radioactive Materials

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Radioactive Materials**

Is the claim subject to offset?
☑ No
☐ Yes

$2,773.20

---

**3.99**   Nonpriority creditor's name and mailing address

**COOKSEY MARCIN, PLLC**

**25511 BUDDE ROAD, SUITE 2202**

**THE WOODLANDS**                    **TX      77380**

Date or dates debt was incurred

Last 4 digits of account number        3   1   0   3

Attorney

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney**

Is the claim subject to offset?
☑ No
☐ Yes

$102,297.50

---

**3.100**   Nonpriority creditor's name and mailing address

**COOPER SURGICAL**

**PO BOX 712280**

**CINCINNATI**                    **OH      45271-2280**

Date or dates debt was incurred

Last 4 digits of account number        1   1   4   4

Supplies - Medical

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

$1,911.33

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.101 | Nonpriority creditor's name and mailing address |
|---|---|

**CORDIS US CORP**

**14201 NW 60TH AVENUE**

**MIAMI LAKES**          **FL**        **33014-2894**

Date or dates debt was incurred

Last 4 digits of account number       **6   0   4   9**

Supplies - Medical

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Supplies - Medical**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$7,687.25**

---

| 3.102 | Nonpriority creditor's name and mailing address |
|---|---|

**CORE SOUND IMAGING INC**

**5510 SIX FORKS RD**

**STE 200**

**RALEIGH**          **NC**        **27609**

Date or dates debt was incurred

Last 4 digits of account number       **5   7   1   7**

Repairs & Maintenance

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Repairs & Maintenance**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$329.54**

---

| 3.103 | Nonpriority creditor's name and mailing address |
|---|---|

**COVIDIEN**

**4642 COLLECTION CENTER DR**

**CHICAGO**          **IL**        **60693-0046**

Date or dates debt was incurred

Last 4 digits of account number       **1   3   1   2**

Supplies - Medical

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Supplies - Medical**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,837.16**

---

| 3.104 | Nonpriority creditor's name and mailing address |
|---|---|

**CQ PARTNERS, LLC**

**580 HOWARD AVE**

**SOMERSET**          **NJ**        **08873**

Date or dates debt was incurred

Last 4 digits of account number       **6   0   7   5**

Medical Charge

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Medical Charge**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$13,838.38**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,269.04 |
|---|---|---|---|

**CREST HEALTH CARE**

**PO BOX 727**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DASSEL**          **MN    55325-0727**

Basis for the claim:
**Supplies - Medical**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    **1    1    4    9**

Supplies - Medical

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,766.00 |
|---|---|---|---|

**CSS**

**330 RAYFORD ROAD SUITE 417**

☐ Contingent
☐ Unliquidated
☐ Disputed

**SPRING**          **TX    77386**

Basis for the claim:
**Repairs & Maintenance**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    **6    0    0    0**

Repairs & Maintenance

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,200.00 |
|---|---|---|---|

**CTL MEDICAL CORP**

**4550 EXCEL PARKWAY STE# 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**ADDISON**          **TX    75001**

Basis for the claim:
**Supplies- Medical**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    **6    0    2    5**

Supplies- Medical

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,438.08 |
|---|---|---|---|

**DAILY SENTINEL**

**4920 COLONIAL DRIVE**

**PO BOX 630068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**NACOGDOCHES**          **TX    75963-0068**

Basis for the claim:
**Local Newspaper**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    **1    1    5    0**

Local Newspaper

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.109 | Nonpriority creditor's name and mailing address |
|---|---|

**DEEP EAST TEXAS ELECTRIC COOP**

**PO BOX 736**

**SAN AUGSTINE**          **TX**     **75972**

Date or dates debt was incurred

Last 4 digits of account number     **1   1   5   5**

Utilities

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

**$350.32**

| 3.110 | Nonpriority creditor's name and mailing address |
|---|---|

**DEPARTMENT HEALTH & HUMAN SVC**

**POWDER MILL 62143**

**12225 WILKINS AVE**

**ROCKVILLE**          **MD**     **20852**

Date or dates debt was incurred

Last 4 digits of account number     **5   9   7   5**

Licenses & Dues

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Licenses & Dues**

Is the claim subject to offset?
☑ No
☐ Yes

**$548.00**

| 3.111 | Nonpriority creditor's name and mailing address |
|---|---|

**DEPUY SYNTHES-POWER TOOLS**

**ATTENTION: LBX 406663**

**6000 FELDWOOD RD.**

**COLLEGE PARK**          **GA**     **30349**

Date or dates debt was incurred

Last 4 digits of account number     **1   0   9   1**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$17,164.46**

| 3.112 | Nonpriority creditor's name and mailing address |
|---|---|

**DEROYAL INDUSTRIES INC**

**MSC 30316**

**PO BOX 415000**

**NASHVILLE**          **TN**     **37241**

Date or dates debt was incurred

Last 4 digits of account number     **1   1   6   0**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,764.02**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.113 | Nonpriority creditor's name and mailing address |
|---|---|

**DIGICERT**

**PO BOX 840695**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$17,713.00**

**DALLAS**                 **TX**      **75284-0695**

Basis for the claim: **Supplies- Medical**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **4   6   9   3**

- ☑ No
- ☐ Yes

Supplies- Medical

---

| 3.114 | Nonpriority creditor's name and mailing address |
|---|---|

**DISCOVERY HEALTHCARE CONSULTING GROUP**

**PO BOX 93067**

**LUBBOCK, TX 7493-3067**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$26,938.75**

Basis for the claim: **Accounting**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

- ☑ No
- ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address |
|---|---|

**DISK-O-TAPE**

**23775 MERCANTILE ROAD**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$771.43**

**CLEVELAND**             **OH**      **44122**

Basis for the claim: **Supplies - Medical**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **5   7   7   0**

- ☑ No
- ☐ Yes

Supplies - Medical

---

| 3.116 | Nonpriority creditor's name and mailing address |
|---|---|

**DOOR CONTROL SERVICES INC**

**PO BOX 675067**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$2,330.70**

**DALLAS**                 **TX**      **75267-9347**

Basis for the claim: **Repairs & Maintenance**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **1   0   1   6**

- ☑ No
- ☐ Yes

**Repairs & Maintenance**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,986.85 |
|-------|--------------------------------------------------|-----------------------------------------------|-----------|

**DSHS CENTRAL LAB**

**PO BOX 149347**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Lab Testing__

__AUSTIN__                 __TX__     __78714-9347__

Date or dates debt was incurred

Last 4 digits of account number     __1    6    7    2__

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**Lab Testing**

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $522.60 |
|-------|--------------------------------------------------|-----------------------------------------------|---------|

**DSS**

**521 E MAIN**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Repairs & Maintenance__

__NACOGDOCHES__           __TX__     __75961__

Date or dates debt was incurred

Last 4 digits of account number     __5    2    7    2__

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**Repairs & Maintenance**

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,000.00 |
|-------|--------------------------------------------------|-----------------------------------------------|-----------|

**E T NEPHROLOGY ASSOC PA**

**PO BOX 150408**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Physician Call / Directorships__

__LUFKIN__                 __TX__     __75915-0408__

Date or dates debt was incurred

Last 4 digits of account number     __4    6    6    8__

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**Physician Call / Directorships**

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,517.25 |
|-------|--------------------------------------------------|-----------------------------------------------|------------|

**E3 DIAGNOSTICS INC**

**3333 N. KENNICOTT**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Equipment Rent/Lease__

__ARLINGTON HEIGHT__       __IL__     __60004__

Date or dates debt was incurred

Last 4 digits of account number     __6    0    7    2__

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**Equipment Rent/Lease**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.121 | Nonpriority creditor's name and mailing address |
| --- | --- |

**EARS AND HEARING PA**

**12319 N MOPAC EXP**

**BLDG C 300**

**AUSTIN**                    **TX**      **75758**

Date or dates debt was incurred

Last 4 digits of account number        **5   7   0   0**

Physician Call / Directorships

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Physician Call / Directorships**

Is the claim subject to offset?
☑ No
☐ Yes

$5,390.00

---

| 3.122 | Nonpriority creditor's name and mailing address |
| --- | --- |

**EAST TEX COMMUNITY HEALTH**

**P O BOX 632040**

**NACOGDOCHES**           **TX**      **75963-2040**

Date or dates debt was incurred

Last 4 digits of account number        **1   0   1   4**

NMPG

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**NMPG**

Is the claim subject to offset?
☑ No
☐ Yes

$1,596.00

---

| 3.123 | Nonpriority creditor's name and mailing address |
| --- | --- |

**EAST TEXAS BP LLC**

**305A EQUIPMENT COURT**

**LAWRENCEVILLE**         **GA**      **30046**

Date or dates debt was incurred

Last 4 digits of account number        **6   0   6   9**

Repairs & Maintenance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

$2,079.48

---

| 3.124 | Nonpriority creditor's name and mailing address |
| --- | --- |

**EAST TEXAS CARPETS INC.**

**1115 NORTH UNIVERSITY DRIVE**

**NACOGDOCHES**           **TX**      **75961**

Date or dates debt was incurred

Last 4 digits of account number        **2   4   1   3**

Repairs & Maintenance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

$14,187.81

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,438.86 |

**Eclinicalworks llc**

**PO BOX 847950**

☐ Contingent
☐ Unliquidated
☐ Disputed

**BOSTON                    MA        02284-7950**

Basis for the claim:
**NMPG Billing & Coding Software**

Date or dates debt was incurred

Last 4 digits of account number      5    5    6    8

Is the claim subject to offset?
☒ No
☐ Yes

**NMPG Billing & Coding Software**

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $431,854.24 |

**EDF, Inc.**

**PO Box 74007029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago                    IL        60674**

Basis for the claim:
**Electricity Provider**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,711.54 |

**Edmund C. King**

**5351 N Eagles View Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lehi                    UT        84043**

Basis for the claim:
**Wages etc.**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Edmund C. King**

**5351 N Eagles View Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lehi                    UT        84043**

Basis for the claim:
**Employee expenses reimbursement**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.129 | Nonpriority creditor's name and mailing address |
| --- | --- |

**EDWARD DON & COMPANY**

**2562 PAYSPHERE CIRCLE**

**CHICAGO**              IL      **60674**

Date or dates debt was incurred

Last 4 digits of account number      **1   1   7   1**

Dietary- Food Supplies

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Dietary- Food Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,126.55**

| 3.130 | Nonpriority creditor's name and mailing address |
| --- | --- |

**EEC INTERMEDIATE HOLDINGS LLC**

**15161 TECHNOLOGY DR**

**BROOKSVILLE**            FL      **34604**

Date or dates debt was incurred

Last 4 digits of account number      **6   0   0   6**

Dietary- Food Supplies

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Dietary- Food Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,674.49**

| 3.131 | Nonpriority creditor's name and mailing address |
| --- | --- |

**ELIAS GEORGE**

**1118 TOPACIO ST.**

**EDINBURG**              TX      **78539**

Date or dates debt was incurred

Last 4 digits of account number      **6   0   7   8**

Expense Reimbursement

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Expense Reimbursement**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,753.28**

| 3.132 | Nonpriority creditor's name and mailing address |
| --- | --- |

**ELLIOTT ELECTRIC SUPPLY**

**PO BOX 206524**

**DALLAS**                TX      **75320-6524**

Date or dates debt was incurred

Last 4 digits of account number      **1   1   7   4**

Repairs & Maintenance

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,625.74**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.133 | Nonpriority creditor's name and mailing address |
|---|---|

__ENCORE MUSIC CO__

__706 N UNIVERSITY DR__

__NACOGDOCHES__          __TX__    __75961__

Date or dates debt was incurred

Last 4 digits of account number    __1__  __1__  __7__  __7__

Services

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Services__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$448.16**

---

| 3.134 | Nonpriority creditor's name and mailing address |
|---|---|

__ERI CONSULTING, INC__

__2026 REPUBLIC DRIVE, SUITE A__

__TYLER__          __TX__    __75701__

Date or dates debt was incurred

Last 4 digits of account number    __3__  __1__  __4__  __8__

Consulting-Construction in Progress

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Consulting-Construction in Progress__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,375.00**

---

| 3.135 | Nonpriority creditor's name and mailing address |
|---|---|

__EVERGREEN MEDICAL SVCS INC__

__DEPT CH 17023__

__PALATINE__          __IL__    __60055-7023__

Date or dates debt was incurred

Last 4 digits of account number    __0__  __5__  __1__  __2__

Medical Gas

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Medical Gas__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$9,795.00**

---

| 3.136 | Nonpriority creditor's name and mailing address |
|---|---|

__EVOQUA WATER TECHNOLOGIES LLC__

__28563 NETWORK PLACE__

__CHICAGO__          __IL__    __60673-1285__

Date or dates debt was incurred

Last 4 digits of account number    __3__  __8__  __2__  __7__

Supplies- Medical

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Supplies- Medical__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,680.11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.137 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**EXPRESS PERSONNEL SERVICES**

**210 C TIMBERLAND DR**

**LUFKIN            TX      75901**

Date or dates debt was incurred

Last 4 digits of account number       **1    1    8    8**

Contract Labor

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract Labor**

Is the claim subject to offset?
☑ No
☐ Yes

$7,415.13

---

| 3.138 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**FASTENAL CO**

**PO BOX 1286**

**WINONA            MN      55987-1286**

Date or dates debt was incurred

Last 4 digits of account number       **0    4    6    6**

Repairs & Maintenance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

$727.58

---

| 3.139 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**FEDEX**

**PO BOX 660481**

**Vendor Account Number: 30508**

**DALLAS            TX      75266-0481**

Date or dates debt was incurred

Last 4 digits of account number       **1    1    9    0**

Postage & Shipping

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Postage & Shipping**

Is the claim subject to offset?
☑ No
☐ Yes

$10,900.34

---

| 3.140 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**FEDORA INTERTECH LLC**

**1501 PREBLE AVE**

**PITTSBURGH        PA      15233**

Date or dates debt was incurred

Last 4 digits of account number       **5    9    3    6**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

$1,636.00

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.141**   Nonpriority creditor's name and mailing address

**FENLEY & BATE LLP**

**P O BOX 450**

**LUFKIN, TX**

Date or dates debt was incurred

Last 4 digits of account number    **1**   **9**   **6**   **5**

Attorney

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Attorney**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$14,815.37**

---

**3.142**   Nonpriority creditor's name and mailing address

**FINTHRIVE INC**

**PO BOX 733492**

**DALLAS**      **TX**    **75373-3492**

Date or dates debt was incurred

Last 4 digits of account number    **5**   **5**   **6**   **9**

Subscription

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Subscription**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$13,412.43**

---

**3.143**   Nonpriority creditor's name and mailing address

**FISHER & PAYKEL HEALTHCARE INC**

**DEPT CH 16926**

**PALATINE**      **IL**    **60055-6926**

Date or dates debt was incurred

Last 4 digits of account number    **4**   **6**   **5**   **8**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$661.60**

---

**3.144**   Nonpriority creditor's name and mailing address

**FISHER HEAL**

**ACCT# 524483-001**

**PO BOX 404705**

**ATLANTA**      **GA**    **30384-4705**

Date or dates debt was incurred

Last 4 digits of account number    **1**   **1**   **9**   **3**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$25,806.07**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.145 | Nonpriority creditor's name and mailing address |
| --- | --- |

**FOOD SERVICE RESOURCES**

**5350 MCEVER ROAD STE A**

**FLOWERY BRANCH**      **GA**     **30542**

Date or dates debt was incurred

Last 4 digits of account number    __1__   __1__   __9__   __8__

Dietary- Food Supplies

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Dietary- Food Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$509.12**

---

| 3.146 | Nonpriority creditor's name and mailing address |
| --- | --- |

**FORVIS**

**510 N VALLEY MILLS**

**STE 200**

**WACO**      **TX**     **76710**

Date or dates debt was incurred

Last 4 digits of account number    __4__   __7__   __8__   __8__

Consulting Services

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Consulting Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$55,825.00**

---

| 3.147 | Nonpriority creditor's name and mailing address |
| --- | --- |

**FREDONIA HOSPITALITY LLC**

**200 N FREDONIA ST**

**NACOGDOCHES**      **TX**     **75961**

Date or dates debt was incurred

Last 4 digits of account number    __5__   __6__   __4__   __0__

Marketing

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Marketing**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,062.31**

---

| 3.148 | Nonpriority creditor's name and mailing address |
| --- | --- |

**FREDONIA ROTARY CLUB**

**PO BOX 633092**

**NACOGDOCHES**      **TX**     **75963**

Date or dates debt was incurred

Last 4 digits of account number    __1__   __2__   __4__   __0__

Licenses & Dues

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Licenses & Dues**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$201.76**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.149 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Garlic Media Management LLC**

**1195 S Lipan St, Unit A**

_____

| **Denver** | **CO** | **80223** |

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Marketing**

Is the claim subject to offset?
☑ No
☐ Yes

**$108,000.00**

---

| 3.150 | Nonpriority creditor's name and mailing address |
| --- | --- |

**GE HEALTHCARE EQUIPMENT FINANCE**

**PO BOX 641419**

_____

| **PITTSBURGH** | **PA** | **15264-1419** |

Date or dates debt was incurred

Last 4 digits of account number        3  7  5  7

**Equipment Rent/Lease**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Equipment Rent/Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$32,605.02**

---

| 3.151 | Nonpriority creditor's name and mailing address |
| --- | --- |

**GE PRECISION HEALTHCARE LLC**

**3000 N GRANDVIEW BLVD**

_____

| **WAUKESHA** | **WI** | **53188-1615** |

Date or dates debt was incurred

Last 4 digits of account number        6  0  1  2

**Supplies - Medical**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,776.67**

---

| 3.152 | Nonpriority creditor's name and mailing address |
| --- | --- |

**GERMER PLLC**

**P.O BOX 4915**

_____

| **BEAUMONT** | **TX** | **77701** |

Date or dates debt was incurred

Last 4 digits of account number        6  0  3  2

**Supplies - Medical**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$19,951.18**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.153**  Nonpriority creditor's name and mailing address

**GETINGE**

**PO BOX 775436**

**CHICAGO**                    IL       **60677-5436**

Date or dates debt was incurred

Last 4 digits of account number        **1    0    5    6**

Supplies- Medical

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Supplies- Medical**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$27,548.37**

---

**3.154**  Nonpriority creditor's name and mailing address

**GETINGE/CASTLE INC**

**PO BOX 775436**

**CHICAGO**                    IL       **60677-5436**

Date or dates debt was incurred

Last 4 digits of account number        **1    0    1    8**

Supplies- Medical

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Supplies- Medical**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$552.35**

---

**3.155**  Nonpriority creditor's name and mailing address

**GEXTIXHEALTH HOLDING CORP**

**PO BOX 2587**

**STAFFORD**                    TX       **77497**

Date or dates debt was incurred

Last 4 digits of account number        **5    5    6    7**

Services

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,260.14**

---

**3.156**  Nonpriority creditor's name and mailing address

**GIFTED INTERMEDIATE HOLDINGS II, INC.**

**GIFTED NURSES, LLC DBA GIFTED HEALTHCARE**

**3330 W ESPLANADE AVE, STE 505**

**METAIRIE**                    LA       **70002**

Date or dates debt was incurred

Last 4 digits of account number        **6    0    8    7**

Staffing

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Staffing**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$47,454.66**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.157 | Nonpriority creditor's name and mailing address |
|---|---|

__Gjerset & Lorez, LLP__

__2801 Via Fortuna__

__Austin__              __TX__      __78746__

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Attorney Fees__

Is the claim subject to offset?
☑ No
☐ Yes

**$215,110.00**

| 3.158 | Nonpriority creditor's name and mailing address |
|---|---|

__Goldie's Upholstery__

__920 SOUTH ST__

__NACOGDOCHES__          __TX__      __75964__

Date or dates debt was incurred

Last 4 digits of account number    __6__ __1__ __1__ __8__

**Repairs & Maintenance**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Repairs & Maintenance__

Is the claim subject to offset?
☑ No
☐ Yes

**$135.00**

| 3.159 | Nonpriority creditor's name and mailing address |
|---|---|

__Gordon Food__

__PO Box 88029__

__Chicago__              __IL__      __60680__

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Dietary-Food Supplies (Cafeteria)__

Is the claim subject to offset?
☑ No
☐ Yes

**$125,843.90**

| 3.160 | Nonpriority creditor's name and mailing address |
|---|---|

__GRAINGER__

__DEPT 823364534__

__PO BOX 419267__

__KANSAS CITY__          __MO__    __64141-6267__

Date or dates debt was incurred

Last 4 digits of account number    __1__ __2__ __0__ __9__

**Repairs & Maintenance**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Repairs & Maintenance__

Is the claim subject to offset?
☑ No
☐ Yes

**$45,985.93**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.161 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**GREEN & GREEN CPA INC**

**28382 CONSTELLATION ROAD**

**VALENCIA**                    **CA**    **91355**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Accounting**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Unknown

| 3.162 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**GREEN AND SPIEGEL U.S., LLC**

**1524 DELANCEY ST., 4TH FLOOR**

**PHILADELPHIA**                **PA**    **19102**

Date or dates debt was incurred

Last 4 digits of account number    __6   0   7   7__

Legal

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Legal**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$10,450.00

| 3.163 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Gregory Tate, DDS, MD**

**508 Russell Blvd**

**Nacogdoches**                 **TX**    **75965**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Unknown

| 3.164 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**GUERBET LLC**

**DEPT 3917**

**CAROL STREAM**                **IL**    **60132**

Date or dates debt was incurred

Last 4 digits of account number    __5   6   6   8__

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,384.48

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.165 | Nonpriority creditor's name and mailing address |
|---|---|

**GULF COAST REGIONAL BLOOD CENTER**

**PO BOX 301092**

**DALLAS                    TX        75303-1092**

Date or dates debt was incurred

Last 4 digits of account number        **1    0    2    1**

Supplies - Blood

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Blood**

Is the claim subject to offset?
☑ No
☐ Yes

$56,505.78

---

| 3.166 | Nonpriority creditor's name and mailing address |
|---|---|

**HASHMET WALI AND ASSOCIATES INC.**

**8914 DAFFODIL STREET**

**HOUSTON                    TX        77063**

Date or dates debt was incurred

Last 4 digits of account number        **6    0    8    3**

Repairs & Maintenace

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenace**

Is the claim subject to offset?
☑ No
☐ Yes

$22,072.69

---

| 3.167 | Nonpriority creditor's name and mailing address |
|---|---|

**HAVELS INCORPORATED**

**3726 LONSDALES ST**

**CINCINNATI                    OH        45227**

Date or dates debt was incurred

Last 4 digits of account number        **1    2    1    8**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

$233.50

---

| 3.168 | Nonpriority creditor's name and mailing address |
|---|---|

**HD SUPPLY FACILIITES MAINTENANCE**

**PO BOX 509058**

**SAN DIEGO                    CA        92150-9058**

Date or dates debt was incurred

Last 4 digits of account number        **5    4    8    6**

Repairs & Maintenance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

$2,160.58

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.169 | Nonpriority creditor's name and mailing address |
|---|---|

**Head Pediatric, PLLC**

**625 Russell Blvd**

**Nacogdoches**          **TX**     **75965**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,000.00**

---

| 3.170 | Nonpriority creditor's name and mailing address |
|---|---|

**HEALTHCARE FACILITIES CONSULTING INC**

**2517 LEBANON PIKE**

**SUITE 302**

**NASHVILLE**          **TN**     **37214**

Date or dates debt was incurred

Last 4 digits of account number   **6  0  9  0**

Consulting

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consulting**

Is the claim subject to offset?
☑ No
☐ Yes

**$24,163.34**

---

| 3.171 | Nonpriority creditor's name and mailing address |
|---|---|

**HEDMAN PARTNERS LP**

**27441 TOURNEY ROAD**

**SUITE 200**

**VALENCIA**          **CA**     **91355**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accounting**

Is the claim subject to offset?
☑ No
☐ Yes

**$15,814.00**

---

| 3.172 | Nonpriority creditor's name and mailing address |
|---|---|

**HELENA LABORATORIES CORP**

**PO BOX 676445**

**DALLAS**          **TX**     **75267-6445**

Date or dates debt was incurred

Last 4 digits of account number   **1  2  2  5**

Supplies- Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies- Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$124.98**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.173**    Nonpriority creditor's name and mailing address

**HELPING HANDS NURSING AGENCY**

**PO BOX 297**

**JASPER                TX    75951**

Date or dates debt was incurred

Last 4 digits of account number        **5   3   4   7**

Staffing Agency

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Staffing Agency**

Is the claim subject to offset?
☑ No
☐ Yes

**$37,709.03**

---

**3.174**    Nonpriority creditor's name and mailing address

**HENSLER SURGICAL,LLC**

**2420 SOUTH 17TH ST STE C**

**WILMINGTON            NC    28401**

Date or dates debt was incurred

Last 4 digits of account number        **5   7   9   7**

Supplies- Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies- Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,417.70**

---

**3.175**    Nonpriority creditor's name and mailing address

**HFMA**

**5195 EAGLE WAY**

**CHICAGO                IL    60678-1051**

Date or dates debt was incurred

Last 4 digits of account number        **0   5   8   9**

Licenses & Dues

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Licenses & Dues**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,000.00**

---

**3.176**    Nonpriority creditor's name and mailing address

**HILL ROM**

**PO BOX 643592**

**PITTSBURGH            PA    15264-3592**

Date or dates debt was incurred

Last 4 digits of account number        **1   2   2   7**

Equipment Rent/Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Equipment Rent/Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$50,344.32**

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,249.00 |
|---|---|---|---|

HOBART

PO BOX 2517

☐ Contingent
☐ Unliquidated
☐ Disputed

CAROL STREAM     IL     60132

**Basis for the claim:**
Equipment Rent/Lease

Date or dates debt was incurred

Last 4 digits of account number   1   2   2   9

**Is the claim subject to offset?**
☒ No
☐ Yes

Equipment Rent/Lease

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94,187.05 |
|---|---|---|---|

HOLOGIC INC

24506 NETWORK PLACE

☐ Contingent
☐ Unliquidated
☐ Disputed

CHICAGO     IL     60673-1245

**Basis for the claim:**
Supplies - Medical

Date or dates debt was incurred

Last 4 digits of account number   3   1   6   2

**Is the claim subject to offset?**
☒ No
☐ Yes

Supplies - Medical

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95,256.48 |
|---|---|---|---|

HPHG, LLC - DBA 90 DEGREE BENEFITS

4401 82ND ST. UNIT 1200

☐ Contingent
☐ Unliquidated
☐ Disputed

LUBBOCK     TX     79424

**Basis for the claim:**
Employee Benefits

Date or dates debt was incurred

Last 4 digits of account number   6   1   0   8

**Is the claim subject to offset?**
☒ No
☐ Yes

Employee Benefits

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,610.00 |
|---|---|---|---|

HUGHES CONSTRUCTION & DEVELOPMENT, LLC

13570 EAST STATE HWY 103

☐ Contingent
☐ Unliquidated
☐ Disputed

HUNTINGTON     TX     75949

**Basis for the claim:**
Repairs & Maintenance

Date or dates debt was incurred

Last 4 digits of account number   6   1   0   0

**Is the claim subject to offset?**
☒ No
☐ Yes

Repairs & Maintenance

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.181 | Nonpriority creditor's name and mailing address |
| --- | --- |

**HUSCH BLACKWELL LLP**

**P.O. BOX 790379**

| **ST LOUIS** | **MO** | **63179-0379** |
| --- | --- | --- |

Date or dates debt was incurred

Last 4 digits of account number      **6   0   0   8**

**Legal**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Legal**

Is the claim subject to offset?
☑ No
☐ Yes

**$16,533.00**

---

| 3.182 | Nonpriority creditor's name and mailing address |
| --- | --- |

**ICU MEDICAL INC**

**PO BOX 848908**

| **LOS ANGELES** | **CA** | **09008** |
| --- | --- | --- |

Date or dates debt was incurred

Last 4 digits of account number      **4   8   1   2**

**Supplies - Medical**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$237.60**

---

| 3.183 | Nonpriority creditor's name and mailing address |
| --- | --- |

**IMAGING PHYSICS LLC**

**227 SANDY SPRINGS PLACE**

**STE D-300**

| **SANDY SPRINGS** | **GA** | **30328** |
| --- | --- | --- |

Date or dates debt was incurred

Last 4 digits of account number      **4   8   9   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$17,467.60**

---

| 3.184 | Nonpriority creditor's name and mailing address |
| --- | --- |

**IMMUCOR**

**PO BOX 102118**

| **ATLANTA** | **GA** | **30368-2118** |
| --- | --- | --- |

Date or dates debt was incurred

Last 4 digits of account number      **1   8   0   1**

**Supplies - Medical**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$19,217.67**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.185 | Nonpriority creditor's name and mailing address |
|---|---|

**INSIGHT DIRECT USA INC**

**GALEN & DAVIS, LLP**

**2945 TOWNSGATE RD - STE 200**

**WESTLAKE VILLAGE          CA        91361**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**IT**

$7,239.69

Date or dates debt was incurred

Last 4 digits of account number      **6   0   5   5**

Is the claim subject to offset?
☑ No
☐ Yes

**IT**

---

| 3.186 | Nonpriority creditor's name and mailing address |
|---|---|

**INTEGRA**

**PO BOX 404129**

**ATLANTA          GA        30384-4129**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies- Medical**

$21,639.16

Date or dates debt was incurred

Last 4 digits of account number      **1   1   6   4**

Is the claim subject to offset?
☑ No
☐ Yes

**Supplies- Medical**

---

| 3.187 | Nonpriority creditor's name and mailing address |
|---|---|

**INTERFACE SECURITY SYSTEMS LLC**

**8339 SOLUTIONS CENTER**

**CHICAGO          IL        60677-8003**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**NICU Infant Monitoring**

$16,868.94

Date or dates debt was incurred

Last 4 digits of account number      **5   1   1   8**

Is the claim subject to offset?
☑ No
☐ Yes

**NICU Infant Monitoring**

---

| 3.188 | Nonpriority creditor's name and mailing address |
|---|---|

**INTERLINE BRANDS INC**

**PO BOX 404468**

**ATLANTA          GA        30384-4468**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenance**

$1,825.95

Date or dates debt was incurred

Last 4 digits of account number      **5   6   0   9**

Is the claim subject to offset?
☑ No
☐ Yes

**Repairs & Maintenance**

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.189**  Nonpriority creditor's name and mailing address

INTERTECH SECURITY-use 593

1501 PREBLE AVN

PITTSBURGH                    PA        15233

Date or dates debt was incurred

Last 4 digits of account number      5   0   6   1

Supplies

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$5,982.00

---

**3.190**  Nonpriority creditor's name and mailing address

JAMES A. HUGHES

123 RIDGEWOOD ST

LUFKIN                        TX        75904

Date or dates debt was incurred

Last 4 digits of account number      6   0   1   4

Marketing

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Marketing**

Is the claim subject to offset?
☑ No
☐ Yes

$500.00

---

**3.191**  Nonpriority creditor's name and mailing address

James Redfield, MD

1002 Mound Street

Nacogdoches                   TX        75961

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$11,000.00

---

**3.192**  Nonpriority creditor's name and mailing address

JB CRAWFORD CONSTRUCTION, LLC

2802 DURST STREET

NACOGDOCHES                   TX        75964

Date or dates debt was incurred

Last 4 digits of account number      6   1   1   5

Repairs & Maintenance

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

$733.39

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.193 | Nonpriority creditor's name and mailing address |
|-------|-------------------------------------------------|

**JENSEN HUGHES INC**

**3610 COMMERCE DRIVE**

**SUITE 8**

**BALTIMORE**          **MD**     **21227-1640**

Date or dates debt was incurred

Last 4 digits of account number     **6   0   4   7**

Consulting Services

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consulting Services**

Is the claim subject to offset?
☑ No
☐ Yes

$12,000.00

---

| 3.194 | Nonpriority creditor's name and mailing address |
|-------|-------------------------------------------------|

**JETT BUSINESS SYSTEMS INC**

**1452 HAWN AVE**

**SHREVEPORT**          **LA**     **71107**

Date or dates debt was incurred

Last 4 digits of account number     **1   3   0   4**

Supplies - Office

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Office**

Is the claim subject to offset?
☑ No
☐ Yes

$9,584.61

---

| 3.195 | Nonpriority creditor's name and mailing address |
|-------|-------------------------------------------------|

**JOHNSON & JOHNSON HEALTHCARE**

**5972 COLLECTIONS CENTER DR**

**CHICAGO**          **IL**     **60693**

Date or dates debt was incurred

Last 4 digits of account number     **1   3   0   6**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

$3,919.28

---

| 3.196 | Nonpriority creditor's name and mailing address |
|-------|-------------------------------------------------|

**JOHNSON CONTROLS INC**

**5757 N GREEN BAT AVE**

**MILWAUKEE**          **WI**     **53209**

Date or dates debt was incurred

Last 4 digits of account number     **5   9   9   7**

Repairs & Maintenance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

$8,944.14

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.197 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**KENTEC**

**17871 FITCH**

**IRVINE                    CA      92614**

Date or dates debt was incurred

Last 4 digits of account number    **4   3   9   5**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☒ No
☐ Yes

**$235.96**

---

| 3.198 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**KERMA MEDICAL PRODUCTS INC**

**215 SUBURBAN DR**

**SUFFOLK                    VA      23434**

Date or dates debt was incurred

Last 4 digits of account number    **4   9   8   6**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,608.96**

---

| 3.199 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**KEY SCIENTIFIC**

**1113 E REYNOLDS**

**STAMFORD                    TX      79553**

Date or dates debt was incurred

Last 4 digits of account number    **2   7   1   0**

Supplies- Medical

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies- Medical**

Is the claim subject to offset?
☒ No
☐ Yes

**$410.16**

---

| 3.200 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**KLINE'S**

**628 N UNIVERSITY DR**

**NACOGDOCHES                    TX      75961**

Date or dates debt was incurred

Last 4 digits of account number    **1   3   1   7**

Supplies

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,169.83**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.201 | Nonpriority creditor's name and mailing address |
|---|---|

__KOPPEL & KOZEL LLC__

__2947 SPECIALLY DRIVE UNIT 4__

__TYLER__                 __TX__      __75707__

Date or dates debt was incurred   _____

Last 4 digits of account number     __5__  __8__  __8__  __5__

Repairs & Maintenance

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Repairs & Maintenance__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10,655.05**

---

| 3.202 | Nonpriority creditor's name and mailing address |
|---|---|

__KROGER__

__PO BOX 776417__

__CHICAGO__                 __IL__      __60677-6714__

Date or dates debt was incurred   _____

Last 4 digits of account number     __1__  __3__  __2__  __6__

Dietary - Food Supplies

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Dietary - Food Supplies__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$166.38**

---

| 3.203 | Nonpriority creditor's name and mailing address |
|---|---|

__KUMURA & ASSOCIATES INC__

__1602 SIDDALL DR.__

__VISTA__                 __CA__      __92084__

Date or dates debt was incurred   _____

Last 4 digits of account number     __5__  __8__  __9__  __8__

Consulting Services

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Consulting Services__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$30,362.50**

---

| 3.204 | Nonpriority creditor's name and mailing address |
|---|---|

__KURIN INC__

__10755 SCRIPPS POWAY PKWY 257__

__SAN DIEGO__                 __CA__      __92131__

Date or dates debt was incurred   _____

Last 4 digits of account number     __5__  __8__  __2__  __5__

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Supplies - Medical__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$22,834.17**

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.205**  Nonpriority creditor's name and mailing address

__KURZ MEDICAL INC__

__70 CHESTNUT ST__

_____

__SHERWSBURY__          __MA__    __01545__

Date or dates debt was incurred  _____

Last 4 digits of account number    __6__  __0__  __6__  __4__

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Supplies - Medical__

Is the claim subject to offset?
☑ No
☐ Yes

$3,544.70

---

**3.206**  Nonpriority creditor's name and mailing address

__LABORIE MEDICAL TECHNOLOGIES__

__PO BOX 734615__

_____

__CHICAGO__          __CA__    __60673-4615__

Date or dates debt was incurred  _____

Last 4 digits of account number    __5__  __3__  __1__  __2__

Supplies- Medical

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Supplies- Medical__

Is the claim subject to offset?
☑ No
☐ Yes

$248.08

---

**3.207**  Nonpriority creditor's name and mailing address

__LAMAR TEXAS LIMITED PARTNERSHIP__

__P.O. BOX 746966__

_____

__ATLANTA__          __GA__    __30374-6966__

Date or dates debt was incurred  _____

Last 4 digits of account number    __6__  __0__  __6__  __7__

Marketing

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Marketing__

Is the claim subject to offset?
☑ No
☐ Yes

$28,330.17

---

**3.208**  Nonpriority creditor's name and mailing address

__LAMAR UNIVERSITY__

__4400 DR. MARTIN LUTHER KING, JR.__

__PARKWAY SOUTH__

_____

__BEAUMONT__          __TX__    __77705__

Date or dates debt was incurred  _____

Last 4 digits of account number    __6__  __1__  __2__  __0__

Employee Recruitment

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Employee Recruitment__

Is the claim subject to offset?
☑ No
☐ Yes

$300.00

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

| 3.209 | Nonpriority creditor's name and mailing address |
|---|---|

**LANDAUER**

**PO BOX 809051**

**CHICAGO**          **IL**    **60680-9051**

Date or dates debt was incurred

Last 4 digits of account number    **1  3  3  7**

Services- Radiology

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Services- Radiology**

Is the claim subject to offset?
☑ No
☐ Yes

**$957.10**

---

| 3.210 | Nonpriority creditor's name and mailing address |
|---|---|

**LANGLEY MFG INC**

**PO BOX 632732**

**NACOGDOCHES**          **TX**    **75963**

Date or dates debt was incurred

Last 4 digits of account number    **5  6  9  8**

Repairs & Maintenance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Repairs & Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

**$630.63**

---

| 3.211 | Nonpriority creditor's name and mailing address |
|---|---|

**LANGUAGE SERVICE ASSOC**

**PO BOX 829752**

**PHILADELPHIA**          **PA**    **19182-9752**

Date or dates debt was incurred

Last 4 digits of account number    **4  9  6  2**

Services-Interpreting

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Services-Interpreting**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,158.83**

---

| 3.212 | Nonpriority creditor's name and mailing address |
|---|---|

**LAWSON PRODUCTS**

**PO BOX 734922**

**CHICAGO**          **IL**    **60673-4922**

Date or dates debt was incurred

Last 4 digits of account number    **1  1  6  7**

Repairs & Maintenance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Repairs & Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

**$599.20**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,139.76** |
| --- | --- | --- | --- |

**LEADING REACH INC**

**7719 WOOD HOLLOW DRIVE**

**SUITE 265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**AUSTIN                    TX      78731**

Basis for the claim:
**Supplies - Medical**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      5   9   8   0

☑ No
☐ Yes

**Supplies - Medical**

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$25,531.72** |
| --- | --- | --- | --- |

**LEASING ASSOC OF BARRINGTON**

**220 N RIVER ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**EAST DUNDLE               IL      60118**

Basis for the claim:
**Equipment Rent/Lease**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      5   3   4   9

☑ No
☐ Yes

**Equipment Rent/Lease**

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$7,065.50** |
| --- | --- | --- | --- |

**LEITERS**

**PO BOX 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**LAS VEGAS                  NV      89193-2154**

Basis for the claim:
**Supplies - Medical**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      5   7   6   5

☑ No
☐ Yes

**Supplies - Medical**

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$62.58** |
| --- | --- | --- | --- |

**LHASA OMS, INC**

**230 LIBBEY INDUSTRIAL PARKWAY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**WEYMOUTH                   MA      02189**

Basis for the claim:
**Supplies-Medical**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      6   0   2   7

☑ No
☐ Yes

**Supplies-Medical**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.217**   Nonpriority creditor's name and mailing address

**LIBERTY FLAG & SPECIALTY CO**

**PO BOX 424**

**REEDSBURG**      **WI**    **53959**

Date or dates debt was incurred

Last 4 digits of account number    **1**   **3**   **4**   **6**

Maintenance Supplies

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Maintenance Supplies**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$860.20**

---

**3.218**   Nonpriority creditor's name and mailing address

**LIFE SAFETY SERVICES**

**908 S 8TH STREET, SUITE 500**

**LOUISVILLE**      **KY**    **40203**

Date or dates debt was incurred

Last 4 digits of account number    **6**   **1**   **2**   **4**

Inspection

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Inspection**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$3,223.00**

---

**3.219**   Nonpriority creditor's name and mailing address

**LIFENET HEALTH**

**PO BOX 79636**

**BALTIMORE**      **MD**    **21279-0636**

Date or dates debt was incurred

Last 4 digits of account number    **4**   **7**   **7**   **0**

Supplies- Medical

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Supplies- Medical**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$3,965.50**

---

**3.220**   Nonpriority creditor's name and mailing address

**LILLY SANITATION**

**PO BOX 672**

**GARRISON**      **TX**    **75946-0672**

Date or dates debt was incurred

Last 4 digits of account number    **3**   **8**   **2**   **9**

Utilities

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Utilities**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$348.65**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.221 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
Check all that apply.

**$953.50**

**LOWE'S HOME CENTER INC**

**PO BOX 530954**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Repairs & Maintenance**

**ATLANTA**              **GA**     **30353-0954**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number       **3   0   1   8**

- ☑ No
- ☐ Yes

**Repairs & Maintenance**

| 3.222 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
Check all that apply.

**$11,997.10**

**LUFKIN ARMATURE WORKS INC**

**PO BOX 1227**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Repairs & Maintenance**

**LUFKIN**               **TX**     **75901**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number       **4   9   1   4**

- ☑ No
- ☐ Yes

**Repairs & Maintenance**

| 3.223 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
Check all that apply.

**$3,886.74**

**MAINE STANDARDS COMPANY LLC**

**DEPT CH 16362**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Supplies - Medical**

**PALATINE**             **IL**     **60055-6362**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number       **3   4   3   4**

- ☑ No
- ☐ Yes

**Supplies - Medical**

| 3.224 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
Check all that apply.

**$40,379.15**

**MALL ENERGY**

**PO BOX 945**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Repairs & Maintenance**

**LONGVIEW**             **TX**     **75606**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number       **5   2   2   8**

- ☑ No
- ☐ Yes

**Repairs & Maintenance**

**Part 2:**    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.225**   Nonpriority creditor's name and mailing address | **$8,000.00** |

**MARGARET JOAN MORGAN**

**4738 LA VILLA MARINA UNIT C**

**MARINA DEL RAY**     **CA**    **90292**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Consulting Services**

Date or dates debt was incurred

Last 4 digits of account number   **5**   **8**   **2**   **7**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Consulting Services

---

| | |
|---|---|
| **3.226**   Nonpriority creditor's name and mailing address | **$1,989.26** |

**MARK'S PLUMBING PARTS**

**PO BOX 121554**

**FT WORTH**     **TX**    **76116**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Repairs & Maintenance**

Date or dates debt was incurred

Last 4 digits of account number   **1**   **3**   **5**   **8**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Repairs & Maintenance

---

| | |
|---|---|
| **3.227**   Nonpriority creditor's name and mailing address | **$3,003.94** |

**MARKETLAB INC**

**PO BOX 844348**

**BOSTON**     **MA**    **02284-4348**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Supplies- Medical**

Date or dates debt was incurred

Last 4 digits of account number   **1**   **3**   **5**   **9**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Supplies- Medical

---

| | |
|---|---|
| **3.228**   Nonpriority creditor's name and mailing address | **$5,200.00** |

**Mary Barnette, MD**

**3614 N University Dr**

**Nacogdoches**     **TX**    **75965**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Services**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.229 | **Nonpriority creditor's name and mailing address** |
|---|---|

**MASIMO**

**28932 NETWORK PLACE**

| CHICAGO | IL | 60673-1289 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __4__  __1__  __3__  __1__

Supplies- Medical

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Supplies- Medical__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,866.34**

---

| 3.230 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Matheson Tri-Gas**

**Dept. 3028**

**PO Box 123028**

| Dallas | TX | 75312 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Patient Cases__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$123,428.72**

---

| 3.231 | **Nonpriority creditor's name and mailing address** |
|---|---|

**MCG HEALTH LLC**

**PO BOX 742350**

| ATLANTA | GA | 30374-2350 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __4__  __9__  __3__  __9__

Prepaid Service Maintenance

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Prepaid Service Maintenance__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,918.82**

---

| 3.232 | **Nonpriority creditor's name and mailing address** |
|---|---|

**MCWILLIAMS & SON**

**7642 S US HWY 59**

| BURKE | TX | 75941-4427 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __5__  __0__  __6__  __0__

Repairs & Maintenance

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Repairs & Maintenance__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$253.82**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.233**   Nonpriority creditor's name and mailing address

**MD SAVE INC**

**PO BOX 197596**

_____

**NASHVILLE**           **TN**     **37219-7596**

Date or dates debt was incurred

Last 4 digits of account number     **5   2   3   0**

Patient Insurance

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Patient Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

**$48,742.50**

---

**3.234**   Nonpriority creditor's name and mailing address

**MED ONE CAPITAL FUNDING LLC**

**LB 271128**

**P O BOX 35145**

_____

**SEATTLE**           **WA**     **98124-5145**

Date or dates debt was incurred

Last 4 digits of account number     **4   6   4   8**

Equipment Rent/Lease

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Rent/Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,254.64**

---

**3.235**   Nonpriority creditor's name and mailing address

**MED-PAT INC**

**31 RIORDAN PLACE**

_____

**SHREWSBURY**           **NJ**     **07702**

Date or dates debt was incurred

Last 4 digits of account number     **1   3   6   7**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$545.49**

---

**3.236**   Nonpriority creditor's name and mailing address

**MEDCOMP**

**1499 DELP DR**

_____

**HARLEYSVILLE**           **PA**     **19438**

Date or dates debt was incurred

Last 4 digits of account number     **4   2   8   2**

Supplies- Medical

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies- Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,812.60**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.237**  Nonpriority creditor's name and mailing address

**MEDELA INC.**

**38789 EAGLE WAY**

**CHICAGO**          IL          **60678-1387**

Date or dates debt was incurred

Last 4 digits of account number          **1  2  5  2**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,523.62**

---

**3.238**  Nonpriority creditor's name and mailing address

**MEDI-DOSE INC**

**LOCK BOX 427**

**JAMISON**          PA          **18929-0427**

Date or dates debt was incurred

Last 4 digits of account number          **1  1  8  1**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,639.34**

---

**3.239**  Nonpriority creditor's name and mailing address

**Medline Industries, Inc.**

**Dept. 1080**

**PO Box 121080**

**Dallas**          TX          **75312**

Date or dates debt was incurred

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Medical Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$250,112.21**

---

**3.240**  Nonpriority creditor's name and mailing address

**MEDSERVICE REPAIR INC**

**300 CENTER DR**

**SUITE 104**

**VERNON HILLS**          IL          **60061**

Date or dates debt was incurred

Last 4 digits of account number          **3  8  2  0**

Supplies- Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies- Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$444.90**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

**3.241**    Nonpriority creditor's name and mailing address

**Medtronic Xomed**

**PO Box 848086**

**Dallas**                          **TX**      **75284**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Cath Lab Medical Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$123,494.94

---

**3.242**    Nonpriority creditor's name and mailing address

**Medygate, Inc.**

**447 S. Robertson Blvd., #204**

**Beverly Hills**                   **CA**      **90211**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Bio-Medical Services**

Is the claim subject to offset?
☑ No
☐ Yes

$581,896.00

---

**3.243**    Nonpriority creditor's name and mailing address

**MEMORIAL HOSPITAL-GIFT SHOP**

**1204 MOUND ST**

**NACOGDOCHES**                     **TX**      **75961**

Date or dates debt was incurred

Last 4 digits of account number    **1   3   7   9**

Employee Benefits

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Benefits**

Is the claim subject to offset?
☑ No
☐ Yes

$747.25

---

**3.244**    Nonpriority creditor's name and mailing address

**MERCURY MEDICAL**

**PO BOX 17009**

**CLEARWATER**                      **FL**      **33762-0009**

Date or dates debt was incurred

Last 4 digits of account number    **1   9   3   7**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,844.04

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.245**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$5,407.80**
                                                                  *Check all that apply.*

**MERIT MEDICAL SYSTEM INC**
                                                                  ☐ Contingent
**PO BOX 204842**
                                                                  ☐ Unliquidated
                                                                  ☐ Disputed

                                                                  Basis for the claim:
**DALLAS                TX      75320-4842**                      **Supplies - Medical**

Date or dates debt was incurred          _____          Is the claim subject to offset?

Last 4 digits of account number      **1   3   8   9**            ☑ No
                                                                  ☐ Yes
**Supplies - Medical**

---

**3.246**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$14,123.34**
                                                                  *Check all that apply.*

**MID SOUTH CHEMICAL**
                                                                  ☐ Contingent
**PO BOX 116**
                                                                  ☐ Unliquidated
                                                                  ☐ Disputed

                                                                  Basis for the claim:
**RINGGOLD              LA      71068-0116**                      **Repairs & Maintenance**

Date or dates debt was incurred          _____          Is the claim subject to offset?

Last 4 digits of account number      **1   3   9   4**            ☑ No
                                                                  ☐ Yes
**Repairs & Maintenance**

---

**3.247**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$920.13**
                                                                  *Check all that apply.*

**MID SOUTH TILE COMPANY**
                                                                  ☐ Contingent
**3977 W STATE HWY 7**
                                                                  ☐ Unliquidated
                                                                  ☐ Disputed

                                                                  Basis for the claim:
**NACOGDOCHES           TX      75964**                           **Repairs & Maintenance**

Date or dates debt was incurred          _____          Is the claim subject to offset?

Last 4 digits of account number      **3   6   2   3**            ☑ No
                                                                  ☐ Yes
**Repairs & Maintenance**

---

**3.248**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$1,312.39**
                                                                  *Check all that apply.*

**MOORE SUPPLY COMPANY**
                                                                  ☐ Contingent
**PO BOX 951949**
                                                                  ☐ Unliquidated
                                                                  ☐ Disputed

                                                                  Basis for the claim:
**DALLAS                TX      75395-1949**                      **Repairs & Maintenance**

Date or dates debt was incurred          _____          Is the claim subject to offset?

Last 4 digits of account number      **1   0   5   1**            ☑ No
                                                                  ☐ Yes
**Repairs & Maintenance**

---

### Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                              Amount of claim

**3.249**   Nonpriority creditor's name and mailing address

**MSDSONLINE INC**

**DBA VELOCITY EHS**

**27185 NETWORK PLACE**

**CHICAGO**          IL     60673

Date or dates debt was incurred

Last 4 digits of account number    5   2   6   0

Facilities- Reports

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Facilities- Reports**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,997.32**

---

**3.250**   Nonpriority creditor's name and mailing address

**MUTAL SPRINKLERS**

**PO BOX 74008409**

**CHICAGO**          IL     60674-8409

Date or dates debt was incurred

Last 4 digits of account number    4   9   0   3

Repairs & Maintenance/ Inspection

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Repairs & Maintenance/ Inspection**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8,220.00**

---

**3.251**   Nonpriority creditor's name and mailing address

**MXR IMAGING- INC**

**4909 MURPHY CANYON RD**

**STE 120**

**SAN DIEGO**         CA     92123

Date or dates debt was incurred

Last 4 digits of account number    2   3   2   8

Supplies- Medical

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Supplies- Medical**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8,319.01**

---

**3.252**   Nonpriority creditor's name and mailing address

**NAC COUNTY CHAMBER OF COMMERCE**

**2516 NORTH STREET**

**NACOGDOCHES**       TX     75965

Date or dates debt was incurred

Last 4 digits of account number    1   4   1   4

Licenses & Dues

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Licenses & Dues**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,000.00**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.253 | Nonpriority creditor's name and mailing address |
|---|---|

**NAC SAFE SPACE**

**3111 MELWOOD CIRCLE**

**NACOGDOCHES**          **TX**      **75964**

Date or dates debt was incurred

Last 4 digits of account number      **6   1   1   2**

Marketing

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Marketing**

Is the claim subject to offset?
☑ No
☐ Yes

**$500.00**

---

| 3.254 | Nonpriority creditor's name and mailing address |
|---|---|

**Nacogdoches County Hospital District**

**Attention: Administrator**

**1204 North Mound Street**

**Nacogdoches**          **TX**      **75961**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.255 | Nonpriority creditor's name and mailing address |
|---|---|

**NACOGDOCHES ECONOMIC DEVEL**

**PO BOX 635030**

**NACOGDOCHES**          **TX**      **75963-5030**

Date or dates debt was incurred

Last 4 digits of account number      **5   1   6   4**

Licenses & Dues

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Licenses & Dues**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,937.50**

---

| 3.256 | Nonpriority creditor's name and mailing address |
|---|---|

**Nacogdoches Gastroenterology**

**522 Russell Blvd**

**Nacogdoches**          **TX**      **75965**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,250.00**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.257**   Nonpriority creditor's name and mailing address

__Nacogdoches Nephrology, PA__

__522 Russell Blvd__

__Nacogdoches__      __TX__    __75961__

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Services__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9,400.00**

---

**3.258**   Nonpriority creditor's name and mailing address

__Nacogdoches Pulmonary & Sleep__

__5500 North Street__

__Nacogdoches__      __TX__    __75965__

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Services__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$62,200.00**

---

**3.259**   Nonpriority creditor's name and mailing address

__Nacogdoches Sheet Metal, Plumbing & AC__

__PO BOX 631277__

__NACOGDOCHES__      __TX__    __75963__

Date or dates debt was incurred

Last 4 digits of account number   __2__ __7__ __0__ __5__

Repairs & Maintenance

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Repairs & Maintenance__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$75.00**

---

**3.260**   Nonpriority creditor's name and mailing address

__NALCOM WIRELESS COMMUNICATIONS__

__1023 N MOUND ST__

__NACOGDOCHES__      __TX__    __75961__

Date or dates debt was incurred

Last 4 digits of account number   __3__ __9__ __8__ __2__

Utilities

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Utilities__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7,144.50**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,121.58 |
|---|---|---|---|

__NATIONAL WHOLESALE SUPPLY INC__

__1972 CALIFORNIA CROSSING__

☐ Contingent
☐ Unliquidated
☐ Disputed

__DALLAS__            __TX__    __75220__

Basis for the claim:
__Supplies - Medical__

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __5__  __7__  __7__  __1__
☑ No
☐ Yes

Supplies - Medical

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|---|

__NISD EDUCATION FOUNDATION__

__4632 NE STALLINGS DR__

☐ Contingent
☐ Unliquidated
☐ Disputed

__NACOGDOCHES__        __TX__    __75965__

Basis for the claim:
__Marketing__

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __6__  __0__  __2__  __1__
☑ No
☐ Yes

Marketing

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,462.10 |
|---|---|---|---|

__NOVARAD CORP__

__PO BOX 859__

☐ Contingent
☐ Unliquidated
☐ Disputed

__PROVO__            __UT__    __84603__

Basis for the claim:
__Radiology Software__

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __3__  __4__  __7__  __3__
☑ No
☐ Yes

Radiology Software

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,716.78 |
|---|---|---|---|

__NUTECH INC__

__1301 CLINIC DRIVE__

☐ Contingent
☐ Unliquidated
☐ Disputed

__TYLER__            __TX__    __75701__

Basis for the claim:
__Supplies-Radioactive materials__

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __1__  __0__  __6__  __9__
☑ No
☐ Yes

Supplies-Radioactive materials

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.265 | Nonpriority creditor's name and mailing address |
|---|---|

**OAK FARMS DAIRY**

**SUIZA DALLAS**

**P O BOX 676010**

**DALLAS**                **TX**      **75267-6010**

Date or dates debt was incurred

Last 4 digits of account number       **1   1   9   9**

Dietary - Food Supplies

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Dietary - Food Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5,105.46

---

| 3.266 | Nonpriority creditor's name and mailing address |
|---|---|

**OFFICE FURNITURE WAREHOUSE**

**602 N BONNER ST**

**LUFKIN**                **TX**      **75904**

Date or dates debt was incurred

Last 4 digits of account number       **1   2   8   3**

Office Supplies

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Office Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,939.00

---

| 3.267 | Nonpriority creditor's name and mailing address |
|---|---|

**Olin Fearing, MD**

**4628 N. University Dr.**

**Nacogdoches**                **TX**      **75961**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,400.00

---

| 3.268 | Nonpriority creditor's name and mailing address |
|---|---|

**OLYMPUS AMERICA INC (LAB)**

**48 WOERD AVENUE**

**SUITE 105**

**WALTHAM**                **MA**      **02453**

Date or dates debt was incurred

Last 4 digits of account number       **5   8   8   3**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,660.39

---

| | |
|---|---|
| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.269 | Nonpriority creditor's name and mailing address |
|---|---|

__OMNICELL INC__

__PO BOX 204650__

__DALLAS__                    __TX__      __75320-4650__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Supplies - Medical__

**$77,555.41**

Date or dates debt was incurred    _____

Last 4 digits of account number    __5__  __0__  __1__  __4__

Is the claim subject to offset?
☑ No
☐ Yes

Supplies - Medical

---

| 3.270 | Nonpriority creditor's name and mailing address |
|---|---|

__OMNILERT LLC__

__PO BOX 178570__

__SAN DIEGO__                    __CA__      __92177__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Software__

**$8,210.00**

Date or dates debt was incurred    _____

Last 4 digits of account number    __6__  __0__  __8__  __2__

Is the claim subject to offset?
☑ No
☐ Yes

Software

---

| 3.271 | Nonpriority creditor's name and mailing address |
|---|---|

__OPTUM EXECUTIVE HEALTH RES__

__PO BOX 84019__

__CHICAGO__                    __IL__      __60689__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Case Management Software__

**$31,309.00**

Date or dates debt was incurred    _____

Last 4 digits of account number    __5__  __1__  __3__  __0__

Is the claim subject to offset?
☑ No
☐ Yes

Case Management Software

---

| 3.272 | Nonpriority creditor's name and mailing address |
|---|---|

__OPTUS INC__

__3423 ONE PLACE__

__JONESBORO__                    __AR__      __72404__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Supplies__

**$22.10**

Date or dates debt was incurred    _____

Last 4 digits of account number    __5__  __1__  __0__  __7__

Is the claim subject to offset?
☑ No
☐ Yes

Supplies

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.273 | Nonpriority creditor's name and mailing address |
| --- | --- |

**ORASURE TECHNOLOGIES INC**

**PO BOX 780518**

**PHILADELPHIA            PA      19178-0518**

Date or dates debt was incurred

Last 4 digits of account number    **4   5   9   8**

Supplies-Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies-Medical**

Is the claim subject to offset?
☑ No
☐ Yes

$3,261.00

| 3.274 | Nonpriority creditor's name and mailing address |
| --- | --- |

**ORKIN OF THE PINES**

**DBA ORKIN OF THE PINES**

**12649 SH 30**

**COLLEGE STATION          TX      77045**

Date or dates debt was incurred

Last 4 digits of account number    **4   7   6   7**

Exterminating

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Exterminating**

Is the claim subject to offset?
☑ No
☐ Yes

$5,674.64

| 3.275 | Nonpriority creditor's name and mailing address |
| --- | --- |

**OUTSET MEDICAL INC**

**3052 ORCHARD DRIVE**

**SAN JOSE                 CA      95134**

Date or dates debt was incurred

Last 4 digits of account number    **6   0   3   8**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

$42,380.00

| 3.276 | Nonpriority creditor's name and mailing address |
| --- | --- |

**PARAGARD DIRECT**

**12601 COLLECTION CENTER DRIVE**

**CHICAGO                  IL      60693**

Date or dates debt was incurred

Last 4 digits of account number    **5   2   0   9**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

$8,961.00

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.277**    Nonpriority creditor's name and mailing address

**PARTS TOWN LLC**

**27787 NETWORK PLACE**

**CHICAGO**        **IL**    **60673**

Date or dates debt was incurred

Last 4 digits of account number        **5    7    8    3**

Repairs & Maintenance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,082.78**

---

**3.278**    Nonpriority creditor's name and mailing address

**PARTSOURCE LLC**

**PO BOX 645186**

**CINCINNATI**        **OH**    **45264**

Date or dates debt was incurred

Last 4 digits of account number        **3    1    3    3**

Repairs & Maintenance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

**$35,849.73**

---

**3.279**    Nonpriority creditor's name and mailing address

**PATIENT TELEPHONE SUPPLY LLC**

**PO BOX 84372**

**BATON ROUGE**        **LA**    **70884**

Date or dates debt was incurred

Last 4 digits of account number        **5    2    4    8**

Repairs & Maintenance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

**$550.00**

---

**3.280**    Nonpriority creditor's name and mailing address

**Patton Brothers**

**Attn: Florence Patton**

**412 Bostwick St.**

**Nacogdoches**        **TX**    **75965**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

### Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.281**   Nonpriority creditor's name and mailing address

PC CONNECTIONS SALES CORP

PO BOX 536472

PITTSBURGH      PA     15253

Date or dates debt was incurred

Last 4 digits of account number    4   6   2   4

Information Systems - Equipment

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Information Systems - Equipment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$13,747.75

---

**3.282**   Nonpriority creditor's name and mailing address

PERFORMANCE HEALTH (PATTERSON)

PO BOX 93040

CHICAGO      IL     60673

Date or dates debt was incurred

Last 4 digits of account number    1   5   1   5

Employee Education

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Employee Education**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$373.57

---

**3.283**   Nonpriority creditor's name and mailing address

PEVCO SYSTEMS INTERNATIONAL INC

1401 TANGIER DRIVE

BALTIMORE      MD     21220

Date or dates debt was incurred

Last 4 digits of account number    2   0   3   0

Supplies - Medical

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,643.11

---

**3.284**   Nonpriority creditor's name and mailing address

PFIZER INC

PO BOX 417510

BOSTON      MA     02241-7510

Date or dates debt was incurred

Last 4 digits of account number    2   0   8   3

Supplies - Medical

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,802.52

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.285 | Nonpriority creditor's name and mailing address |
|---|---|

**PG EXTRAORDINARIES LLC**

**15584 SW THRUSH LN**

**BEAVERTON**              **OR**    **97007**

Date or dates debt was incurred

Last 4 digits of account number      **6   0   3   9**

**Consulting Services**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consulting Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,140.00**

---

| 3.286 | Nonpriority creditor's name and mailing address |
|---|---|

**PHYSICIAN SELECT MANAGEMENT**

**318 N CARSON ST. SUITE 214**

**CARSON CITY**            **NV**    **89701**

Date or dates debt was incurred

Last 4 digits of account number      **5   9   1   1**

**NMPG- Software**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**NMPG- Software**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,632.26**

---

| 3.287 | Nonpriority creditor's name and mailing address |
|---|---|

**PHYSICIANS TRUST AKA URO HEALTH**

**PO BOX 776953**

**CHICAGO**                **IL**    **60677**

Date or dates debt was incurred

Last 4 digits of account number      **5   3   4   2**

**NMPG- Software**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**NMPG- Software**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,116.25**

---

| 3.288 | Nonpriority creditor's name and mailing address |
|---|---|

**PIONEER RX**

**PO BOX 53407**

**SHREVEPORT**             **LA**    **71135**

Date or dates debt was incurred

Last 4 digits of account number      **2   0   7   0**

**Supplies - Medical**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$400.00**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.289** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,432.18 |
|---|---|---|---|

**PITNEY BOWES GLOBAL FINANCIAL SVS LLC**

**PO BOX 371887**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Postage & Shipping**

**PITTSBURGH**          **PA**      **15250**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **2   5   1   2**

Postage & Shipping

| **3.290** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,486.75 |
|---|---|---|---|

**PRECISION DYNAMICS CORP**

**PO BOX 71549**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

**CHICAGO**          **IL**      **60694**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **1   4   7   1**

Supplies - Medical

| **3.291** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,139.25 |
|---|---|---|---|

**PREFERRED MEDICAL SYSTEM LLC**

**1921 APPLING ROAD**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Equipment Rent/Lease**

**CORDOVA**          **TN**      **38016**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **5   9   4   2**

Equipment Rent/Lease

| **3.292** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,611.09 |
|---|---|---|---|

**PREMIER HEALTHCARE SOLUTIONS**

**5882 COLLECTIONS CENTER**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Software- Mindy**

**CHICAGO**          **IL**      **60693**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **2   3   8   4**

Software- Mindy

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.293**  Nonpriority creditor's name and mailing address

**PREMIER SOFTWARE ASSOC INC**

**997 WEST 950 NORTH**

**SUITE 200**

**CENTERVILLE**     **UT**   **84014**

Date or dates debt was incurred

Last 4 digits of account number   **2  5  5  2**

**Software-Mindy**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Software-Mindy**

Is the claim subject to offset?
☒ No
☐ Yes

$76,383.23

---

**3.294**  Nonpriority creditor's name and mailing address

**PRODIGY HEALTH SUPPLIER CORP**

**PO BOX 679826**

**DALLAS**     **TX**   **75267**

Date or dates debt was incurred

Last 4 digits of account number   **5  2  4  4**

**Pharmaceuticals**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Pharmaceuticals**

Is the claim subject to offset?
☒ No
☐ Yes

$94.00

---

**3.295**  Nonpriority creditor's name and mailing address

**PROPATH LABORATORY**

**PO BOX 678175**

**DALLAS**     **TX**   **75267-8175**

Date or dates debt was incurred

Last 4 digits of account number   **1  4  8  0**

**Services- Path Lab**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services- Path Lab**

Is the claim subject to offset?
☒ No
☐ Yes

$43,086.52

---

**3.296**  Nonpriority creditor's name and mailing address

**PULSARA**

**2880 TECHNOLOGY BLVD WEST**

**SUITE 183**

**BOZEMAN**     **MT**   **59718**

Date or dates debt was incurred

Last 4 digits of account number   **5  2  8  1**

**Services-Facilties**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services-Facilties**

Is the claim subject to offset?
☒ No
☐ Yes

$21,850.00

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        Amount of claim

| 3.297 | Nonpriority creditor's name and mailing address |
|---|---|

**PURCHASE POWER (PITNEY BOWES)**

**PO BOX 981026**

**BOSTON**                    **MA**    **02298-1026**

Date or dates debt was incurred

Last 4 digits of account number        **1    4    8    1**

**Postage & Shipping**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    **Postage & Shipping**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$19,552.65**

---

| 3.298 | Nonpriority creditor's name and mailing address |
|---|---|

**PURVIS BEARING SERVICE**

**PO BOX 540757**

**DALLAS**                    **TX**    **75354**

Date or dates debt was incurred

Last 4 digits of account number        **1    9    1    1**

**Repairs & Maintenance**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    **Repairs & Maintenance**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,728.25**

---

| 3.299 | Nonpriority creditor's name and mailing address |
|---|---|

**QIAGEN NORTH AMERICAN HOLDINGS**

**19300 GERMANTOWN ROAD**

**GERMANTOWN**                    **MD**    **20874**

Date or dates debt was incurred

Last 4 digits of account number        **5    9    5    5**

**Supplies- Medical**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    **Supplies- Medical**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,620.78**

---

| 3.300 | Nonpriority creditor's name and mailing address |
|---|---|

**QUADMED INC**

**PO BOX 550773**

**JACKSONVILLE**                    **FL**    **32255**

Date or dates debt was incurred

Last 4 digits of account number        **5    6    7    0**

**Supplies - Medical**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    **Supplies - Medical**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,029.98**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.301**   Nonpriority creditor's name and mailing address

**QUEST DIAGNOSTICS NMH & CPU**

**PO BOX 677960**

**DALLAS**                    **TX**      **75267**

Date or dates debt was incurred

Last 4 digits of account number      **1    0    3    8**

Lab Services

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Lab Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$56,379.55**

---

**3.302**   Nonpriority creditor's name and mailing address

**QUEST DIAGNOSTICS OHRS DOT**

**PO BOX 740709**

**ATLANTA**                    **GA**      **30374**

Date or dates debt was incurred

Last 4 digits of account number      **5    4    8    7**

Lab Services

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Lab Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,189.68**

---

**3.303**   Nonpriority creditor's name and mailing address

**QUINTECH INC**

**PO BOX 3488**

**TUPLEO**                    **MS**      **38803**

Date or dates debt was incurred

Last 4 digits of account number      **5    0    6    5**

Repairs & Maintenance

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,409.28**

---

**3.304**   Nonpriority creditor's name and mailing address

**QuVa PHARMA INC**

**PO BOX 120142**

**DEPT 0142**

**DALLAS**                    **TX**      **75312**

Date or dates debt was incurred

Last 4 digits of account number      **5    2    9    3**

Pharmacy Services

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Pharmacy Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,995.20**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,200.00** |

**Rachel Head, MD**

**617 Russell Blvd**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**Nacogdoches          TX      75965**          **Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___
- ☑ No
- ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$40,175.76** |

**RADIOLOGY CONSULTANTS**

**PO BOX 632728**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**NACOGDOCHES          TX      75963**          **Physician Call / Directorships**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  _3_ _3_ _5_ _1_
- ☑ No
- ☐ Yes

**Physician Call / Directorships**

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18,553.48** |

**RECORD SPACE**

**PO BOX 3539**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**LUFKIN          TX      75903**          **Records Storage**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  _1_ _4_ _9_ _5_
- ☑ No
- ☐ Yes

**Records Storage**

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$68,725.08** |

**REED, CLAYMON, MEEKER & HARGET**

**5608 PARKCREST DRIVE**

**SUITE 200**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**AUSTIN          TX      78731**          **Attorney**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  _4_ _9_ _5_ _4_
- ☑ No
- ☐ Yes

**Attorney**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.309 | Nonpriority creditor's name and mailing address |
|---|---|

**RELATIENT INC**

**PO BOX 778721**

**CHICAGO**          **IL**   **60677**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**NMPG- Services**

$201.96

Date or dates debt was incurred

Last 4 digits of account number        **5   6   9   3**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**NMPG- Services**

---

| 3.310 | Nonpriority creditor's name and mailing address |
|---|---|

**REMEL INC**

**PO BOX 96299**

**CHICAGO**          **IL**   **60693**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Supplies- Medical**

$328.39

Date or dates debt was incurred

Last 4 digits of account number        **1   4   3   2**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Supplies- Medical**

---

| 3.311 | Nonpriority creditor's name and mailing address |
|---|---|

**RETAIL ACQUISITION & DEVELOPMENT, INC.**

**4301 121ST STREET**

**URBANDALE**          **IA**   **50323**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Supplies- Medical**

$1,732.90

Date or dates debt was incurred

Last 4 digits of account number        **6   0   6   5**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Supplies- Medical**

---

| 3.312 | Nonpriority creditor's name and mailing address |
|---|---|

**Richard Baker, MD**

**1301 Raguet St.**

**Nacogdoches**          **TX**   **75965**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Unknown

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.313 | Nonpriority creditor's name and mailing address |
| --- | --- |

**RINGRX LLC**

**114 E HALEY STREET**

**SUITE L**

**SANTA BARBARA**          **CA**      **93101**

Date or dates debt was incurred

Last 4 digits of account number          **5   7   2   8**

Phones

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Phones**

Is the claim subject to offset?
☑ No
☐ Yes

$47.50

---

| 3.314 | Nonpriority creditor's name and mailing address |
| --- | --- |

**RITTER LUMBER**

**PO BOX 1265**

**NEDERLAND**          **TX**      **77627**

Date or dates debt was incurred

Last 4 digits of account number          **5   5   3   8**

Repairs & Maintenance

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Repairs & Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

$487.70

---

| 3.315 | Nonpriority creditor's name and mailing address |
| --- | --- |

**ROCHE DIAGNOSTICS CORP**

**PO BOX 660367**

**MAIL CODE 5021**

**DALLAS**          **TX**      **75266**

Date or dates debt was incurred

Last 4 digits of account number          **1   5   0   6**

Supplies - Medical

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

$5,327.71

---

| 3.316 | Nonpriority creditor's name and mailing address |
| --- | --- |

**RODZILLA GRAPHICS INC**

**807 South Street**

**NACOGDOCHES**          **TX**      **75965**

Date or dates debt was incurred

Last 4 digits of account number          **2   0   0   4**

Marketing

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Marketing**

Is the claim subject to offset?
☑ No
☐ Yes

$1,396.67

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.317 | Nonpriority creditor's name and mailing address |
|---|---|

__SAGE SERVICES GROUP LLC__

__506 DEANNA LANE__

__CHARLESTON              SC      29492__

Date or dates debt was incurred

Last 4 digits of account number    __6   1   1   1__

Repairs & maintenance

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Repairs & maintenance__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,350.00

---

| 3.318 | Nonpriority creditor's name and mailing address |
|---|---|

__SALESFORCE, INC.__

__415 MISSION STREET, 3RD FLOOR__

__SAN FRANCISC0            CA      94105__

Date or dates debt was incurred

Last 4 digits of account number    __6   0   8   5__

Marketing

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Marketing__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$19,475.00

---

| 3.319 | Nonpriority creditor's name and mailing address |
|---|---|

__SANOFI PASTUER__

__12458 COLLECTIONS CENTER DR__

__CHICAGO                  IL      60693__

Date or dates debt was incurred

Last 4 digits of account number    __1   1   2   6__

Supplies- Medical

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Supplies- Medical__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

($6,150.94)

---

| 3.320 | Nonpriority creditor's name and mailing address |
|---|---|

__SCC Soft Computer__

__5400 Tech Data Dr.__

__Clearwater               FL      33760__

Date or dates debt was incurred

Last 4 digits of account number    ___   ___   ___   ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Lab Software, Hardware Mtn. Interface__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$357,110.54

**Part 2:    Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.321 | **Nonpriority creditor's name and mailing address** |
|---|---|

__SCI Solutions__

__PO Box 735381__

__Dallas__                              __TX__      __75373__

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     __ __ __ __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Patient Scheduling Software__

**Is the claim subject to offset?**
☑ No
☐ Yes

$164,922.04

---

| 3.322 | **Nonpriority creditor's name and mailing address** |
|---|---|

__SEA SPINE INC.__

__2302 LA MIRAND DR.__

__VISTA__                              __CA__      __92081__

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     __4__ __1__ __9__ __7__

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Supplies - Medical__

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,271.00

---

| 3.323 | **Nonpriority creditor's name and mailing address** |
|---|---|

__SECURITY SHREDDING__

__PO BOX 3539__

__LUFKIN__                              __TX__      __75903__

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     __1__ __5__ __2__ __4__

Shredding Service

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Shredding Service__

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,622.00

---

| 3.324 | **Nonpriority creditor's name and mailing address** |
|---|---|

__SENTACT LLC__

__2500 W HIGGINS ROAD__

__SUITE 150__

__HOFFMAN ESTATES__                     __IL__      __60169__

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     __6__ __0__ __9__ __5__

Compliace Software

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Compliace Software__

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.325 | Nonpriority creditor's name and mailing address |
| --- | --- |

__SENTINEL TECHNOLOGIES INC__

__2550 WARRENVILLE ROAD__

__DOWNERS GROVE__          IL      60515

Date or dates debt was incurred _____

Last 4 digits of account number      5   9   9   6

Equipment Rent/Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Equipment Rent/Lease__

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,360.24

---

| 3.326 | Nonpriority creditor's name and mailing address |
| --- | --- |

__SHARON C TOUCHETTE__

__7169 COUNTY ROAD 302__

__NACOGDOCHES__          TX      75961

Date or dates debt was incurred _____

Last 4 digits of account number      2   9   7   3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,180.50

---

| 3.327 | Nonpriority creditor's name and mailing address |
| --- | --- |

__SHERWIN WILLIAMS__

__2715 NORTH STREET__

__NACOGDOCHES__          TX      75961

Date or dates debt was incurred _____

Last 4 digits of account number      1   5   2   8

Repairs & Maintenance

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Repairs & Maintenance__

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,294.23

---

| 3.328 | Nonpriority creditor's name and mailing address |
| --- | --- |

__SIEMENS MEDICAL SOLUTIONS USA__

__PO BOX 121102__

__DEPT 0733__

__DALLAS__          TX      75312-1102

Date or dates debt was incurred _____

Last 4 digits of account number      1   5   3   1

Supplies- Medical

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Supplies- Medical__

**Is the claim subject to offset?**
☒ No
☐ Yes

$76,499.62

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.329 | Nonpriority creditor's name and mailing address |
|---|---|

**SMITH & NEPHEW INC**

**PO BOX 842935**

**DALLAS**      **TX**      **75284-2935**

Date or dates debt was incurred

Last 4 digits of account number    **1**   **2**   **5**   **9**

Supplies - Medical

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$29,446.63**

---

| 3.330 | Nonpriority creditor's name and mailing address |
|---|---|

**SMITH & NEPHEW ORTHAPEDICS**

**PO BOX 951605**

**DALLAS**      **TX**      **75395-1605**

Date or dates debt was incurred

Last 4 digits of account number    **3**   **6**   **2**   **5**

Supplies - Medical

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$33,185.05**

---

| 3.331 | Nonpriority creditor's name and mailing address |
|---|---|

**SMITH MEDICAL ASD INC**

**PO BOX 7247-7784**

**PHILADELPHIA**      **PA**      **19170-7784**

Date or dates debt was incurred

Last 4 digits of account number    **1**   **2**   **4**   **4**

Supplies- Medical

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Supplies- Medical**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,978.55**

---

| 3.332 | Nonpriority creditor's name and mailing address |
|---|---|

**SOLAR SUPPLY INC**

**1212 12TH STREET**

**LAKE CHARLES**      **LA**      **70601-6376**

Date or dates debt was incurred

Last 4 digits of account number    **1**   **4**   **3**   **6**

Repairs & Maintenance

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Repairs & Maintenance**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$136.79**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
| --- | --- | --- |
| **3.333** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$1,948.50**

**3.333** Nonpriority creditor's name and mailing address

**SOLUTIONZ VIDEOCONFERENCING**

**901 BRINGHAM AVENUE**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**LOS ANGELES**          **CA**     **90049**

Date or dates debt was incurred

Last 4 digits of account number     **5   9   8   1**

Software

Basis for the claim:
**Software**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.334** Nonpriority creditor's name and mailing address

**SOMA TECH INTL INC**

**166 HIGHLAND PARK DRIVE**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,259.82**

**BLOOMFIELD**          **CT**     **06002**

Date or dates debt was incurred

Last 4 digits of account number     **5   9   6   3**

Equipment Rent/Lease

Basis for the claim:
**Equipment Rent/Lease**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.335** Nonpriority creditor's name and mailing address

**SOUTH FLORIDA UTILIZATION REVIEW**

**860 JOHNSON FERRY RD**

**NE #140-390**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,880.00**

**ATLANTA**          **GA**     **30342**

Date or dates debt was incurred

Last 4 digits of account number     **6   0   6   3**

Licensing & Fees

Basis for the claim:
**Licensing & Fees**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.336** Nonpriority creditor's name and mailing address

**SOUTHERN NEURO SPECIALTY LLC**

**PO BOX 459**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,700.00**

**PRAIRIEVILLE**          **LA**     **70769**

Date or dates debt was incurred

Last 4 digits of account number     **5   9   3   8**

Supplies - Medical

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.337 | Nonpriority creditor's name and mailing address |
|---|---|

**SOUTHWEST LITHO II LLC**

**9010 STRADA STELL CT**

**SUITE 103**

**NAPLES**              **FL**      **34109**

Date or dates debt was incurred

Last 4 digits of account number      **5    4    0    4**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$19,250.00**

---

| 3.338 | Nonpriority creditor's name and mailing address |
|---|---|

**SPARTAN TOOL LLC**

**25582 NETWORK PLACE**

**CHICAGO**              **IL**      **60673-1255**

Date or dates debt was incurred

Last 4 digits of account number      **3    6    1    0**

Repairs & Maintenance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

**$759.74**

---

| 3.339 | Nonpriority creditor's name and mailing address |
|---|---|

**SPIVEY ANGELA**

**27704 FM 95 S**

**GARRISON**              **TX**      **75946**

Date or dates debt was incurred

Last 4 digits of account number      **4    8    6    9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$216.67**

---

| 3.340 | Nonpriority creditor's name and mailing address |
|---|---|

**SQN Asset Income Fund V, LP**

**100 Arboretum Drive, Suite 105,**

**Portsmouth**              **NH**      **03801**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Equipment Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.341 | Nonpriority creditor's name and mailing address |
|---|---|

**STACY SEAN FOWLER**

**24 CAYMAN COURT**

**MANHATTAN BEACH          CA      90266**

Date or dates debt was incurred

Last 4 digits of account number          5   8   7   3

Employee - Expense Reimb

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee - Expense Reimb**

Is the claim subject to offset?
☑ No
☐ Yes

$15,169.61

---

| 3.342 | Nonpriority creditor's name and mailing address |
|---|---|

**STACY SEAN FOWLER**

**24 CAYMAN COURT**

**MANHATTAN BEACH          CA      90266**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages etc.**

Is the claim subject to offset?
☑ No
☐ Yes

$2,711.54

---

| 3.343 | Nonpriority creditor's name and mailing address |
|---|---|

**STAPLES BUSINESS LINK**

**PO BOX 660409**

**DALLAS          TX      75266-0409**

Date or dates debt was incurred

Last 4 digits of account number          4   4   9   0

Supplies

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$25,728.37

---

| 3.344 | Nonpriority creditor's name and mailing address |
|---|---|

**STATLAB MEDICAL PRODUCTS**

**PO BOX 678056**

**DALLAS          TX      75267-8056**

Date or dates debt was incurred

Last 4 digits of account number          1   5   5   6

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

$1,426.88

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.345 | Nonpriority creditor's name and mailing address |
|---|---|

__STEPHEN F. AUSTIN STATE UNIV__

__PO BOX 13053__

__NACOGDOCHES__          __TX__     __75962__

Date or dates debt was incurred

Last 4 digits of account number     __2__  __8__  __3__  __2__

Events

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Events__

Is the claim subject to offset?
☑ No
☐ Yes

$250.00

---

| 3.346 | Nonpriority creditor's name and mailing address |
|---|---|

__Stericycle, Inc.__

__PO Box 6575__

__Carol Stream__          __IL__     __60197__

Date or dates debt was incurred

Last 4 digits of account number     __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Medical Waste__

Is the claim subject to offset?
☑ No
☐ Yes

$120,379.80

---

| 3.347 | Nonpriority creditor's name and mailing address |
|---|---|

__STERLING TALENT SOLUTIONS__

__PO BOX 35626__

__NEWARK__          __NJ__     __07193-5626__

Date or dates debt was incurred

Last 4 digits of account number     __5__  __4__  __2__  __2__

Background Checks

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Background Checks__

Is the claim subject to offset?
☑ No
☐ Yes

$991.61

---

| 3.348 | Nonpriority creditor's name and mailing address |
|---|---|

__STREAMLINE TAX SOLUTIONS LP__

__8751 COLLIN MCKINNEY PKWY__

__SUITE 102__

__MCKINNEY__          __TX__     __75070__

Date or dates debt was incurred

Last 4 digits of account number     __6__  __0__  __1__  __0__

Consulting Services

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Consulting Services__

Is the claim subject to offset?
☑ No
☐ Yes

$92.50

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.349** Nonpriority creditor's name and mailing address

__STRYKER ENDOSCOPY__

__PO BOX 93276__

__C/O STRYKER SALES CORPORATION__

__CHICAGO__ IL __60673-3308__

Date or dates debt was incurred

Last 4 digits of account number  __1__ __5__ __6__ __2__

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Supplies - Medical__

Is the claim subject to offset?
☑ No
☐ Yes

**$2,511.38**

---

**3.350** Nonpriority creditor's name and mailing address

__STRYKER MEDICAL__

__PO BOX 93308__

__C/O STRYKER SALES CORPORATION__

__CHICAGO__ IL __60673-3308__

Date or dates debt was incurred

Last 4 digits of account number  __2__ __1__ __4__ __3__

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Supplies - Medical__

Is the claim subject to offset?
☑ No
☐ Yes

**$39,460.92**

---

**3.351** Nonpriority creditor's name and mailing address

__STRYKER SALES LLC__

__21343 NETWORK PLACE__

__C/O STRYKER SALES CORPORATION__

__CHICAGO__ IL __60673-1213__

Date or dates debt was incurred

Last 4 digits of account number  __1__ __9__ __9__ __9__

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Supplies - Medical__

Is the claim subject to offset?
☑ No
☐ Yes

**$82,387.78**

---

**3.352** Nonpriority creditor's name and mailing address

__SUDDENLINK AKA OPTIMUM__

__PO BOX 70340__

__PHILADELPHIA__ PA __19176-0340__

Date or dates debt was incurred

Last 4 digits of account number  __3__ __9__ __9__ __9__

Utilities

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Utilities__

Is the claim subject to offset?
☑ No
☐ Yes

**$1,598.73**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.353**  Nonpriority creditor's name and mailing address

**SUMMIT FIRE & SECURITY LLC**

**PO BOX 6783**

**CAROL STREAM**          IL      **60197-6783**

Date or dates debt was incurred

Last 4 digits of account number       **5   9   9   1**

Repairs & Maintenance/ Inspection

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenance/ Inspection**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,908.52**

---

**3.354**  Nonpriority creditor's name and mailing address

**SUPERIOR KITCHEN SERVICES LLC**

**1439 CARROLL RD**

**LUFKIN**          TX      **75901**

Date or dates debt was incurred

Last 4 digits of account number       **1   6   6   3**

Dietary - Food Supplies

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Dietary - Food Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,200.00**

---

**3.355**  Nonpriority creditor's name and mailing address

**SUTTER MEDICAL TECHNOLOGIES**

**120 INTERSTATE N PKWY**

**ATLANTA**          GA      **30339**

Date or dates debt was incurred

Last 4 digits of account number       **5   9   3   7**

Supplies- Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies- Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,710.35**

---

**3.356**  Nonpriority creditor's name and mailing address

**SWORD COMPANY INC**

**PO BOX 6365**

**TYLER**          TX      **75711**

Date or dates debt was incurred

Last 4 digits of account number       **2   1   2   6**

Repairs & Maintenance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs & Maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

**$810.59**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.357 | Nonpriority creditor's name and mailing address |
|---|---|

**SYMMETRY ENERGY SOLUTIONS**

**9811 KATY FREEWAY**

**SUITE 140**

**HOUSTON**                    **TX      77024**

Date or dates debt was incurred

Last 4 digits of account number      **6    0    5    4**

Utilities

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

$19,238.83

| 3.358 | Nonpriority creditor's name and mailing address |
|---|---|

**T Waggner**

**(Employee address on record)**

Date or dates debt was incurred

Last 4 digits of account number      __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee expenses reimbursement**

Is the claim subject to offset?
☑ No
☐ Yes

$45.00

| 3.359 | Nonpriority creditor's name and mailing address |
|---|---|

**TACY MEDICAL INC**

**PO BOX 15807**

**FERNANDIAN BEACH**            **FL      32034**

Date or dates debt was incurred

Last 4 digits of account number      **5    5    1    7**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

$2,598.77

| 3.360 | Nonpriority creditor's name and mailing address |
|---|---|

**TELADOC HEALTH, INC**

**DEPT 3417, PO BOX 123417**

**DALLAS**                      **TX      75312**

Date or dates debt was incurred

Last 4 digits of account number      **6    0    8    0**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

$50,806.63

**Part 2:**  **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.361 | Nonpriority creditor's name and mailing address |
|---|---|

**TELE-ONE COMM**

**5620 OLD BULLARD RD**

**SUITE 109**

**TYLER**                    **TX**      **75703-4358**

Date or dates debt was incurred

Last 4 digits of account number    **1  5  7  4**

Utilities

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Utilities**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,901.52

| 3.362 | Nonpriority creditor's name and mailing address |
|---|---|

**TELEFLEX LLC**

**PO BOX 936729**

**C/O TELEFLEX FUNDING, LLC**

**ATLANTA**               **GA**      **31193-6729**

Date or dates debt was incurred

Last 4 digits of account number    **1  6  3  4**

Utilities

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Utilities**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$14,566.96

| 3.363 | Nonpriority creditor's name and mailing address |
|---|---|

**TELPLEX COMMUNICATIONS**

**16830 VENTURA BLVD**

**SUITE 350**

**ENCINO**                 **CA**      **91436**

Date or dates debt was incurred

Last 4 digits of account number    **5  4  7  6**

Utilities

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Utilities**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,795.14

| 3.364 | Nonpriority creditor's name and mailing address |
|---|---|

**TENET HEALTHCARE LTD**

**FILE # 849788**

**DALLAS**                 **TX**      **75284-9788**

Date or dates debt was incurred

Last 4 digits of account number    **1  4  1  2**

**Chairty Deductions**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Chairty Deductions**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$13,893.86

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.365 | Nonpriority creditor's name and mailing address |
|---|---|

**TENNANT COMPANY**

**PO BOX 71414**

**$2,405.40**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__CHICAGO__                __IL__    __60694-1414__

Basis for the claim:  __Repairs & Maintenance__

Date or dates debt was incurred    _____

Last 4 digits of account number    __4__  __7__  __1__  __6__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Repairs & Maintenance**

| 3.366 | Nonpriority creditor's name and mailing address |
|---|---|

**TERUMO MEDICAL CORP**

**PO BOX 281402**

**$12,417.00**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__ATLANTA__                __GA__    __30384-1402__

Basis for the claim:  __Supplies - Medical__

Date or dates debt was incurred    _____

Last 4 digits of account number    __3__  __9__  __9__  __1__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Supplies - Medical**

| 3.367 | Nonpriority creditor's name and mailing address |
|---|---|

**TEX CAL INVENTORY SERVICE INC**

**PO BOX 6194**

**$1,900.00**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__KATY__                __TX__    __77491__

Basis for the claim:  __Supplies - Medical__

Date or dates debt was incurred    _____

Last 4 digits of account number    __5__  __4__  __1__  __1__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Supplies - Medical**

| 3.368 | Nonpriority creditor's name and mailing address |
|---|---|

**TEXAS AIRSYSTEMS,LLC**

**6029 W.CAMPUS CIRCLE DR.**

**STE 100**

**$4,906.00**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__IRVING__                __TX__    __75063__

Basis for the claim:  __Supplies- Facilities__

Date or dates debt was incurred    _____

Last 4 digits of account number    __5__  __9__  __8__  __6__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Supplies- Facilities**

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.369 | Nonpriority creditor's name and mailing address |
|---|---|

__TEXAS EMS,TRAUMA & ACUTE FOUND__

__3400 ENFIELD ROAD__

__AUSTIN__      __TX__    __78703__

Date or dates debt was incurred

Last 4 digits of account number    __1__   __8__   __0__   __7__

Licenses & Dues

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Licenses & Dues__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$13,000.00

---

| 3.370 | Nonpriority creditor's name and mailing address |
|---|---|

__TEXAS HOSPITAL ASSOC__

__PO BOX 95353__

__GRAPEVINE__      __TX__    __76099-9733__

Date or dates debt was incurred

Last 4 digits of account number    __1__   __9__   __2__   __8__

Licenses & Dues

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Licenses & Dues__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$10,911.00

---

| 3.371 | Nonpriority creditor's name and mailing address |
|---|---|

__TEXAS MUTUAL INS COMPANY__

__PO BOX 841843__

__DALLAS__      __TX__    __75284-1843__

Date or dates debt was incurred

Last 4 digits of account number    __1__   __5__   __4__   __8__

Employee Benefits

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Employee Benefits__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$39,348.78

---

| 3.372 | Nonpriority creditor's name and mailing address |
|---|---|

__TEXAS WOMAN'S UNIVERSITY__

__304 ADMINISTRATION DRIVE__

__DENTON__      __TX__    __76204__

Date or dates debt was incurred

Last 4 digits of account number    __6__   __1__   __2__   __1__

Employee Recruitment

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Employee Recruitment__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$100.00

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,750.00 |

THE INLINE GROUP LLC

1826 LAKEWAY DRIVE

☐ Contingent
☐ Unliquidated
☐ Disputed

LEWISVILLE      TX    75057

Basis for the claim:
**Software**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   6   0   2   9

☒ No
☐ Yes

Software

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,414.80 |

THERMO FISHER FINANCIAL SVC

PO BOX 41602

☐ Contingent
☐ Unliquidated
☐ Disputed

PHILADELPHIA      PA    19101-1602

Basis for the claim:
**Supplies - Medical**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   5   6   7   1

☒ No
☐ Yes

Supplies - Medical

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,981.25 |

TIGERCONNECT INC

2110 BROADWAY

☐ Contingent
☐ Unliquidated
☐ Disputed

SANTA MONICA      CA    90404

Basis for the claim:
**Software**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   5   7   6   8

☒ No
☐ Yes

Software

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $809.15 |

TRANSCRIPTION GEAR INC

7280 AUBURN ROAD

☐ Contingent
☐ Unliquidated
☐ Disputed

CONCORD      OH    44077

Basis for the claim:
**Services- Hart**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   5   9   6   7

☒ No
☐ Yes

Services- Hart

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.377 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,500.11**

**TRI-ANIM HEALTH SVC INC**

**25197 NETWORK PLACE**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**CHICAGO**          IL    **60673**

**Supplies - Medical**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     **1   5   9   7**

- ☑ No
- ☐ Yes

**Supplies - Medical**

| 3.378 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*

**$2,253.20**

**TRI-PHARMA INC**

**975 COBB PLACE BLVD, STE 118**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**KENNESAW**          GA    **30144**

**Supplies - Medical**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     **5   7   0   2**

- ☑ No
- ☐ Yes

**Supplies - Medical**

| 3.379 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*

**$715.16**

**TRICOR SYSTEMS INC**

**1650 TODD FARM DRIVE**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**ELGIN**          IL    **60123**

**Supplies - Medical**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     **5   9   8   2**

- ☑ No
- ☐ Yes

**Supplies - Medical**

| 3.380 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*

**$103,725.00**

**TRISOURCE LLC**

**5465 LEGACY DR**

**STE 650**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**PLANO**          TX    **75024**

**Consulting Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number     **4   9   4   4**

- ☑ No
- ☐ Yes

**Consulting Services**

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

            Amount of claim

| | |
|---|---|
| **3.381**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.381**   Nonpriority creditor's name and mailing address      **$2,831,127.74**

__TRS Managed Services, LLC__

__5001 Founders Way, Suite L10__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

__Rogers__        __AR__    __72758__

**Basis for the claim:**
__Clinical Staffing__

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.382**   Nonpriority creditor's name and mailing address      **$5,556.25**

__TSSI HOLDINGS INC__

__DEPT CH 17717__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

__PALATINE__        __IL__    __60055-7717__

**Basis for the claim:**
__Medical Testing__

Date or dates debt was incurred    _____

Last 4 digits of account number   __5__ __6__ __5__ __0__

Is the claim subject to offset?
☑ No
☐ Yes

Medical Testing

---

**3.383**   Nonpriority creditor's name and mailing address      **$1,972.00**

__TX DEPT OF STATE HEALTH SERV - X-RAY__

__LOCKBOX-RADIOACTIVE MATERIAL__

__PO BOX 12190__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

__AUSTIN__        __TX__    __78711-2190__

**Basis for the claim:**
__Licenses & Dues__

Date or dates debt was incurred    _____

Last 4 digits of account number   __5__ __5__ __1__ __6__

Is the claim subject to offset?
☑ No
☐ Yes

Licenses & Dues

---

**3.384**   Nonpriority creditor's name and mailing address      **$28,850.00**

__TX ORGANIZATION OF RURAL & COMM__

__3309 FOREST CREEK DR__

__UNIT 305__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

__ROUND ROCK__        __TX__    __78664-6168__

**Basis for the claim:**
__Licenses & Dues__

Date or dates debt was incurred    _____

Last 4 digits of account number   __0__ __1__ __7__ __0__

Is the claim subject to offset?
☑ No
☐ Yes

Licenses & Dues

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.385**  Nonpriority creditor's name and mailing address

**TYPENEX MEDICAL LLC**

**303 E WACKER DR STE 1200**

_____

**CHICAGO**                 **IL**      **60601**

Date or dates debt was incurred   _____

Last 4 digits of account number    **4   6   9   9**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

$1,263.19

---

**3.386**  Nonpriority creditor's name and mailing address

**U S POSTAL SERVICE**

**3007 N UNIVERSITY DR**

_____

**NACOGDOCHES**             **TX**      **75961**

Date or dates debt was incurred   _____

Last 4 digits of account number    **1   6   1   9**

Postage & Shipping

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Postage & Shipping**

Is the claim subject to offset?
☑ No
☐ Yes

$822.00

---

**3.387**  Nonpriority creditor's name and mailing address

**ULINE**

**PO BOX 88741**

_____

**CHICAGO**                 **IL**      **60680-1741**

Date or dates debt was incurred   _____

Last 4 digits of account number    **4   4   8   6**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

$252.74

---

**3.388**  Nonpriority creditor's name and mailing address

**UNITED OF OMAHA LIFE INSURANCE COMPANY**

**3300 MUTUAL OF OMAHA PLAZA**

_____

**OMAHA**                   **NE**      **68175**

Date or dates debt was incurred   _____

Last 4 digits of account number    **3   8   7   5**

Insurance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

$105,674.57

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

**3.389**    Nonpriority creditor's name and mailing address

**UNIVERSAL TIME EQUIPMENT**

**PO BOX 7279**

**TYLER**                    **TX**    **75711**

Date or dates debt was incurred

Last 4 digits of account number        **2    5    7    2**

**Regulatory-Repairs & Maintenance/Inspection**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Regulatory-Repairs & Maintenance/Inspection**

Is the claim subject to offset?
☑ No
☐ Yes

**$269.54**

---

**3.390**    Nonpriority creditor's name and mailing address

**UNIVERSITY RENTAL**

**510 E MAIN ST**

**NACOGDOCHES**                    **TX**    **75961**

Date or dates debt was incurred

Last 4 digits of account number        **1    6    1    6**

**Marketing**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Marketing**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,091.18**

---

**3.391**    Nonpriority creditor's name and mailing address

**US ENDOSCOPY**

**PO BOX 676548**

**DALLAS**                    **TX**    **75267-6548**

Date or dates debt was incurred

Last 4 digits of account number        **1    0    7    0**

**Supplies- Medical**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies- Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,594.89**

---

**3.392**    Nonpriority creditor's name and mailing address

**US MED EQUIP LLC**

**PO BOX 4339**

**HOUSTON**                    **TX**    **77210-4339**

Date or dates debt was incurred

Last 4 digits of account number        **4    1    8    5**

**Supplies- Medical**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies- Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,268.64**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.393** Nonpriority creditor's name and mailing address

UT HEALTH SAN ANTONIO

PO BOX 759

MEDICAL SERVICE R&D PLAN

SAN ANTONIO          TX     78293-0759

Date or dates debt was incurred

Last 4 digits of account number     1   2   8   3

Physician Services

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Physician Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,893.12**

---

**3.394** Nonpriority creditor's name and mailing address

UTAH MEDICAL PRODUCTS INC

7043 SOUTH 300 WEST

MIDVALE          UT     84047

Date or dates debt was incurred

Last 4 digits of account number     1   5   5   1

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,211.67**

---

**3.395** Nonpriority creditor's name and mailing address

VASCULAR SOLUTIONS-TELEFLE

PO BOX 936729

ATLANTA          GA     31193-6729

Date or dates debt was incurred

Last 4 digits of account number     1   6   2   5

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,428.74**

---

**3.396** Nonpriority creditor's name and mailing address

VENDOR CREDENTIALING SERVICE LLC

315 CAPITOL STREET #100

HOUSTON          TX     77002

Date or dates debt was incurred

Last 4 digits of account number     3   8   7   6

Software-Cindi

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Software-Cindi**

Is the claim subject to offset?
☑ No
☐ Yes

**$65,734.03**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.397 | Nonpriority creditor's name and mailing address |
|---|---|

**VERATHON MEDICAL**

**PO BOX 935117**

_____

__ATLANTA__          __GA__    __31193-5117__

Date or dates debt was incurred    _____

Last 4 digits of account number    __2__  __7__  __8__  __3__

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    __Supplies - Medical__

Is the claim subject to offset?
☑ No
☐ Yes

$795.64

---

| 3.398 | Nonpriority creditor's name and mailing address |
|---|---|

**Vivek Mangla, MD, PC**

**710 Gaslight Blvd**

**Suite A**

__Lufkin__          __TX__    __75904__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    __Services__

Is the claim subject to offset?
☑ No
☐ Yes

$2,400.00

---

| 3.399 | Nonpriority creditor's name and mailing address |
|---|---|

**VOICEBROOK INC**

**1983 MARCUS AVE SUITE 105**

_____

__LAKE SUCCESS__          __NY__    __11042__

Date or dates debt was incurred    _____

Last 4 digits of account number    __5__  __8__  __2__  __4__

Services- Facilities

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    __Services- Facilities__

Is the claim subject to offset?
☑ No
☐ Yes

$17,168.26

---

| 3.400 | Nonpriority creditor's name and mailing address |
|---|---|

**VOLCANO CORP**

**PO BOX 100355**

_____

__ATLANTA__          __GA__    __30384__

Date or dates debt was incurred    _____

Last 4 digits of account number    __1__  __4__  __5__  __2__

Services- Candace

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    __Services- Candace__

Is the claim subject to offset?
☑ No
☐ Yes

$74,270.80

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.401**  Nonpriority creditor's name and mailing address

**VYAIRE MEDICAL INC**

**29429 NETWORK PLACE**

**CHICAGO**                    IL        **60673-1294**

Date or dates debt was incurred

Last 4 digits of account number    **1    0    7    5**

Supplies- Medical

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies- Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$193.79**

---

**3.402**  Nonpriority creditor's name and mailing address

**W L GORE & ASSOCIATES**

**PO BOX 751331**

**MEDICAL PRODUCTS DIVISION**

**CHARLOTTE**                NC        **28275**

Date or dates debt was incurred

Last 4 digits of account number    **2    0    4    6**

Supplies- Medical

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies- Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,146.00**

---

**3.403**  Nonpriority creditor's name and mailing address

**WALLER LANSDEN DORTH & DAV**

**511 UNION STREET STE 2700**

**NASHVILLE**                TN        **37219**

Date or dates debt was incurred

Last 4 digits of account number    **1    9    0    0**

Legal

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Legal**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,830.50**

---

**3.404**  Nonpriority creditor's name and mailing address

**WENZEL SPINE, INC**

**1130 RUTHERFORD LANE**

**SUITE 200**

**AUSTIN**                    TX        **78753**

Date or dates debt was incurred

Last 4 digits of account number    **5    9    0    1**

Supplies - Medical

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$27,500.00**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.405 | Nonpriority creditor's name and mailing address |
| --- | --- |

**WERFEN USA LLC**

**PO BOX 347934**

**PITTSBURGH, PA 15251-493**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

$46,576.83

Date or dates debt was incurred

Last 4 digits of account number    __1    2    9    0__

Is the claim subject to offset?

☑ No
☐ Yes

Supplies - Medical

---

| 3.406 | Nonpriority creditor's name and mailing address |
| --- | --- |

**William Hairston, DO**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

$5,248.00

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address |
| --- | --- |

**WINDER'S SALES & SVC**

**PO BOX 635141**

**NACOGDOCHES          TX      75963**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies- Facilities**

$6,582.92

Date or dates debt was incurred

Last 4 digits of account number    __1    6    4    3__

Is the claim subject to offset?

☑ No
☐ Yes

Supplies- Facilities

---

| 3.408 | Nonpriority creditor's name and mailing address |
| --- | --- |

**WINDSTREAM**

**PO BOX 9001908**

**LOUISVILLE          KY      40290**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utilities**

$154.13

Date or dates debt was incurred

Last 4 digits of account number    __4    0    0    1__

Is the claim subject to offset?

☑ No
☐ Yes

Utilities

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                Amount of claim

---

| 3.409 | Nonpriority creditor's name and mailing address |
|---|---|

**Wipfli, LLP**

**PO Box 3160**

| **Milwaukee** | **WI** | **53201** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Former Proj. Mgr. for Electronic Health Record**

Is the claim subject to offset?
☑ No
☐ Yes

$196,129.24

---

| 3.410 | Nonpriority creditor's name and mailing address |
|---|---|

**XEROX CORPORATION**

**PO BOX 802555**

| **CHICAGO** | **IL** | **60680-2555** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  _1_ _2_ _4_ _1_

Equipment Rent/Lease

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Equipment Rent/Lease**

Is the claim subject to offset?
☑ No
☐ Yes

$42,341.11

---

| 3.411 | Nonpriority creditor's name and mailing address |
|---|---|

**XTANT MEDICAL, INC**

**DEPT CH 16872**

| **PALATINE** | **IL** | **60055-6872** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  _5_ _7_ _0_ _1_

Supplies - Medical

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

$22,565.70

---

| 3.412 | Nonpriority creditor's name and mailing address |
|---|---|

**Young's Professional Svc**

**200 Greenleaves Blvd., Suite 5**

| **Mandeville** | **LA** | **70448** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Anesthesia Services**

Is the claim subject to offset?
☑ No
☐ Yes

$162,945.48

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.413**  Nonpriority creditor's name and mailing address

**ZAVATION, LLC**

**220 LAKELAND PKWY**

**FLOWOOD**            **MS**    **39232**

Date or dates debt was incurred

Last 4 digits of account number    **5  7  8  2**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,750.00**

---

**3.414**  Nonpriority creditor's name and mailing address

**ZEPTOMETRIX LLC**

**14957 COLLECTION CENTER DRIVE**

**CHICAGO**            **IL**    **60693-0149**

Date or dates debt was incurred

Last 4 digits of account number    **5  7  5  0**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,239.92**

---

**3.415**  Nonpriority creditor's name and mailing address

**ZIMMER**

**PO BOX 840166**

**DALLAS**            **TX**    **75284-0166**

Date or dates debt was incurred

Last 4 digits of account number    **1  0  4  1**

Supplies - Medical

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies - Medical**

Is the claim subject to offset?
☑ No
☐ Yes

**$47,769.60**

---

**3.416**  Nonpriority creditor's name and mailing address

**ZIRMED INC**

**1311 SOLUTIONS CENTER**

**CHICAGO**            **IL**    **60677-1311**

Date or dates debt was incurred

Last 4 digits of account number    **5  7  9  5**

Billing Software

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Billing Software**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,490.77**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.417 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$13,710.69

**ZOLL MEDICA**

☐ Contingent

**PO BOX 27028**

☐ Unliquidated

☐ Disputed

**NEW YORK**          **NY**    **10087-7028**

Basis for the claim:
**Supplies - Medical**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **4   3   1   4**

☑ No
☐ Yes

**Supplies - Medical**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|     |                                           |     | Total of claim amounts |
|-----|-------------------------------------------|-----|------------------------|
| 5a. | **Total claims from Part 1**              | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2**              | 5b. + | **$12,823,320.86** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$12,823,320.86** |

**Fill in this information to identify the case:**

Debtor name    **Lion Star Nacogdoches Hospital, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number    **23-43535-mxm11**      Chapter    **11**
(if known)

☐ Check if this is an
    amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

    ☐   No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

    ☑   Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

                                             **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | See attached Addendum 4 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | | | See attached Addendum 4 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

# Addendum 4

| Counter-Party Name | Description of Contract or Lease | Address |
|---|---|---|
| 3DR Labs, LLC | Purchased Services Agreement | 1941 BISHOP LANE SUITE 807, LOUISVILLE,KY 40218 |
| 3M | Master Software and Services Agreement - Amendment - July 2023 | PO BOX 120881, DALLAS,TX 75312-0881 |
| Abbott | Accu Chek Glucometers June 30, 2023 | PO BOX 92679, CHICAGO,IL 60675-2679 |
| Abbott | Comprehensive Service Plan Agreement - iSTATE 1 Analyzer - August 8, 2023 | PO BOX 92679, CHICAGO,IL 60675-2679 |
| Abbott | Service Plan Agreement - i STAT Analyzer - August 8, 2023 | PO BOX 92679, CHICAGO,IL 60675-2679 |
| Abbott | i-STAT comprehensive service plan agreement | PO BOX 92679, CHICAGO,IL 60675-2679 |
| Abbott Rapid | Distributor Purchase Agreement - November 4, 2022 | PO BOX 92679, CHICAGO,IL 60675-2679 |
| Abbott Rapid | License Agreement - June 30, 2023 | PO BOX 92679, CHICAGO,IL 60675-2679 |
| Abbott Rapid Diagnostics Informatics, Inc. | Roche Glu7cose License Agreement - June 30, 2023 | PO BOX 92679, CHICAGO,IL 60675-2679 |
| Abbott Vascular | Inventory Stocking Agreement - October 6, 2022 | PO BOX 92679, CHICAGO,IL 60675-2679 |
| Abiomed, Inc. | Serivce Agreement | PO BOX 6214, BOSTON,MA 02212-6214 |
| ACL OP500 | Service Agreement - March 12, 2023 | 180 HARTWELL ROAD BEDFORD MA 01730 |
| Administrative Fiduciary Services Inc. | Contract - 401-K Plan - December 9, 2022 | 10777 NORTHWEST FREEWAY STE450, HOUSTON,TX 77092 |
| Advanced Medical Resources, LLC | Agreement | PO BOX 731969, DALLAS,TX 75373 |
| Aetna | Payor Agreement | PO BOX 91507 ARLINGTON TX 76015 |
| Ahammed Hashim, MD | Medical Director Cerner Community Works - March 7, 2023 | 1209 N MOUND ST NACOGDOCHES TX 75961 |
| Allegiance Mobile Health | Transfer Agreement - March 1, 2022 | 1702 N LEXINGTON BLVD CORPUS CHRISTI TX 78409 |
| American College of Radiology | NDR Agreement - July 13, 2015 | 1891 PRESTON WHITE DRIVE, RESTON,VA 20191-4397 US |
| American Heart Association | Agreement for participation in association - January 4, 2023 | 7272 GREENVILLE AVENUE DALLAS TX 75231 |
| American Medical Foundation | Peer Review Recindment Agreement - September 10, 2015 | 75 REMITTANCE DR STE 1413, CHICAGO,IL 60675-1413 |
| Amerigroup Thru Multiplan TX True Choice Network | Agreement for Insurance Payor | PO BOX 62947 VIRGINA BEACH VA 23466-2947 |
| Amy Huggins, MD | On Call Agreement - August 1, 2023 | 3614 N UNIVERSITY DR, NACOGDOCHES,TX 75965 |
| Andrew Hurst, MD | Orthopedic Call Coverage - August 1, 2023 | 3616 N UNIVERSITY DRIVE, NACOGDOCHES,TX 75965 |
| Angelina Surgical Associates | General Surgery Call Agreement - January 1, 2023 | 302 MEDICAL PARK DRIVE STE 101 LUFKIN TX 75904 |
| APEX Revenue Recovery Inc | Liability Agreement - April 1, 2020 | ATTN: WENDY BAZA1230 VENUS ST, CEDAR HILL,TX 75104 |
| Applied Statisics and Management, Inc | Subscription and Service Agreement- May 13, 2023 | PO BOX 2738, TEMECULA,CA 92593-2738 |
| Ascend | Services Agreement - October 15, 2022 | P O BOX 45021, SAN FRANCISCO,CA 94145 |
| Barkocy, Gary | DO Call Agreement | 409 RUSSELL BLVD A NACOGDOCHES TX 75965 |
| BCBS | Institution Agreement - February 1, 2023 | ATTN: 6506151501 N PLANO RD, STE 100, RICHARDSON,TX 75081 |
| BCBS | Administrative Services Agreement - July 1, 2022 | ATTN: 6506151501 N PLANO RD, STE 100, RICHARDSON,TX 75081 |
| BCBS | Payor Agreement | ATTN: 6506151501 N PLANO RD, STE 100, RICHARDSON,TX 75081 |
| BCBS TriWest | Agreement for Insurance Payor | ATTN: 6506151501 N PLANO RD, STE 100, RICHARDSON,TX 75081 |
| BD Alaris | Software Management Services - November 19, 2022 | 25565 NETWORK PLACE CHICAGO IL 60673-1255 |
| Beckman Coulter | DXS Service Agreement - November 2, 2022 | DEPT CH 10164, PALATINE,IL 60055-0164 |
| Beckman Coulter | Purchase Service Agreement - June 28, 2017 | DEPT CH 10164, PALATINE,IL 60055-0164 |
| Beckman Coulter | Allegra X30 - Centrifuge Service Agreement - June 29,2023 | DEPT CH 10164, PALATINE,IL 60055-0164 |
| Beckman Coulter | Life Sciences Service Agreement for Allegra X22 | DEPT CH 10164, PALATINE,IL 60055-0164 |
| Benjamin Thompson, MD | OBGYN Call Agreement - July 29, 2019 | 4800 NE STALLINGS DR STE 106, NACOGDOCHES,TX 75965 |
| BHS Physicians Network, Inc | General Surgery On-Call Service Agreement - June 13, 2023 | 203 E MAIN ST, NACOGDOCHES,TX 75965 |
| BHS Physicians Network, Inc | Orthopedic Surgery On-Call Service Agreement - February 15, 2022 | 203 E MAIN ST, NACOGDOCHES,TX 75965 |
| BHS Physicians Network, Inc | Cardiology On-Call Services Agreement - March 4, 2022 | 203 E MAIN ST, NACOGDOCHES,TX 75965 |
| Binusha Moitheennazima, M.D. | Pulmonology On Call Agreement - October 29, 2019 | 1209 N MOUND ST NACOGDOCHES TX 75961 |
| BioMerieux | BioFire Extended Warranty - June 26, 2023 | PO BOX 500308, ST LOUIS,MO 63150-0308 |
| Biomerieux | Service Agreement BacT ALERT 3D System - December 15 2023 | PO BOX 500308, ST LOUIS,MO 63150-0308 |
| Biomerieux | Service Agreement Quote - Full Service Plan - November 7, 2022 to November 6, 2023 | PO BOX 500308, ST LOUIS,MO 63150-0308 |
| BioMerieux | Service Agreement Quote - September 26, 2022 | PO BOX 500308, ST LOUIS,MO 63150-0308 |
| Biomerieux | Service Agreement VITEK 2 Compact - December 15, 2023 | PO BOX 500308, ST LOUIS,MO 63150-0308 |
| BioTronik | Exhibit B - April 25, 2022 | PO BOX 205421, DALLAS,TX 75320-5421 |
| BioTronik | Exhibit B - September 12, 2022 | PO BOX 205421, DALLAS,TX 75320-5421 |

| Counter-Party Name | Description of Contract or Lease | Address |
|---|---|---|
| BKD | Accountant Scope of Services - May 25, 2022 | 510 N VALLEY MILLSSTE 200, WACO,TX 76710 |
| Block Imaging | 3D Tomo Digital Mammography Service Agreement | 1845 CEDAR STREET, HOLT,MI 48842 |
| Brain Drake, MD | Maternal Medical Director - September 15, 2022 | 1018 NORTH MOUND ST., STE. 205, NACOGDOCHES,TX 75965 |
| Brain Drake, MD | OBGYN On Call Agreement - June 10, 2022 | 1018 NORTH MOUND ST., STE. 205, NACOGDOCHES,TX 75965 |
| Brenda Bowman Motes | 3604 Lawson Parkway Lease | 105 GRANDVIEW BLVD, MONTGOMERY,TX 77356 |
| Brian Glymph MD | OBGYN Call Agreement - July 1, 2020 | 4800 NORTHEAST STALLING DR., STE/ 106, NACOGDOCHES,TX 75965 |
| Canon Medical Systems | Service Agreement - January 27, 2022 | 2441 Michelle Drive, Tustin,CA 92780 |
| CAPS IV | Services Agreement - June 1, 2023 | 824 12th Avenue, Bethlehem,PA 18018 US |
| Capstone Personnel Services, Inc. | Agency Agreement - November 28, 2022 | 1415 TROUP HIGHWAY TYLER TX 75701 |
| Cardinal Health | Vascular Product Consignment Agreement - November 30, 2022 | DEPT CH 19348, PALATINE,IL 60055-9348 |
| CareFusion | Master Agreement | 25146 NETWORK PLACE, CHICAGO,IL 60673-1250 |
| CCH incorporated Wolters Kluwer | Master Agreement | 2700 LAKE COOK ROAD RIVERWOODS IL 60015-3867 |
| Centerpoint Energy | Electric Agreement | PO BOX 4981, HOUSTON,TX 77210-4981 |
| CenterPoint Energy Gas | Gas Sales Agreement - August 06, 2019 | PO BOX 4981, HOUSTON,TX 77210-4981 |
| Cerner | Direct HISP - October 5, 2022 | PO BOX 959156, ST LOUIS,MO 63195-9156 |
| Change Healthcare - Interqual, Inc. | Click Through Purchase Agreement - October 2, 2023 | 424 CHURCH ST SUITE 1400 NASHVILLE TN 37219 |
| Charles Page, MD | General Surgery Call Agreement - May 1, 2022 | 1320 N UNIVERSITY DR SUITE A, NACOGDOCHES,TX 76961 |
| Christopher Ihionkhan, M.D. | NICU Supervision Agreement - February 27, 2022 | 818 N 4TH ST, LONGVIEW,TX 75601 |
| Christus - Tyler & Longview | Patient Transfer Agreement - May 15, 2023 | 919 HIDDEN RIDGE DR., IRVING,TX 75038 |
| Christus Good Shepherd & Mother Frances | Patient Transfer Agreement - May 15, 2023 | 919 HIDDEN RIDGE DRIVE, IRVING,TX 75038 |
| Cigna HealthCare of Texas | Hospital Services Agreement - November 1, 2023 | 2800 N LOOP W SUITE 700 HOUSTON TX 77092 |
| CIOX | Agreement for Service - May 21, 2015 | PO BOX 409669, ATLANTA,GA 30384 |
| Clifton Thomas MD | Locum Tenens General Surgery Coverage - April 27, 2022 | 5718 W WESTHEIMER, HOUSTON,TX 77056 |
| Cloudmed Solutions, LLC | Automation Licensing Service Order - November 7, 2022 | ATTN: ACCOUNTS RECEIVABLEPO BOX 208272, DALLAS,TX 75320-8272 |
| Coffey Communications, Inc. | Agreement - February 15, 2023 | 1505 BUSINESS ONE CIRCLE, WALLA WALLA,WA 99362 |
| Coffey Communications, Inc. | Time and Materials Agreement - August 15, 2022 | 1505 BUSINESS ONE CIRCLEWALLA WALLA,WA 99362 |
| Common Cents Solutions | System Quotation & Agreement - 2023 | 6380 I-55 N STE 160, JACKSON,MS 39211 |
| Common Spirit Health | June 20, 2023 - Patient Transfer Agreement | 6624 FANNIN ST SUITE 1190 HOUSTON TX 77030 |
| Communicare Technology, Inc. - Pulsara | Amendment to the Master Agreements - August 11, 2022 | 2880 TECHNOLOGY BLVD WEST SUITE 183, BOZEMAN,MT 59718 |
| Comp Health | Retained Search Agreement - December 8, 2022 | P.O. BOX 972651, DALLAS,TX 75397 US |
| CompHealth | OBGYN Search Agreement - November 23, 2022 | P.O. BOX 972651, DALLAS,TX 75397 US |
| CompHealth | Contingency Search Agreement | P.O. BOX 972651, DALLAS,TX 75397 US |
| Complete Care | Service Agreement - May 10, 2016 | PO BOX 23840 LITTLE ROCK AR 72221 |
| Compliance Line, Inc. | Agreement - June 12, 2014 | 8615 CLIFF CAMERON DR STE 290, CHAROLOTTE,NC 28269 |
| Comprehensive Pharmacy Services | Agreement for pharmacy supplies/medication/services | 6409 QUAIL HOLLOW RD, MEMPHIS,TN 38120 |
| Conexus | Agreement for staffing agency - March 31, 2021 | 5001 W. FOUNDERS WAY, SUITE L10, ROGERS,AR 72758 US |
| Cooksey Marcin, PLLC | Engagement Agreement - November 17, 2022 | 25511 BUDDE ROAD, SUITE 2202, THE WOODLANDS,TX 77380 US |
| Core Sound Imaging, Inc | Service Agreement | 5510 SIX FORKS RD STE 200, RALEIGH,NC 27609 |
| Corpra Care Inc | Agreement - January 31, 2020 | 1011 HIGHWAY SIX SOUTH STE 309 HOUSTON TX 77077 |
| Craig Sessions, MD | Professional Services Agreement - October 1, 2023 | 1018 N MOUND ST STE 206 NACOGDOCHES TX 75961 |
| CSP Consulting | Grant Writing - September 2023 | 16 SAN JEWELL DRIVE, FARMINGTON,MO 63640 |
| David Vinther, MD | Cecil Bomar Rehab Medical Director - August 1, 2022 | 409 RUSSELL BLVD STE D, NACOGDOCHES,TX 75965 |
| Digicert Inc. | Agreement for IT services - March 15, 2023 | PO BOX 840695, DALLAS,TX 75284-0695 |
| Discovery Healthcare Consulting Group | Services Agreement October 19, 2021 | 1500 BROADWAY SUITE 100, LUBBOCK,TX 79401 |
| Discovery Solutions, Inc. | ZixCorp Email Encryption - April 1, 2023 | PO BOX 3036, FARMINGTON HILLS,MI 48333 US |
| Dolamu Sokunbi, MD | Nephrology On Call Agreement - September 1, 2021 | 522 RUSSELL BLVD, NACOGDOCHES,TX 75961 |
| Ears & Hearing, P.A. | First Addendum to Hearing Screen Agreement - October 16, 2023 | 12319 N MOPAC EXP BLDG C 300, AUSTIN,TX 75758 |
| Ears & Hearing, PA | Hearing Screen Agreement - October 1, 2019 | 12319 N MOPAC EXP BLDG C 300, AUSTIN,TX 75758 |
| East Texas Community Health Services, Inc | Diagnostic Radiology Services | PO BOX 632040 NACOGDOCHES TX 75963-2040 |

| Counter-Party Name | Description of Contract or Lease | Address |
|---|---|---|
| East Texas Nephrology Associates | Nephrology Call Agreement - September 1, 2021 | PO BOX 150408, LUFKIN,TX 75915-0408 |
| East Texas Nephrology Associates | Nephrology Medical Director - November 14,2022 | PO BOX 150408, LUFKIN,TX 75915-0408 |
| eClinical Works | Software License and Support Upfront Agreement for Electronic Medical Records and Practice Management | PO BOX 847950, BOSTON,MA 02284-7950 |
| EDF Energy Services, LLC | Electric Agreement | PO BOX 74007029, CHICAGO,IL 60674-7029 |
| Elsevier Inc. | Master Agreement | PO BOX 9533, NEW YORK,NY 10087-9533 |
| ERI Consulting | Asbestos Abatement - May 2023 | PO BOX 2024 TYLER TX 75710 |
| Ero Health | Business Associate Agreement - September 29, 2021 | PO BOX 776953, CHICAGO,IL 60677 |
| eSolutions, Inc. | Service Agreement - June 2, 2023 | WS# 165PO BOX 414378, KANSAS CITY,KS 64141-4378 |
| Esquisek, Inc. | Master Equipment and Software Rental Agreement - November 30, 2022 | 87A GRANGER BLVD MARLBOROUGH MA 01752 |
| Express Employment | Staffing Agreement - May 25, 2023 | 210 C TIMBERLAND DR, LUFKIN,TX 75901 |
| Ferrarraccio, Blaise MD | Neurology On Call Agreement - November 20, 2019 | 4848 NE STALLINGS DR., STE. 106, NACOGDOCHES, TX 75965 |
| Finesse Microtome | Equipment Lease Agreement | 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 |
| Fisher Firm | General Immigration Engagement Letter - January 31, 2023 | 560 S 4TH STREET, SILSBEE,TX 77656 US |
| Forrest King | ACLS & PALS Training - October 21, 2021 | 1010 NORTHWOOD CIRCLE, NACOGDOCHES,TX 75965 |
| ForTec Medical, Inc | Hearing Aides - March 7, 2023 | 6245 HUDSON CROSSING PARKWAY HUDSON OHIO 44236 |
| Friendship Hearing, Inc. | Equipment Purchase Agreement - February 21, 2023 | 1520 E. DENMAN AVE, SUITE 103, LUFKIN,TX 75901 US |
| Galaxy | Agreement for Insurance Payor | 631 106TH STREET ARLINGTON TX 76011 |
| Galaxy Health Network | Insurance payor contract | 631 106TH STREET ARLINGTON TX 76011 |
| GE | Master Lease Agreement for Equipment Optima CT660 and Optima MR450w, Mobile Optima 220 X-Ray | PO BOX 641419, PITTSBURGH,PA 15264-1419 |
| GE Capital | CT660 OPTIMA - Additional Contract Documents | PO BOX 641419, PITTSBURGH,PA 15264-1419 |
| GE Government Finance, Inc. | Equipment Agreement | 74 West Park Place, STAMFORD,CT 06901-0001 |
| GE Healthcare | Cath Lab | PO BOX 641419, PITTSBURGH,PA 15264-1419 |
| GE Healthcare Service | Cath Lab - August 8, 2022 | PO BOX 641419, PITTSBURGH,PA 15264-1419 |
| Gia Marotta, MD | Employment Agreement - January 15, 2023 | PO BOX 631430, NACOGDOCHES,TX 75963 US |
| Gia Marotto, MD | ENT Call Agreement - February 1, 2023 | PO BOX 631430, NACOGDOCHES,TX 75963 US |
| Green & Green, CPA Inc. | Management Letter - August 21, 2023 | 28382 CONSTELLATION RD., VALENCIA,CA 91355 |
| Green and Spiegel | Representation Agreement - April 13, 2023 | 1524 DELANCEY ST., 4TH FLOOR, PHILADELPHIA,PA 19102 US |
| Gregory Tate MD | Maxillo Facial Call Agreement - July 1, 2020 | 508 RUSSELL BLVD, NACOGDOCHES,TX 75965 |
| Gulf Coast Regional Blood Center | Master Agreement | PO BOX 301092, DALLAS,TX 75303-1092 |
| Hashmet Wali & Associates | Agreement for renovations to the Pharmacy - March 1, 2023 | 8914 DAFFODIL STREET, HOUSTON,TX 77063 US |
| HCA Houston Healthcare Kingwood | Patient Transfer Agreement - December 20, 2021 | 22999 US HIGHWAY 59 KINGWOOD TX 77339 |
| Head Start | Service Agreement- October 29, 2020 | 1902 OLD TYLER ROAD NACOGDOCHES TX 75961 |
| Healthcare Transformation (HCT) | Interim Management Services - December 3, 2021 | 875 N MICHIGAN AVE STE 3100, CHICAGO,IL 60611 |
| Healthcare Transformation Inc. | Termination - October 17, 2022 | 875 N MICHIGAN AVE STE 3100, CHICAGO,IL 60611 |
| Healthsmart Preffered Care | Amendment - August 1, 2022 | 222 W LAS COLINAS BLVD SUITE 500N IRVING TX 75039 |
| Heart Institute of East Texas | premises lease, 1004 N Mound St. - May 25, 2023 | 310 GASLIGHT BLVD LUDKIN TX 75904 |
| Heart to Heart Hospice of the Lakes Area, LLC | Inpatient Hospice - May 9, 2023 | 7240 CHASE OAKS BLVD. PLANO TX 75025 |
| Helping Hands | Client Contract Agreement - February 14, 2023 | PO BOX 297, JASPER,TX 75951 |
| Hill-Rom Company, Inc. | The Vest System Device Access Program Agreement - October 6, 2023 | PO BOX 643592, PITTSBURGH,PA 15264-3592 |
| Humana | Agreement for Insurance Payor | PO BOX 14601 LEXINGTON KY 40512-4601 |
| Humana Tricare Prime | Agreement for Insurance Payor | PO BOX 69452 HARRISBURG PA 17106 |
| IES Central Texas PLLC | Emergency Services Agreement - November 1, 2023 | 4835 LBJ FREEWAY SUITE 900 DALLAS TX 75244 |
| IL Elite and IL Top500 | Service Agreement | PO BOX 347934 PITTSBURGH PA 15251-4934 |
| Imaging Physics, LLC | Memorandum of Understanding - July 1, 2020 | 227 SANDY SPRINGS PLACE STE D-300, SANDY SPRINGS,GA 30328 |
| Inmar RX Colutions, Inc. | Compliance Solutions Services - March 20, 2023 | ONE WEST FOURTH ST STE 500 WINSTON SALEM NC 27101 |
| Integrity Recruiters, Inc. | Recruitment Agreement | 5348 VEGAS DR #1073, LAS VEGAS,NV 891082347 |
| Interface Security Systems, LLC | Commercial Security Services Agreement - August 13, 2014 | 8339 SOLUTIONS CENTER, CHICAGO,IL 60677-8003 |
| Intuitive Surgical, Inc. | Service & Lease Agreement - September 28, 2022 | DEPT. 336293440 Flair Drive, El Monte,CA 91731 US |

| Counter-Party Name | Description of Contract or Lease | Address |
|---|---|---|
| Ironside Human Resources | Recruitment Agreement | 6060 N CENTRAL EXPY STE 690 DALLAS TX 75206 |
| James M Randle | Professional Service Agreement | 203 E MAIN ST, NACOGDOCHES,TX 75965 |
| Jason Suits, MD | General Surgery On Call Agreement - BHS - June 13, 2023 | 1002 N. MOUND STREET, NACOGDOCHES,TX 75961 |
| Jericho HR Group, LLC | Services Agreement - June 21, 2023 | 402 EAST 78 ST SUITE 11 NEW YORK NY 10075 |
| Jonathan Polk, MD | General Surgery Call Agreement - August 12, 2022 | 4800 NE STALLINGS DR STE 114, NACOGDOCHES,TX 75965 |
| Jones, Carl, D.O. | Nacogdoches Gastroenterology, PLLC - July 1, 2021 | 522 RUSSELL BLVD, NACOGDOCHES,TX 75965 |
| Keith Fishbeck, DO | Professional Services Agreement - November 1, 2023 | 3816 N UNIVERSITY DRIVE, NACOGDOCHES,TX 75965 |
| Kelly S. Parman | Independent Contractor Consulting Agreement - November 17, 2022 | 5929 MARILYN DRIVE, KNOXVILLE,TN 37914 US |
| Kepro, Inc | Agreement for Pharmacy Services - August 26, 2019 | 5700 LOMBARDO CENTER DRIVE SUITE 100 SEVEN GILLS OH 44131 |
| Kim Schaus, MD | Coverage Agreement - July 14, 2021 | 1018 N Mound Street Suite 160, Nacogdoches,TX 75961 |
| Kim Schaus, MD | OBGYN Call Agreement - October 1, 2021 | 1018 N Mound Street Suite 160, Nacogdoches,TX 75961 |
| Krucial Rapid Response | Recruitment - December 2, 2022 | 10895 LOWELL AVENUE OVERLAND PARK KS 66210 |
| Kyle McMorries, MD | On Call Agreement - August 1, 2023 | 4710 NE STALLINGS, NACOGDOCHES,TX 75965 |
| Language Services Associates | Contract for language line/services | PO BOX 829752, PHILADELPHIA,PA 19182-9752 |
| Language Services Line | Purchaser Specific Agreement - Sign Language Addition - November 1, 2021 | PO BOX 829752, PHILADELPHIA,PA 19182-9752 |
| Lase'R Ventures , Inc. | Service Agreement | PO BOX 95333, GRAPEVINE,TX 76099-9732 |
| Legacy Hospice, LLC | Facility Inpatient Hospice Contract - May 30, 2017 | 1901 RICKETY LANE SUITE 103 TYLER TX 75703 |
| Life Gift | Agreement re organ donations - January 3, 2023 | 2510 WESTRIDGE ST HOUSTON TX 77054 |
| Life Safety Services | Agreement for Smoke & Fire door labeling - September 14, 2023 | 908 S 8TH STREET, SUITE 500, LOUISVILLE,KY 40203 |
| Locum Tenens | Coverage Agreement with Staff Care, Inc | 8840 CYPRESS WATERS BLVD SUITE 300 DALLAST TX 75019 |
| Mangla, Vivek | Call Agreement | 710 GASLIGHT BLVD STE A LUFKIN TX 75904 |
| Margret Morgan | Consulting Services Agreement - June 1, 2021 | 4738 LA VILLA MARINA UNIT C, MARINA DEL RAY,CA 90292 |
| Mark Robbins, MD | Timeshare Lease 1002 Mound Street | 1040 S FLEISHEL AVE TYLER TX 75701 |
| Mary Barnette, MD | Pediatric On Call - August 1, 2023 | 3614 N UNIVERSITY DR, NACOGDOCHES,TX 75965 |
| MCG Health, LLC | Agreement for Quality Reporting | PO BOX 742350, ATLANTA,GA 30374-2350 |
| MCN Healthcare | Policy Manager Agreement | 501 S CHERRY ST #1100-106, DENVER,CO 80246 |
| MD Save, Inc. | Facility Subscription Agreement - September 28, 2023 | PO BOX 197596, NASHVILLE,TN 37219-7596 |
| Med One | Equipment Lease Agreement - Alpinion X Cube 90 - September 30, 2022 | LB 271128, PO BOX 35145, SEATTLE,WA 98124-5145 |
| Med One | Equipment Lease Agreement TABLO - September 28, 2022 | LB 271128, PO BOX 35145, SEATTLE,WA 98124-5145 |
| Med One Capital Funding, LLC | Lease Agreement | LB 271128, PO BOX 35145, SEATTLE,WA 98124-5145 |
| Medela LLC | Symphony Pump Placed Equipment Agreement | 38789 EAGLE WAY, CHICAGO,IL 60678-1387 |
| Medicaid | Agreement for Insurance Payor, Contract Nos. 437483702; 437483701 | PO BOX 202948 AUSTIN TX 78720-2948 |
| Medicare | Agreement for Insurance Payor, Contract Nos. 45-0508; 45-T508; 1X-5224 | 2020 TECHNOLOGY PARKWAY STE 100 MECHANISCSBURG PA 17050 |
| Medtronic Carelink Express | Service Agreement | PO BOX 848086, DALLAS,TX 75284-8086 |
| MedVed, Inc. | Agreement - July 1, 2023 | 2136 W CHESTERFIELD BLVD STE D106 SPRINGFIELD MO 65807 |
| Medygate | BioMedical Management Program - July 15, 2021 | 447 S ROBERTSON BLVD #204, BEVERLY HILL,CA 90211 |
| Molina | Agreement for Insurance Payor | 5605 N MACARTHUR BLVD SUITE 400 IRVING TX 75038 |
| Mom365 | Services Agreement | 3613 MURELLER ROAD ST CHARLES MO 63301 |
| MSDS online | Velocity EHS Chemical Management Customer Order Form - April 27, 2016 | DBA VELOCITY EHS27185 NETWORK PLACE, CHICAGO,IL 60673 US |
| MultiPlan, Inc. | Insurance payor contract | 222 W LAS COLINAS BLVD IRVING TX 75039 |
| Munawwer Khurshid, MD | Professional Services Agreement - October 24, 2023 | 1018 N MOUND ST STE 201 NACOGDOCHES TX 75961 |
| MYLA | Full Service Plan with Biomerieux | PO BOX 500308, ST LOUIS,MO 63150-0308 |
| Nacogdoches Cardiac Center | Professional Services Agreement - January 1 2024 | 1023 N MOUND ST STE K NACOGDOCHES TX 75961 |
| Nacogdoches County EMS | Transportation Services Agreement - October 21, 2022 | 1018 N MOUND ST STE 105 NAC TX 75961 |
| Nacogdoches County Hospital District | Hospital Facility Lease Agreement | 1204 NORTH MOUND STREET, NACOGDOCHES, TEXAS 75961 |
| Nacogdoches County Hospital District | Sublease Agreement (1810 N. Mound Street) | 1204 NORTH MOUND STREET, NACOGDOCHES, TEXAS 75961 |
| Nacogdoches County Hospital District | First Amended and Restated Sublease Agreement (1810 N. Mound Street) | 1204 NORTH MOUND STREET, NACOGDOCHES, TEXAS 75961 |
| Nacogdoches County Hospital District | Sublease Agreement (1002 N. Mound Street) | 1204 NORTH MOUND STREET, NACOGDOCHES, TEXAS 75961 |
| Nacogdoches County Hospital District | Sublease Agreement (1106/1108 South Street) | 1204 NORTH MOUND STREET, NACOGDOCHES, TEXAS 75961 |
| Nacogdoches County Hospital District | Assignment of Lease and Consent to Assignment (801 North Street) | 1204 NORTH MOUND STREET, NACOGDOCHES, TEXAS 75961 |

| Counter-Party Name | Description of Contract or Lease | Address |
|---|---|---|
| Nacogdoches Diagnostic Center | Utility Agreement - March 1, 2023 | 1023 N MOUND ST STE K, NACOGDOCHES,TX 75961 |
| Nacogdoches Pulmonary & Sleep Associates | Professional Services Agreement - August 1, 2023 | 1209 N MOUND ST NACOGDOCHES TX 75961 |
| Nacogdoches Transcription Solutions | Agreement - June 28, 2019 | 5284 W ST HWY 7, NACOGDOCHES,TX 75964 |
| Nathan Drever, MD | Maternal Fetal Medicine Activation Agreement - December 6, 2022 | 707 HOLLYBROOK DR. SUITE 503, LONGVIEW,TX 75605 US |
| NATIONAL RESEARCH CORP | Membership Subscription Agreement HCAHPS & ED Solution | 1245 Q STREET LINCOLN NE 68508 |
| National Tax Resource Group | Service Agreement - October 5, 2021 | 14800 QUORUM DRIVE SUITE 510 DALLAS TX 75254 |
| NCHD | LPPF Agreement - April 25, 2023 - | 1018 N MOUND ST STE 105 NAC TX 75961 |
| NCHD | Administrative Services Agreement - July 1, 2023 | 1018 N MOUND ST STE 105 NAC TX 75961 |
| NCHD | Vehicle Lease Agreement - December 20, 2022 | 1018 N MOUND ST STE 105 NAC TX 75961 |
| Netsmart Technologies, Inc. - UDSMR | Business Associates Agreement - July 22, 2023 | 11100 NALL AVENUE, OVERLAND PARK,KS 66211 |
| Netsmart Technologies, Inc. - UDSMR | Facility Subscription Agreement - July 22, 2023 | 11100 NALL AVENUE, OVERLAND PARK,KS 66211 |
| Network Box | Agreement - June 6, 2023 | 2825 WILCREST STE 259, HOUSTON,TX 77042 US |
| NMPG Multi Plan - March 15, 2023 | Insurance payor contract | 222 W LAS COLINAS BLVD IRVING TX 75039 |
| North Texas Pathology Laboratories, LLC | Locums Pathology Agreement - November 25, 2020 | PO BOX 1709, ROWLETT,TX 75030 |
| Nova 401K | Agreement - December 1 2022 | 10777 NORTHWEST FREEWAY STE 440 HOUSTON TX 77095 |
| NovaRad Corporation | License Support Agreement | PO BOX 859, PROVO,UT 84603 |
| nThrive Revenue Systems, LLC | Master Agreement - July 25, 2018 | PO BOX 733492, DALLAS,TX 75373-3492 |
| NuTech, Inc. | Preferred Pricing Agreement | 1301 CLINIC DRIVE, TYLER,TX 75701 |
| Olin Fearing, MD | Pediatric On Call - August 1, 2023 | 3618 N. UNIVERISTY, NACOGDOCHES,TX 75965 |
| Omnicell | Pricing Supplement Agreement - November 3, 2022 | PO BOX 204650, DALLAS,TX 75320-4650 |
| Omnilert | Services Agreement - July 31, 2023 | PO BOX 178570, SAN DIEGO,CA 92177 US |
| Optum Advisory Services | Agreement for Quality Reporting - March 1 2020 | PO BOX 84019, CHICAGO,IL 60689 |
| Orkin | Commercial Services Agreement - August 22, 2022 | DBA ORKIN OF THE PINES12649 SH 30, COLLEGE STATION,TX 77045 |
| Ortho Clinic Diagnostics | Service Agreement - December 15, 2021 | 1001 US ROUTE 202, RARITAN,NJ 08869 |
| Ortho-Clinical Diagnostics, Inc. | GPO Product Agreement - July 1, 2011 | 1001 US ROUTE 202, RARITAN,NJ 08869 |
| Outset Medical, Inc. | Master Sales and Service Agreement - September 28, 2022 | 3052 ORCHARD DRIVE, SAN JOSE,CA 95134 |
| Outset Medical, Inc. | Order Agreement - September 28, 2022 | 3052 ORCHARD DRIVE, SAN JOSE,CA 95134 |
| Outset Medical, Inc. | Order Agreement/Service Contract - November 1, 2023 | 3052 ORCHARD DRIVE, SAN JOSE,CA 95134 |
| Overturf | Orthopedic Call Coverage - July 1, 2023 | 3816 N UNIVERSITY DRIVE, NACOGDOCHES,TX 75965 |
| Partners Healthcare Group, PHG | Medical Equipment Planning - June 2023 | 5301 VIRGINIA WAY SUITE 130 BRENTWOOD TN 37027 |
| Patton Brothers | Commercial Lease (801 North Street) | 412 BOSTWICK ST., NACOGDOCHES, TEXAS 75965 |
| PAXTON BROTHERS | 801 North Street Commercial Lease | 412 BOSTWICK ST NACOGDOCHES TX 75965 |
| Peter Ramzy, MD | General Surgery Call Agreement - September 1, 2023 | 1023 N MOUND ST STE H NACOGDOCHES TX 75961 |
| Peter Ramzy, MD | Trauma Medical Directorship - August 1, 2023 | 1023 N MOUND ST STE H NACOGDOCHES TX 75961 |
| Philips | Service Agreement for COREMB (Volcano) | 2425 NETWORK PLACE CGICAGO IL 60673-1242 |
| Philips Healthcare Allura Clarity | FD20 Service Agreement | 22100 BOTHELL EVERETT HIGHWAY PO BOX 3003 BOTHELL WASHINGTON 98041-3003 |
| Physician Select Management | SaaS Hosting Services Agreement | 318 N CARSON ST. SUITE 214, CARSON CITY,NV 89701 |
| PioneerRx, LLC | Agreement | PO BOX 53407, SHREVEPORT,LA 71135 |
| Premier Healthcare Solutions, Inc. | Master Service Agreement | 5882 COLLECTIONS CENTER, CHICAGO,IL 60693 |
| Premier Software Associates | Contract for Revenue Cycle reporting - June 13, 2013 | 997 WEST 950 NORTH SUITE 200, CENTERVILLE,UT 84014 |
| Premier Software Associates, Inc | License Agreement- April 4, 2022 | 997 WEST 950 NORTH SUITE 200, CENTERVILLE,UT 84014 |
| Premier Software Associates, Inc. | THCIC Agreement - June 12, 2013 | 997 WEST 950 NORTH SUITE 200, CENTERVILLE,UT 84014 |
| Prosperity Bank | Account Access Authorization Agreement - May 30, 2023 | 1205 N NAVARRO STREET, VICTORIA,TX 77901 |
| Prosperity Bank | Electronic Transfer Agreement - January 4, 2023 | 1205 N NAVARRO STREET, VICTORIA,TX 77901 |
| Prosperity Bank | Deposit Account Control Agreement | 1205 N NAVARRO STREET, VICTORIA,TX 77901 |
| Prosperity Bank | Deposit Account Control Agreement (Springing) | 1205 N NAVARRO STREET, VICTORIA,TX 77901 |
| Prosperity Bank | Deposit Account Instructions and Service Agreement (Govt. Healthcare Receivables) | 1205 N NAVARRO STREET, VICTORIA,TX 77901 |
| Pulsara | Purchase Terms - August 12, 2022 | 2880 TECHNOLOGY BLVD WEST SUITE 183, BOZEMAN,MT 59718 |
| Quest | Amendment of Agreement - September 2, 2022 | PO BOX 740709. ATLANTA,GA 30374 |

| Counter-Party Name | Description of Contract or Lease | Address |
|---|---|---|
| Quest Diagnostics | MRO Account Revision - December 5, 2022 | PO BOX 740709. ATLANTA,GA 30374 |
| Quest Healthcare Solutions | Lab Service Agreement | PO BOX 740709, ATLANTA,GA 30374 |
| Rachel Head, MD | Urology Call Agreement - September 1, 2022 | 617 RUSSELL BLVD, NACOGDOCHES,TX 75965 |
| Radiology Consultants of Nacogdoches, LLP | Radiology Medical Directorship - March 1, 2021 | PO BOX 632728, NACOGDOCHES,TX 75963 |
| Reagant | Pruchase Agreement - Plus | 3130 GATEWAY DRIVE NORCROSS GA 330091-5625 |
| Relode, LLC | Recruitment Agreement | 7000 EXECUTIVE CENTER DRIVE BUILDING 2 STE 190 BRENTWOOD TN 37027 |
| Richard Baker, MD | Medical Director of Cardiac Rehab - December 5, 2019 | 1301 RAGUET ST, NACOGDOCHES,TX 75961 |
| Roche Diagnostics Corporation | Encompass Agreement | PO BOX 660367, MAIL CODE 5021, DALLAS,TX 75266 |
| Ryan Head, MD | Pediatric On Call - July 1, 2020 | 625 RUSSELL BLVD, NACOGDOCHES,TX 75965 |
| Sandman Studios Entertainment | Social Media Agreement | 3972 QUAIL RIDGE DRIVE, PROVO,UT 84604 |
| Sentact | Agreement for Reporting - March 2, 2023 | 2500 W HIGGINS ROAD, SUITE 150, HOFFMAN ESTATES,IL 60169 US |
| Sentinel Technologies | Agreement for IT security services - March 31, 2023 | 2550 WARRENVILLE ROAD, DOWNERS GROVE,IL 60515 |
| Shirley, Brett, M.D. | Maxillo Facial Surgery Call Agreement - September 1, 2020 | 4800 NE STALLINGS DR STE 113, NACOGDOCHES,TX 75965 |
| Siemens | Professional Service Quotation - January 30, 2023 | PO BOX 121102 DEPT 0733, DALLAS,TX 75312-1102 |
| Siemens | Dimension ExL Lease Agreement | PO BOX 121102, DEPT 0733, DALLAS,TX 75312-1102 |
| Smart Facility Software | Service Agreement - February 21, 2023 | 2517 LEBANON PIKE SUITE 302 NASHVILLE TN 37214 |
| SOUTH GATE SHOPPING CENTER | Signed Estopped Re Lease @ 1006 South Street | 136 S BROADWAY WHITE PLAINS NY 10605 |
| Southern Neuro Specialty, LLC | Service Agreement | PO BOX 459, PRAIRIEVILLE,LA 70769 |
| Southwest Litho 11, LLC | Service Agreement | 9010 STRADA STELL CT SUITE 103, NAPLES,FL 34109 |
| Southwest Medical | First Amendment to First Addendum to Hospitalist Coverage and Services Agreement - October 1, 2023 | PO BOX 2168, ROCKPORT,TX 78381 |
| Southwest Medical | Termination Agreement - March 15, 2023 | PO BOX 2168, ROCKPORT,TX 78381 |
| Southwest Medical Associates | Confidentiality and Non-Disclosure Agreement | PO BOX 2168, ROCKPORT,TX 78381 |
| Southwest Medical Associates, Inc | Hospitalist Coverage and Services Agreement | PO BOX 2168, ROCKPORT,TX 78381 |
| Staff Care, Inc. | Agreement for Locum Tenens Coverage - November 16, 2021 | 8840 CYPRESS WATERS BLVD SUITE 300 DALLAST TX 75019 |
| Stallings Court Nursing and Rehabilitation | Transfer Agreement - September 29, 2021 | 4616 NE STALLINGS DR NACOGDOCHES TX 75965 |
| Stericycle | Agreement for Sharp pickup | PO BOX 6575, CAROL STREAM,IL 60197-6575 |
| Stryker Sales, LLC | Service Agreement - November 1, 2023 | C/O STRYKER SALES CORPORATION21343 NETWORK PLACE, CHICAGO,IL 60673-1213 |
| Sullins & Johnston Attorneys at Law, P.C. | Contract for Legal services - June 1, 2018 | 2200 PHOENIX TOWER 3200 SOUTHWEST FREEWAY HOUSTON TX 77027 |
| Superior | Agreement for Insurance Payor | 5900 E BEN WHITE BLVD AUSTIN TX 78741 |
| Symmertry | Base Gas Sales Agreement - April 1, 2023 | 9811 KATY FREEWAY SUITE 140, HOUSTON,TX 77024 |
| Symmetry | Natural Gas Sales - September 1, 2023 | 9811 KATY FREEWAY SUITE 140, HOUSTON,TX 77024 |
| Symmetry | Natural Gas Sales Agreement - March 29, 2023 | 9811 KATY FREEWAY SUITE 140, HOUSTON,TX 77024 |
| Teladoc Health, Inc. | Master Services and Technology Agreement - May 1, 2023 | DEPT 3417, PO BOX 123417, DALLAS,TX 75312 US |
| Texas Children Health Plan | Agreement for Interance Payor | PO BOX 300709 HOUSTON TX 77230 |
| Texas Childrens | Mutual Three-Party Confidentiality Agreement - October 26, 2022 | 6330 WEST LOOP SOUTH, SUITE 800 BELLAIRE TX 77401 |
| Texas Children's Health Plan, Inc. | Amendment to Professional Services Agreement - September 20, 2022 | 6330 WEST LOOP SOUTH, SUITE 800 BELLAIRE TX 77401 |
| Texas Home Health Hospice | General Inpatient Care Hospital Agreement - June 1, 2020 | 17855 N DALLAS PARKWAY SUITE 200 DALLAS TX 75287 |
| Texas Hospital Association | Agreement for PSO Agreement - August 11, 2021 | PO BOX 95353, GRAPEVINE,TX 76099-9733 |
| Texas Workforce Commission | Agreement for employee benefits - November 11, 2022 Contract No. 3020VRS026 | TAX DEPARTMENT101 E 115TH STREET, AUSTIN,TX 78778-0091 |
| Texas Workforce Commission | Amendment No. 2 - January 1, 2023 | TAX DEPARTMENT101 E 115TH STREET, AUSTIN,TX 78778-0091 |
| TH Healthcare, LTD | Ancillary and Patient Services Agreement - February 28, 2022 | FILE # 849788, DALLAS,TX 75284-9788 |
| TH Healthcare, LTD | Borrowed Equipment and Supplies | FILE # 849788, DALLAS,TX 75284-9788 |
| TH Healthcare, LTD | Transfer Agreement - February 17, 2022 | FILE # 849788, DALLAS,TX 75284-9788 |
| TH Healthcare, LTD. | Transfer Agreement - February 11,2020 | FILE # 849788, DALLAS,TX 75284-9788 |
| TH Healthcare, LTD. | Ancillary and Patient Service Agreement | FILE # 849788, DALLAS,TX 75284-9788 |
| The Fredonia Hotel - | Agreement for Corporate Hotel Rate - January 1, 2023 | 200 N FREDONIA ST, NACOGDOCHES,TX 75961 |
| United Healthcare | Payor Agreement | PO BOX 5270 KINGSTON NY 12402-5270 |
| USA MCO | Payor Agreement | 4609 BEE CAVES ROAD SUITE 200 AUSTIN TX 78746 |

| Counter-Party Name | Description of Contract or Lease | Address |
|---|---|---|
| WellMed | Payor Agreement | PO BOX 846032, DALLAS,TX 75284-6032 |
| YPS Anesthesia | Memorandum of Understanding - April 26, 2023 | 200 GREENLEAVES BLVD SUITE 5, MANDEVILLE,LA 70448 |

**Fill in this information to identify the case:**

Debtor name    **Lion Star Nacogdoches Hospital, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number   **23-43535-mxm11**
(if known)

☐ Check if this is an
    amended filing

Official Form 206H

## Schedule H: Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................. | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.............................................................. | **$21,417,553.33** |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B................................................................ | **$21,417,553.33** |

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................................... | **$5,383,067.09** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................... | **$0.00** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.............................. | **+ $12,823,320.86** |

4. **Total liabilities**
   Lines 2 + 3a + 3b................................................................................. | **$18,206,387.95** |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/07/2024          X _Sean Fowler_____
            MM / DD / YYYY              Signature of individual signing on behalf of debtor

                               **Sean Fowler**
                               Printed name

                               **Chief Executive Officer**
                               Position or relationship to debtor