Deborah D. Williamson
TX State Bar No. 21617500
Dwilliamson@dykema.com
Patrick L. Huffstickler
TX State Bar No. 10199250
phuffstickler@dykema.com
Danielle R. Behrends
TX State Bar No. 24086961
dbehrends@dykema.com
DYKEMA GOSSETT PLLC
112 E. Pecan St., Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500

Scott C. Skelton
sskelton@ssbww.law
Holli Pryor-Baze
hbaze@ssbww.law
SKELTON SLUSHER
    BARNHILL WATKINS WELLS PLLC
1616 S. Chestnut
Lufkin, Texas 75901
Telephone: (936) 632-2300
Fax: (936) 635-8407

**COUNSEL FOR NACOGDOCHES COUNTY HOSPITAL DISTRICT**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **In re:** § § | |
| **Lion Star Nacogdoches Hospital, LLC,** § § § | **CHAPTER 11** |
| **Debtor.** § § § § | **Case No. 23-43535-mxm11** |

## NOTICE OF CLOSING DATE AND EFFECTIVE TIME

**PLEASE TAKE NOTICE OF THE FOLLOWING MATTER:**

Nacogdoches County Hospital District (the "District"), by and through its undersigned counsel, in the above-captioned case, hereby files this *Notice of Closing Date and Effective Time* (the "Notice") regarding the *Hospital Asset Purchase Agreement* (the "APA") between Debtor Lion Star Nacogdoches Hospital, LLC (the "Debtor") and the District, dated March 8, 2024. *See* Exhibit A to ECF No. 227.

In accordance with the APA, the transaction between the Debtor and the District closed on Friday, March 8, 2024 (the "Closing Date"), with an **effective time of Monday, March 11, 2024, at 12:01 A.M. Central** (the "Effective Time").

Dated: March 11, 2024

**DYKEMA GOSSETT PLLC**

112 E. Pecan St., Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

By: */s/ Deborah D. Williamson*
    Deborah D. Williamson
    Texas State Bar No. 21617500
    dwilliamson@dykema.com
    Patrick L. Huffstickler
    Texas State Bar No. 10199250
    phuffstickler@dykema.com
    Danielle R. Behrends
    Texas State Bar No. 24086961
    dbehrends@dykema.com

and

Scott C. Skelton
Holli Baze
**SKELTON SLUSHER BARNHILL WATKINS WELLS PLLC**
1616 S. Chestnut
Lufkin, Texas 75901
(936) 632-2300
(936) 635-8407 (Fax)
sskelton@ssbww.law
hbaze@ssbww.law

**COUNSEL FOR NACOGDOCHES COUNTY HOSPITAL DISTRICT**

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a true and correct copy of the foregoing document has been served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas on March 11, 2024.

    */s/ Deborah D. Williamson*
    Deborah D. Williamson